**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Time Definite Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **36-3738606** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **PO Box 15514** <br> **Tampa, FL 33684** <br> Number, Street, City, State & ZIP Code | **794 Lake Brim Dr.** <br> **Winter Garden, FL 34787** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough** <br> County | **Location of principal assets, if different from principal place of business** <br> **1935 CR 525 East, Sumterville, FL  33585** <br> **1360 Madeline Lane, Ste. 300, Elgin, IL 60124** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Time Definite Services, Inc.**                Case number (*if known*) _____
　　　Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　4841

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

Debtor **Time Definite Leasing, LLC**    Relationship **Affiliate**

District **Middle District of Florida**    When **7/12/19**    Case number, if known **8:19-bk-**

Debtor    **Time Definite Services, Inc.**                                    Case number (*if known*) _____
                Name

**11.  Why is the case filed in**          *Check all that apply:*
      ***this district?***

      ☑  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**       ☑ **No**
      **have possession of any**      ☐ **Yes.**  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

                                      ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                          What is the hazard? _____

                                      ☐  It needs to be physically secured or protected from the weather.

                                      ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                          livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                      ☐  Other _____

                                      **Where is the property?** _____
                                                                 Number, Street, City, State & ZIP Code

                                      **Is the property insured?**

                                      ☐  **No**

                                      ☐  **Yes.**  Insurance agency  _____

                                                    Contact name      _____

                                                    Phone             _____

---

■   **Statistical and administrative information**

**13.  Debtor's estimation of**  .    *Check one:*
      **available funds**
                                      ☑  Funds will be available for distribution to unsecured creditors.

                                      ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**       ☐ 1-49                    ☐ 1,000-5,000             ☐ 25,001-50,000
      **creditors**                ☑ 50-99                   ☐ 5001-10,000             ☐ 50,001-100,000
                                   ☐ 100-199                 ☐ 10,001-25,000           ☐ More than100,000
                                   ☐ 200-999

**15.  Estimated Assets**          ☐ $0 - $50,000                    ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000              ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16.  Estimated liabilities**     ☐ $0 - $50,000                    ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000              ☑ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Time Definite Services, Inc.**     Case number (*if known*) _____

Name

| |
---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2019**
                MM / DD / YYYY

**X** **/s/ Michael Suarez**        **Michael Suarez**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Buddy D. Ford, Esquire**     Date **July 12, 2019**
Signature of attorney for debtor             MM / DD / YYYY

**Buddy D. Ford, Esquire 0654711**
Printed name

**Buddy D. Ford, P.A.**
Firm name

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
Number, Street, City, State & ZIP Code

Contact phone   **(813)877-4669**     Email address   **All@tampaesq.com**

**0654711 FL**
Bar number and State

### IN THE UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### *Tampa Division*

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | Chapter 11 |
| TIME DEFINITE SERVICES, INC., | } | |
| | } | Case No: 8:19-bk- |
| Debtor, | } | |
| _____ | } | |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Michael Suarez*, declare, under penalty of perjury, that I am the President of TIME DEFINITE SERVICES, INC. (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Director(s) of said corporation at a special meeting duly called and held on the __12th__ day of July, 2019.

"**Whereas**, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

**Be It Therefore Resolved**, that *Michael Suarez*, President of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter voluntary bankruptcy case on behalf of the corporation; and

**Be It Further Resolved**, that *Michael Suarez*, President of this corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

**Be It Further Resolved**, that *Michael Suarez*, President of this corporation is authorized and directed to employ Buddy D. Ford, Esquire, Florida Bar #0654711, attorney and the law firm of *Buddy D. Ford, P.A., 9301 West Hillsborough Avenue, Tampa, Florida 33615-3008*, to represent the corporation in such bankruptcy case."

Date 7.12.19           Signed _____

*Michael Suarez*, President

**Fill in this information to identify the case:**

Debtor name    **Time Definite Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2019**     *X* **/s/ Michael Suarez**
                                     Signature of individual signing on behalf of debtor

                                       **Michael Suarez**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Time Definite Services, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Webster Capital Finance 3 Farm Glen Blvd. Farmington, CT 06032** | | **(Webster 10) 10-2017 Volvo 780 Trucks, Vins #xxx6501 (Unit #792) - Value: $80,475, xxx6492 (Unit #793) - Value: 85,450, xxx6493 (Unit #794) - Value: $** | | | | $964,072.00 |
| **Sumitomo Mitsui Finance and Leasing Co., Ltd 277 Park Ave., 15th Floor New York, NY 10172** | | **(Sumitomo) 10-2017 Volvo 780 Trucks, Vins #xxx6502 (Unit #802) - Value: $69,050, xxx6503 (Unit #803) - Value: $64,700, xxx6504 (Unit #804) - Value: $7** | | | | $915,515.00 |
| **JPMorgan Chase Bank, NA 55 S. Main Street Naperville, IL 60540-5314** | | **(Chase) See attached** | | $2,751,220.00 | $1,942,045.00 | $809,175.00 |
| **JPMorgan Chase Bank, NA 55 S. Main Street Naperville, IL 60540-5314** | | **90 days or less: Accounts Receivables (Less than 90 days)** | | $4,400,000.00 | $3,592,931.00 | $807,069.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Volvo Financial Services US LLC PO Box 26131 Greensboro, NC 27402-6131** | | **(Volvo 9) 10-2016 Volvo VNL64T 780 Trucks, Vins #xxx6513 (Unit #813) - Value: $78,975, xxx6516 (Unit #816) - Value: $78,550, xxx6517 (Unit #817) - Val** | | | | $655,955.00 |
| **Volvo Financial Services US LLC PO Box 26131 Greensboro, NC 27402-6131** | | **(Volvo 10) 7-2017 Volvo VNL64T 780 Trucks, Vins #xxx6687 (Unit #825) - Value: $74,300, xxx6688 (Unit #826) - Value: $69,000, xxx6689 (Unit #827) - Val** | | | | $655,205.00 |
| **BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712** | | **(BMO 4) 5-2017 Freightliner Trucks, Vins #xxx4945 (Unit #1011) - Value: $61,550, xxx4946 (Unit #1012) - Value: $61,525, xxx4847 (Unit #1013) - Value:** | | | | $591,653.03 |
| **BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712** | | **(BMO 1) 5-2017 Freightlinger Trucks, Vins #xxx4933 (Unit #1000) - Value: $64,675, xxx4934 (Unit #1001) - Value: $55,925, xxx4936 (Unit #1002) - Value:** | | | | $587,580.43 |
| **Navistar, Inc, fka Internt'l Truck & Engine Corporation c/o Sanchez Daniels, Et.Al. 333 W Wacker Dr., Ste.500 Chicago, IL 60606** | | **CounterClaim (Case #14-MR-1475)** | **Disputed Subject to Setoff** | | | $580,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                      Best Case Bankruptcy

Debtor **Time Definite Services, Inc.**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712 | | (BMO 2) 4-2017 Freightliner Trucks, Vins #xxx4941(Unit #1008) - Value: $53,400, xxx4942 (Unit #1009) - Value: $59,050, xxx4922 (Unit #400) - Value: $6 | | | | $578,979.22 |
| BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712 | | (BMO 3) 5-2017 Freightliner Trucks, Vins #xxx4932 (Unit #1005) - Value: $63,250, xxx4943 (Unit #1006) - Value: $59,825, xxx4944 (Unit #1010) - | | | | $578,776.30 |
| Signature Financial, LLC 225 Broadhollow Rd, Ste.132W Melville, NY 11747 | | (Signature 7) 10-2017 Great Dane Refrigerated Vans, Vins #xxx0284 (Unit #1691) - Value: $39,700, xxx0325 (Unit #1692) - Value: $38,255, xxx0740 (Unit | | | | $538,052.32 |
| Volvo Financial Services US LLC PO Box 26131 Greensboro, NC 27402-6131 | | (Volvo 8) 9-2016 Volvo VNL64T 780 Trucks: Vins #xxx9060 (Unit #782) - Value: $52,125, xxx9061(Unit #783) - Value: $55,575, xxx9062 (Unit #784) - Value | | | | $494,694.00 |
| BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712 | | (BMO 5) 4-2017 Freightliner Trucks, Vins #xxx4938 (Unit #1014) - Value: $60,300, xxx4948 (Unit #1015) - Value: $53,400, xxx4935 (Unit #1016) - Value: | | | | $477,342.94 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712** | | **(BMO 7) 10-2017 Great Dane Refrigerated Vans: Vins #xxx9186 (Unit #2000) - Value: $39,375, xxx9195 (Unit #2009) - Value: $39,825, xxx9187 (Unit #2001)** | | | | **$477,156.87** |
| **Signature Financial, LLC 225 Broadhollow Rd, Ste.132W Melville, NY 11747** | | **(Signature 5) 9-2017 Great Dane Refrigerated Vans, Vins #xxx1021 (Unit #1671) - Value: $37,000, xxx1022 (Unit #1672) - Value: $38,525, xxx1023 (Unit #** | | | | **$439,199.99** |
| **Signature Financial, LLC 225 Broadhollow Rd, Ste.132W Melville, NY 11747** | | **(Signature 6) 10-2017 Great Dane Refrigerated Vans, Vins #xxx0269 (Unit #1681) - Value: $37,325, xxx0270 (Unit #1682) - Value: $29,900, xxx0271 (Unit** | | | | **$428,035.88** |
| **Signature Financial, LLC 225 Broadhollow Rd, Ste.132W Melville, NY 11747** | | **(Signature 4) 9-2016 Great Dane Refrigerated Vans, Vins #xxx0027 (Unit #1642E) - Value: $28,700, xxx0028 (Unit #1643E) - Value: $30,275, xxx0029 (Unit** | | | | **$365,280.58** |
| **American Express c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355** | | **Credit Card** | **Unliquidated** | | | **$300,000.00** |
| **BMO Harris Bank, NA 300 E John Carpenter Freeway Irving, TX 75062-2712** | | **(BMO 6) 1-2017 Freightliner Truck, Vin #xxx4930 (Unit #408) - Value: $53,600** | | | | **$237,153.83** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Time Definite Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................    $ _____21,898,781.99_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................    $ _____21,898,781.99_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $ _____11,487,790.92_

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $ _____56,500.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____11,010,886.48_

4. **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b

   $ _____22,555,177.40_

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Time Definite Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank, N.A.** | **Checking** | 3139 | $0.00 |
| 3.2. | **Valley National Bank** | **Checking** | 8008 | $50,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**            $50,000.00
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Time Definite Services, Inc.**　　　　　　　　　　　　Case number *(If known)* _____
　　　Name

| 11a. 90 days old or less: | **3,592,931.00** | - | **0.00** | = .... | **$3,592,931.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **340,775.99** | - | **0.00** | =.... | **$340,775.99** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$3,933,706.99**

---

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.　Raw materials** | | | | |
| **20.　Work in progress** | | | | |
| **21.　Finished goods, including goods held for resale** | | | | |
| **22.　Other inventory or supplies** **Various Tires, Oil Filters, and replacement parts** | | **$0.00** | | **$24,000.00** |

**23.** **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

**$24,000.00**

**24.** **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com　　　　　　　　　　　　　　　　　　　　Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**
Name

Case number *(If known)*

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **35-Desks w/ Chairs; 20-File Cabinets, Conference Room table w/ 12-chairs, 3-Small Kitchen tables w/ 12-chairs, and misc. office supplies** | **$0.00** | | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software 4-Forklifts, Racking Equipment, and Various tools** | **$0.00** | | **$30,000.00** |
| **McCleod Software** | **$0.00** | | **$50,000.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | **$82,000.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

Debtor  **Time Definite Services, Inc.**                              Case number *(If known)* _____
              Name

| | | |
|---|---|---|
| 47.1. | **(WF - 1) 9 -2013 Great Dane Refrigerated Vans, Vins #sxxx1027 (Unit #1460E) - Value: $10,400, xxx1030 (Unit #1463E) - Value: $9,100, xxx1031 (Unit #1464E) - Value: $11,400, xxx1032 (Unit #1465E) - Value: $12,125, xxx1033 (Unit #1466E) - Value: $10,625, & xxx1034 (Unit #1467E) - Value: $8,725, & *xxx1028 (Unit #1461E) - Value: 8,725, *xxx1029 (Unit #1462E) - Value $8,725, *xxx1035 (Unit #1468E) - Value $8,725** | $0.00 | $88,550.00 |
| 47.2. | **(Peoples 6) 7-2016 Volvo 780 Trucks, Vins: xxx4493 (Unit #774) - Value: $55,575, xxx4494 (Unit #775) - Value: $48,300, xxx4495 (Unit #776) - Value: $64,675, xxx4498 (Unit #L-777) - Value: $53,050, xxx4022 (Unit #779) - Value: $60,275, xxx4621 (Unit #780) - Value: $60,400, & xxx4622 (Unit #781) - Value: $57,450** | $0.00 | $399,725.00 |
| 47.3. | **(Volvo 7) 5-2016 Volvo VNL64T 780 Trucks, Vin #xxx9065 (Unit #749) - Value: $56,550, xxx9066 (Unit #750) - Value: $51,175 -PARKED, xxx4005 (Unit #753) - Value: $49,950 - PARKED, xxx4007 (Unit #755) - Value: $58,550, xxx4492 (Unit #756) - Value: $55,350** | $0.00 | $271,575.00 |
| 47.4. | **(Peoples 2) 11-2013 Great Dane Refrigerated Vans, Vins #xxx1005 (Unit #1438E) - Value: $11,775, xxx1006 (Unit #1439E) - Value: $8,750, xxx1008 (Unit #1441E) - Value: $11,950, xxx1010 (Unit #1443E) - Value: $15,375, xxx1011 (Unit #1444E) - Value: $13,275, xxx1013 (Unit #1446E) - Value: $10,700, xxx1015 (Unit #1448E) - Value: $12,575, xxx1016 (Unit #1449E) - Value: $16,075, xxx1017 (Unit #1450E) - Value: $8,725, xxx1018 (Unit #1451E) - Value: $23,825, xxx1019 (Unit #1452E) - Value: $15,625** | $0.00 | $148,650.00 |
| 47.5. | **(Peoples 3) 5-2016 Volvo 780 Trucks, Vins #xxx4008 (Unit #757) - Value: $50,750, xxx4015 (Unit #758) - Value: $50,375, xxx4016 (Unit #759) - Value: $54,150, xxx4017 (Unit #760) - Value: $62,700, xxx4018 (Unit #761) - Value: $53,075** | $0.00 | $271,050.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                    Case number *(If known)* _____
                Name

47.6.   **(Peoples 5) 4-2016 Volvo 780 Trucks,**
        **Vins #xxx4019 (Unit #770) - Value:**
        **$55,325, xxx4020 (Unit #771) - Value:**
        **$60,300, xxx4021 (Unit #772) - Value:**
        **$59,925, xxx4491 (Unit #773) - Value:**
        **$61,125**                                           $0.00                                    $236,675.00

47.7.   **(Sumitomo) 10-2017 Volvo 780 Trucks,**
        **Vins #xxx6502 (Unit #802) - Value:**
        **$69,050, xxx6503 (Unit #803) - Value:**
        **$64,700, xxx6504 (Unit #804) - Value:**
        **$74,600, xxx6505 (Unit #805) - Value:**
        **$68,025, xxx6506 (Unit #806) - Value:**
        **$68,125, xxx6507 (Unit #807) - Value:**
        **$65,625, xxx6508 (Unit #808) - Value:**
        **$74,375, xxx6509 (Unit #809) - Value:**
        **$68,350, xxx6510 (Unit #810) - Value:**
        **$71,050, & xxx6511 (Unit #811) - Value:**
        **$75,025**                                           $0.00                                    $698,925.00

47.8.   **(GE 7 - BMO) 9-2016 Great Dane**
        **Refrigerated Vans, Vins #0048 (Unit**
        **#1663E) - Value: $28,625, xxx0049 (Unit**
        **#1664E) - Value: $27,150, xxx0050 (Unit**
        **#1665E) - Value: $28,550, xxx0051 (Unit**
        **#1666E) - Value: $29,675, xxx0052 (Unit**
        **#1667E) - Value: $23,075, xxx0053 (Unit**
        **#1668E) - Value: $33,750, xxx0054 (Unit**
        **#1669E) - Value: $28,300, xxx0055 (Unit**
        **#1670E) - Value: $29,900, & *xxx0016**
        **(Unit 1631E) - Value $26,825**                      $0.00                                    $255,850.00

47.9.   **(Peoples 4) 8-2016 Volvo 780 Trucks,**
        **Vins #xxx4496 (Unit #762) - Value:**
        **$55,580, xxx4497 (Unit #763) - Value:**
        **$63,875, xxx4009 (Unit #764) - Value:**
        **$49,100, xxx4010 (Unit #765) - Value:**
        **$57,300, xxx4011 (Unit #766) - Value:**
        **$53,625, xxx4012 (Unit #767) - Value:**
        **$57,075, xxx4013 (Unit #768) - Value:**
        **$58,725, xxx4014 (Unit #769) - Value:**
        **$53,800**                                           $0.00                                    $449,080.00

47.10   **(Chase) See attached**                              $0.00                                  $1,942,045.00
.

47.11   **(PNC 5) 7-2014 Great Dane Refrigerated**
.       **Vans, Vins #xxx0193 (Unit #1510E) -**
        **Value: $14,050, xxx0198 (Unit #1515E) -**
        **Value: $12,625, xxx0199 (Unit #1516E) -**
        **Value: $16,400, xxx0200 (Unit 1517E) -**
        **Value: $13,400, xxx0201 (Unit 1518E) -**
        **Value: $19,300, xxx0202 (Unit 1519E) -**
        **Value: $14,000, xxx0203 (Unit 1520E) -**
        **Value: $10,350**                                    $0.00                                    $100,125.00

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Time Definite Services, Inc.**                                    Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| 47.12 · | **(Webster 10) 10-2017 Volvo 780 Trucks, Vins #xxx6501 (Unit #792) - Value: $80,475, xxx6492 (Unit #793) - Value: 85,450, xxx6493 (Unit #794) - Value: $70,425, xxx6494 (Unit #795) - Value: $63,175, xxx6495 (Unit #796) - Value: $73,375, xxx6496 (Unit #797) - Value: $69,775, xxx6497 (Unit #798) - Value: $74,950, xxx6498 (Unit #799) - Value: $61,675, 6499 (Unit #800) - Value: $71,000, & xxx6500 (Unit #801) - Value: $70,975** | $0.00 | $721,275.00 |
| 47.13 · | **(Webster 4) 9-2013 Great Dane Refrigerated Vans, Vins #xxx0034 (Unit #1490E) - Value: $12,800, xxx0048 (Unit #1492E) - Value: $15,550, xxx0087 (Unit #1493E) - Value: $8,725, xxx0234 (Unit #1494E) - Value: $13,050, xxx0306 (Unit #1496E) - Value: $13,500, xxx0307 (Unit #1497E) - Value: $13,000, xxx0308 (Unit #1498E) - Value: $12,500, xxx0309 (Unit #1499E) - Value: $16,875, xxx0310 (Unit #1500E) - Value: $14,025** | $0.00 | $120,025.00 |
| 47.14 · | **(Webster 7) 2-2015 Volvo 780 Volvo Trucks, Vins #xxx0688 (Unit #708) - Value: 35,075, #xxx0690 (Unit #710) - Value: $34,325 - PARKED** | $0.00 | $69,400.00 |
| 47.15 · | **(Webster 5) 9-2015 [2014]  Great Dane Refrigerated Vans, Vins #xxxx2009 (Unit #1552E) - Value: $21,975, xxx2012 (Unit #1555E) - Value: $18,500, xxx2013 (Unit #1556E) - Value: $16,500, xxx2015 (Unit #1558E) - Value: $16,800, xxx2016 (Unit #1559E) - Value: $15,300, xxx2018 (Unit #1561E) - Value: $15,525, xxx2019 (Unit #1562E) - Value: $10,350, xxx2021 (Unit #1564E) - Value: $17,650, xxx2022 (Unit #1565E) - Value: $20,675** | $0.00 | $153,275.00 |
| 47.16 · | **(Webster 6) 10-2015 Great Dane Refrigerated Vans, Vins #xxx0001 (Unit #1566E) - Value: $15,000, xxx0002 (Unit #1567E) - Value: $17,500, xxx0003 (Unit #1568E) - Value: $15,275, xxx0005 (Unit #1570E) - Value: $16,725, xxx0006 (Unit #1571E) - Value: $16,500, xxx0007 (Unit #1572E) - Value: $16,100, xxx0010 (Unit #1575E) - Value: $19,100, xxx0015 (Unit #1580E) - Value: $16,100, xxx0017 (Unit #1582E) - Value: $18,650, xxx0020 (Unit #1585E) - Value: $17,975** | $0.00 | $168,925.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                    Case number *(If known)* _____
            Name

| | | |
|---|---|---|
| 47.17 · | **(Webster 8) 9-2016 Great Dane Refrigerated Vans, Vins #xxx0038 (Unit #1653E) - Value: $25,575, xxx0039 (Unit #1654E) - Value: $36,200, xxx0040 (Unit #1655E) - Value: $26,925, xxx0041 (Unit #1656E) - Value: $27,475, xxx0043 (Unit #1658E) - Value: $27,875, xxx0044 (Unit #1659E) - Value: $20,975, xxx0045 (Unit #1660E) - Value: $23,600, xxx0046 (Unit #1661E) - Value: $22,125, xxx0047 (Unit #1662E) - Value: $28,850** | $0.00 | $239,600.00 |
| 47.18 · | **(Webster 9) 10-2016 Great Dane Refrigerated Vans, Vins #xxx0017 (Unit #1632E) - Value: $29,050, xxx0018 (Unit #1633E) - Value: $29,000, xxx0019 (Unit #1634E) - Value: $29,125, xxx0020 (Unit #1635E) - Value: $29,550, xxx0021 (Unit #1636E) - Value: $30,425, xxx0022 (Unit #1637E) - Value: $22,850, xxx0023 (Unit #1638E) - Value: $27,925, xxx0024 (Unit #1639E) - Value: $27,975, xxx0025 (Unit #1640E) - Value: $27,050, xxx0026 (Unit #1641E) - Value: $26,575** | $0.00 | $279,525.00 |
| 47.19 · | **(Signature 2) 7-2015 Great Dane Refrigerated Vans, Vins #xxx1285 (Unit #1616E) - Value: $20,575, xxx1295 (Unit #1624E) - Value: $20,250, xxx1296 (Unit #1625E) - Value: $21,750, xxx1298 (Unit #1627E) - Value: $21,750, xxx1299 (Unit #1628E) - Value: $21,925, xxx1300 (Unit #1629E) - Value: $21,225, xxx1301 (Unit #1630E) - Value: $19,450** | $0.00 | $146,925.00 |
| 47.20 · | **(Signature 3) 2-2016 Kenworth Model T680 Trucks, Vins #xxx4370 (Unit #713) - Value: $35,650, xxx4328 (Unit #712) - Value: $41,900 - PARKED** | $0.00 | $77,550.00 |
| 47.21 · | **(Signature 1) 11-2015 Great Dan -Refrigerated Vans, Vins #xxx1290 (Unit #1611E) - Value: $18,775, xxx1282 (Unit #1613E) - Value: $17,350, xxx1283 (Unit #1614E) - Value: $19,850, xxx1284 (Unit #1615E) - Value: $18,750, xxx1286 (Unit #1617E) - Value: $21,550, xxx1287 (Unit #1618E) - Value: $18,925, xxx1288 (Unit #1619E) - Value: $20,125, xxx1289 (Unit #1620E) - Value: $19,725, xxx1292 (Unit #1621E) - Value: $19,500, xxx1293 (Unit #1622E) - Value: $21,175, & *xxx1291 (Unit #1612E) - Value $20,575** | $0.00 | $216,300.00 |
| 47.22 · | **(Volvo 4) 1-2014 Volvo VNL64T 780 Truck, Vin #xxx3834 (Unit #696) - Value: $23,625- PARKED** | $0.00 | $23,625.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                    Case number *(If known)*  _____
              Name

| | | | |
|---|---|---|---|
| 47.23· | **(Volvo 6) 8-2016 Volvo VNL64T 780 Trucks, Vins #xxx9067 (Unit #748) - Value: $45,550 [PARKED], xxx9068 (Unit #747) - Value: $48,250, xxx4489 (Unit #741) - Value: $52,250 [PARKED], xxx4490 (Unit #745) - Value: $46,600, xxx3999 (Unit #743) - Value: $64,125 [PARKED], xxx4001 (Unit #740) - Value: $56,325, xxx4002 (Unit #744) - Value: $53,450, xxx4003 (Unit #746) - Value: $54,725** | $0.00 | $421,275.00 |
| 47.24· | **2012 International  Tractor, Vin #xxx4004 (Not Running)** | $0.00 | $6,000.00 |
| 47.25· | **2003 Freightliner (Unit #301), Vin #xxx1901** | $0.00 | $7,000.00 |
| 47.26· | **2016 Great Dane (Unit 1651E), Vin xxx0036** | $0.00 | $29,000.00 |
| 47.27· | **2012 Great Dane (Unit 1427E), Vin xxx7155** | $0.00 | $10,125.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                                   | $7,552,075.00 |
Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  8

Debtor   **Time Definite Services, Inc.**                             Case number *(If known)* _____
         Name

☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Lawsuit against Ostrow Reisin Berk & Abrams, Etl.Al. (Illinois)** | $1,400,000.00 |
|     Nature of claim    **E&O Claim**<br>    Amount requested    **$0.00** | |
|     **Lawsuit against Navistar, Inc., Et.Al. (Illinois)** | $8,800,000.00 |
|     Nature of claim    **Breach of Contract**<br>    Amount requested    **$0.00** | |
|     **Lawsuit against Atlantic Speciality (Illinois)** | $57,000.00 |
|     Nature of claim    **Cargo Claim**<br>    Amount requested    **$0.00** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. **Trusts, equitable or future interests in property** | |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78. **Total of Part 11.**                                                              | $10,257,000.00 |

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   **Time Definite Services, Inc.**

Name

Case number *(If known)* _____

---

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$50,000.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$3,933,706.99** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$24,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$82,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$7,552,075.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$10,257,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$21,898,781.99** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$21,898,781.99** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

In re    **Time Definite Services, Inc.** _____    Case No. _____
Debtor(s)

## SCHEDULE A/B - PROPERTY
**Attachment A**

2014 Great Dane Trailers, Vins #

xxx0204 (Unit #1521E) - Value: $18,450,
xxx0206 (Unit #1523E) - Value: $17,700,
xxx0207 (Unit #1524E) - Value: $14,425,
xxx0208 (Unit #1525E) - Value: $12,400,

2014 Great Dane Trailers, Vins #

xxx2003 (Unit #1546E) - Value: $16,850,
xxx2004 (Unit #1547E) - Value: $10,350,
xxx2005 (Unit #1548E) - Value: $17,200,
xxx2006 (Unit #1549E) - Value: $15,275,
xxx2007 (Unit #1550E) - Value: $13,700,
xxx2008 (Unit #1551E) - Value: $15,375,
xxx2010 (Unit #1553E) - Value: $16,950,
xxx2011 (Unit #1554E) - Value: $15,675,
xxx2014 (Unit #1557E) - Value: $18,950,

2015 Volvo 670 Tractors, Vins #

xxx6857 (Unit 698) - Value: 35,625,
xxx0701 (Unit #706) - Value: $24,000

2016 Kenworth T680 Tractors, Vins #

xxx4655 (Unit L-732) - Value: $39,575,
xxx4656 (Unit 733) - Value: $46,850,
xxx4657 (Unit #734) - Value: $36,975,
xxx4658 (Unit 735) - Value: $50,825,
xxx4659 (Unit 736) - Value: $48,250,
xxx4660 (Unit L-737) - Value: $51,100,
xxx4661 (Unit 739) - Value: $36,450,
xxx4649 (Unit L-725) - Value: $36,625,
xxx4650 (Unit L-726) - Value: $36,500,
xxx4651 (Unit 728) - Value: $44,325,
xxx4653 (Unit 730)  - Value: $45,400,
xxx4654 (Unit 731) - Value: $36,725

2012 Great Dane Trailers, Vins #

xxx1360 (Unit #1369E) - Value: $10,075,
xxx1361 (Unit #1370E) - Value: $7,175,
xxx1363 (Unit #1372E) - Value: $10,000,
xxx1364 (Unit #1373E) - Value: $9,725,
xxx1365 (Unit #1374E) - Value: $9,425,
xxx1366 (Unit #1375E) - Value: $10,150,
xxx1367 (Unit #1376E) - Value: $7,575,
xxx1368 (Unit #1377E) - Value: $6,950,
xxx7107 (Unit #1379E) - Value: $11,875,
xxx7108 (Unit #1380E) - Value: $12,150,
xxx7109 (Unit #1381E) - Value: $10,300,
xxx7110 (Unit #1382E) - Value: $6,350,
xxx7111 (Unit #1383E) - Value: $6,350,
xxx7112 (Unit #1384E) - Value: $7,125,
xxx7113 (Unit #1385E) - Value: $6,350,
xxx7114 (Unit #1386E) - Value: $8,300,
xxx7115 (Unit #1387E) - Value: $6,350 ,
xxx7116 (Unit #1388E) - Value: $7,600,
xxx7117 (Unit #1389E) - Value: $6,575,
xxx7118 (Unit #1390E) - Value: $8,575,
xxx7120 (Unit #1392E) - Value: $6,350,
xxx7122 (Unit #1394E) - Value: $6,350,
xxx7123 (Unit #1395E) - Value: $11,075,

xxx7125 (Unit #1397E) - Value: $11,075,
xxx7126 (Unit #1398E) - Value: $8,375,
xxx7128 (Unit #1400E) - Value: $6,350,
xxx7129 (Unit #1401E) - Value: $9,875,
xxx7130 (Unit #1402E) - Value: $10,300,
xxx7131 (Unit #1403E) - Value: $8,575

2014 Great Dane Trailers, Vins #

xxx4707 (Unit#1543E) - Value: $17,050,
xxx4708 (Unit#1544E) - Value: $15,125,
xxx4709 (Unit#1545E) - Value: $16,025

2015 Great Dane Trailers, Vins #

xxx0004 (Unit 1569E) - Value: $18,625
xxx0008 (Unit 1573E) - Value: $20,625,
xxx0009 (Unit 1574E) - Value: $19,825,
xxx0011 (Unit 1576E) - Value: $17,975,
xxx0013 (Unit 1578E) - Value: $19,750,
xxx0014 (Unit 1579E) - Value: $18,350,
xxx0016 (Unit 1581E) - Value: $18,200,
xxx0018 (Unit 1583E) - Value: $18,125,
xxx0019 (Unit 1584E) - Value: $16,075,
xxx0742 (Unit 1595E) - Value: $20,475,
xxx0743 (Unit 1596E) - Value: $18,675,
xxx0744 (Unit 1597E) - Value: $16,075,
xxx0751 (Unit 1604E) - Value: $22,475,
xxx0754 (Unit 1607E) - Value: $15,550,
xxx0917 (Unit 1586E) - Value: $15,800,
xxx0918 (Unit 1587E) - Value: $18,775,
xxx0919 (Unit 1588E) - Value: $16,375,
xxx0922 (Unit 1591E) - Value: $18,075,
xxx0745 (Unit 1598E) - Value: $18,625,
xxx0746 (Unit 1599E) - Value: $18,350,
xxx0747 (Unit 1600E) - Value: $17,425,
xxx0748 (Unit 1601E) - Value: $18,575,
xxx0750 (Unit 1603E) - Value: $18,000,
xxx0752 (Unit 1605E) - Value: $21,375,
xxx0753 (Unit 1606E) - Value: $17,750,
xxx0755 (Unit 1608E) - Value: $19,475,
xxx0756 (Unit 1609E) - Value: $20,300,
xxx0915 (Unit 1593E) - Value: $19,400,
xxx0916 (Unit 1594E) - Value: $17,450,
xxx0920 (Unit 1589E) - Value: $16,250,
xxx0921 (Unit 1590E) - Value: $19,250,
xxx0923 (Unit 1592E) - Value: $25,025

2014 Volvo 670 Tractors, Vins #

xxx4903 (Unit #677) - Value: 22,050

2014 Great Dane Trailers, Vins #

xxx0210 (Unit #1527E) - Value: $12,650,
xxx0711 (Unit #1531E) - Value: $13,000,
xxx0712 (Unit #1532E) - Value: $13,875,
xxx0713 (Unit #1533E) - Value: $18,450,
xxx0714 (Unit #1534E) - Value: $17,500,
xxx0715 (Unit #1535E) - Value: $18,375,
xxx0709 (Unit #1537E) - Value: $17,350,
xxx0710 (Unit #1538E) - Value: $16,075,
xxx0736 (Unit #1539E) - Value: $14,925,
xxx0737 (Unit #1540E) - Value: $15,200,
xxx4705 (Unit #1541E) - Value: $17,225,
xxx4706 (Unit #1542E) - Value: $15,250

2004 Freightliners, Vins #

xxx6886 (Unit #211) - Value: $8,800,
xxx6888 (Unit #212) - Value: $8,650

2007 Freightliners, Vins #

xxx7172 (Unit #526) - Value: $10,250,
xxx7204 (Unit #528) - Value: $11,975

2006 Stoughton, Vins #

xxx3681 (Unit #13681) - Value: $6,100,
xxx3682 (Unit #13682) - Value: $6,100

1-2005 Stoughton, Vin #xxx7025 (Unit #27025) - Value: $5,375

1-2007 Utility, Vin #xxx0205 (Unit #60205) - Value: $6,925

Misc. $1,000

Fuel Optimization and Tractor Tracking Software
91-ReeferMate Gen2
3-MDT2000
2012 - 22 Vostro 270 Desktops
2010 - 10 Vostro 230 Slip Tower Desktops
2011 - 8 Qualssil Computers
38-MDT5000 (external modem)
95-MDT5700 (Server)

Fill in this information to identify the case:

Debtor name __**Time Definite Services, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 | BMO Harris Bank, NA**
Creditor's Name

**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

**Last 4 digits of account number**
**7002**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**(GE 7 - BMO) 9-2016 Great Dane Refrigerated Vans, Vins #0048 (Unit #1663E) - Value: $28,625, xxx0049 (Unit #1664E) - Value: $27,150, xxx0050 (Unit #1665E) - Value: $28,550, xxx0051 (Unit #1666E) - Value: $29,675, xxx0052 (Unit #1667E) - Val**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$365,907.21** | **$255,850.00**

**2.2 | JPMorgan Chase Bank, NA**
Creditor's Name

**55 S. Main Street**
**Naperville, IL 60540-5314**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Describe debtor's property that is subject to a lien
**(Chase) See attached**

Describe the lien
**Credit Agreement ********** Capitalized**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**$2,751,220.00** | **$1,942,045.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                Case number (if know)
_____                          _____
          Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **JPMorgan Chase Bank, NA** | Describe debtor's property that is subject to a lien | $4,400,000.00 | $3,592,931.00 |

          Creditor's Name

**90 days or less: Accounts Receivables (Less than 90 days)**

**55 S. Main Street**
**Naperville, IL 60540-5314**
          Creditor's mailing address

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No
☐ Yes

          Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Peoples Capital & Leasing** | Describe debtor's property that is subject to a lien | $298,790.00 | $399,725.00 |

          Creditor's Name

**(Peoples 6) 7-2016 Volvo 780 Trucks, Vins: xxx4493 (Unit #774) - Value: $55,575, xxx4494 (Unit #775) - Value: $48,300, xxx4495 (Unit #776) - Value: $64,675, xxx4498 (Unit #L-777) - Value: $53,050, xxx4022 (Unit #779) - Value: $60,275, xxx46**

**Corp.**
**850 Main Street, BC-03**
**Bridgeport, CT 06604**
          Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

          Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2001**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Peoples Capital & Leasing** | Describe debtor's property that is subject to a lien | $135,603.00 | $148,650.00 |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**          Case number (if known) _____

Name

---

Creditor's Name

**Corp.**
**850 Main Street, BC-03**
**Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1002**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**(Peoples 2) 11-2013 Great Dane Refrigerated Vans, Vins #xxx1005 (Unit #1438E) - Value: $11,775, xxx1006 (Unit #1439E) - Value: $8,750, xxx1008 (Unit #1441E) - Value: $11,950, xxx1010 (Unit #1443E) - Value: $15,375, xxx1011 (Unit #1444E) - V**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Peoples Capital & Leasing** | | $393,322.00 | $271,050.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Corp.**
**850 Main Street, BC-03**
**Bridgeport, CT 06604**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1003**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**(Peoples 3) 5-2016 Volvo 780 Trucks, Vins #xxx4008 (Unit #757) - Value: $50,750, xxx4015 (Unit #758) - Value: $50,375, xxx4016 (Unit #759) - Value: $54,150, xxx4017 (Unit #760) - Value: $62,700, xxx4018 (Unit #761) - Value: $53,075**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Peoples Capital & Leasing** | | $188,036.77 | $236,675.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Corp.**
**850 Main Street, BC-03**
**Bridgeport, CT 06604**

Creditor's mailing address

**(Peoples 5) 4-2016 Volvo 780 Trucks, Vins #xxx4019 (Unit #770) - Value: $55,325, xxx4020 (Unit #771) - Value: $60,300, xxx4021 (Unit #772) - Value: $59,925, xxx4491 (Unit #773) - Value: $61,125**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 11

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**
**1005**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Peoples Capital & Leasing** | Describe debtor's property that is subject to a lien | $597,348.00 | $449,080.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**(Peoples 4) 8-2016 Volvo 780 Trucks, Vins #xxx4496 (Unit #762) - Value: $55,580, xxx4497 (Unit #763) - Value: $63,875, xxx4009 (Unit #764) - Value: $49,100, xxx4010 (Unit #765) - Value: $57,300, xxx4011 (Unit #766) - Value: $53,625, xxx4012**

**Corp.**
**850 Main Street, BC-03**
**Bridgeport, CT 06604**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.9 | **PNC Equpment Finance, LLC** | Describe debtor's property that is subject to a lien | $47,237.00 | $100,125.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**(PNC 5) 7-2014 Great Dane Refrigerated Vans, Vins #xxx0193 (Unit #1510E) - Value: $14,050, xxx0198 (Unit #1515E) - Value: $12,625, xxx0199 (Unit #1516E) - Value: $16,400, xxx0200 (Unit 1517E) - Value: $13,400, xxx0201 (Unit 1518E) - Value:**

**995 Dalton Ave.**
**Cincinnati, OH 45203**

Creditor's mailing address

Describe the lien
**Master Equipment Lease**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7000**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **Time Definite Services, Inc.**                                    Case number (if know) _____
                Name

☑ No

☐ Contingent

☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

| 2.1 0 | **Signature Financial, LLC** | Describe debtor's property that is subject to a lien | $70,396.50 | $146,925.00 |
|---|---|---|---|---|

Creditor's Name

**(Signature 2) 7-2015 Great Dane Refrigerated Vans, Vins #xxx1285 (Unit #1616E) - Value: $20,575, xxx1295 (Unit #1624E) - Value: $20,250, xxx1296 (Unit #1625E) - Value: $21,750, xxx1298 (Unit #1627E) - Value: $21,750, xxx1299 (Unit #1628E) -**

**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**          ☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1002**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply

☑ No          ☐ Contingent

☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.

| 2.1 1 | **Signature Financial, LLC** | Describe debtor's property that is subject to a lien | $76,877.88 | $77,550.00 |
|---|---|---|---|---|

Creditor's Name

**(Signature 3) 2-2016 Kenworth Model T680 Trucks, Vins #xxx4370 (Unit #713) - Value: $35,650, xxx4328 (Unit #712) - Value: $41,900 - PARKED**

**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

☑ No

Creditor's email address, if known          ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**          ☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1003**

**Do multiple creditors have an**          As of the petition filing date, the claim is:
**interest in the same property?**          Check all that apply

☑ No          ☐ Contingent

☐ Yes. Specify each creditor,       ☐ Unliquidated
including this creditor and its          ☐ Disputed
relative priority.

| 2.1 2 | **Signature Financial, LLC** | Describe debtor's property that is subject to a lien | $118,087.73 | $216,300.00 |
|---|---|---|---|---|

Debtor **Time Definite Services, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's Name | **(Signature 1) 11-2015 Great Dan -Refrigerated Vans, Vins #xxx1290 (Unit #1611E) - Value: $18,775, xxx1282 (Unit #1613E) - Value: $17,350, xxx1283 (Unit #1614E) - Value: $19,850, xxx1284 (Unit #1615E) - Value: $18,750, xxx1286 (Unit #1617E)** |

**225 Broadhollow Rd, Ste.132W Melville, NY 11747**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 1001**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| 2.1 3 | **US Bank Equipment Finance** | Describe debtor's property that is subject to a lien | $80,000.00 | $50,000.00 |

Creditor's Name

**McCleod Software**

**1310 Madrid Street Marshall, MN 56258**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | | |
|---|---|---|---|
| 2.1 4 | **Volvo Financial Services US** | Describe debtor's property that is subject to a lien | $379,620.00 | $271,575.00 |

Creditor's Name

**(Volvo 7) 5-2016 Volvo VNL64T 780 Trucks, Vin #xxx9065 (Unit #749) - Value: $56,550, xxx9066 (Unit #750) - Value: $51,175 -PARKED, xxx4005 (Unit #753) - Value: $49,950 - PARKED, xxx4007 (Unit #755) - Value: $58,550, xxx4492 (Unit #756) - Va**

**LLC PO Box 26131 Greensboro, NC 27402-6131**

Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?

■ No

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 11

Debtor    **Time Definite Services, Inc.**                                    Case number (if know) _____
_____
Name

Creditor's email address, if known           ☐ Yes
                                             **Is anyone else liable on this claim?**

**Date debt was incurred**                   ☐ No

                                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1007**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 5 | **Volvo Financial Services US** | | $2,693.03 | $23,625.00 |
|---|---|---|---|---|

Creditor's Name

**LLC**
**PO Box 26131**              **Describe debtor's property that is subject to a lien**
**Greensboro, NC**           (Volvo 4) 1-2014 Volvo VNL64T 780 Truck, Vin
**27402-6131**               #xxx3834 (Unit #696) - Value: $23,625-
                             **PARKED**

Creditor's mailing address

                             **Describe the lien**
                             **Security Agreement**
                             **Is the creditor an insider or related party?**
                             ■ No
Creditor's email address, if known           ☐ Yes
                             **Is anyone else liable on this claim?**

**Date debt was incurred**   ■ No

                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1004**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply
■ No                                         ☐ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.1 6 | **Volvo Financial Services US** | | $452,934.80 | $421,275.00 |
|---|---|---|---|---|

Creditor's Name

**LLC**
**PO Box 26131**              **Describe debtor's property that is subject to a lien**
**Greensboro, NC**           (Volvo 6) 8-2016 Volvo VNL64T 780 Trucks,
**27402-6131**               Vins #xxx9067 (Unit #748) - Value: $45,550
                             [PARKED], xxx9068 (Unit #747) - Value:
                             $48,250, xxx4489 (Unit #741) - Value: $52,250
                             [PARKED], xxx4490 (Unit #745) - Value:
                             $46,600, xxx3999 (Unit #743) -

Creditor's mailing address

                             **Describe the lien**
                             **Security Agreement**
                             **Is the creditor an insider or related party?**
                             ■ No
Creditor's email address, if known           ☐ Yes
                             **Is anyone else liable on this claim?**

**Date debt was incurred**   ■ No

                             ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**1006**
**Do multiple creditors have an**            **As of the petition filing date, the claim is:**
**interest in the same property?**           Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                    Case number (if known) _____

Name

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Webster Capital Finance** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $157,410.00    $120,025.00

**(Webster 4) 9-2013 Great Dane Refrigerated Vans, Vins #xxx0034 (Unit #1490E) - Value: $12,800, xxx0048 (Unit #1492E) - Value: $15,550, xxx0087 (Unit #1493E) - Value: $8,725, xxx0234 (Unit #1494E) - Value: $13,050, xxx0306 (Unit #1496E) - Va**

3 Farm Glen Blvd.
Farmington, CT 06032

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1702**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Webster Capital Finance** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $63,747.00    $69,400.00

**(Webster 7) 2-2015 Volvo 780 Volvo Trucks, Vins #xxx0688 (Unit #708) - Value: 35,075, #xxx0690 (Unit #710) - Value: $34,325 - PARKED**

3 Farm Glen Blvd.
Farmington, CT 06032

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3885**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Webster Capital Finance** | | |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**    $171,719.00    $153,275.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Time Definite Services, Inc.**                                Case number (if known) _____
_____
Name

| Creditor's Name | **(Webster 5) 9-2015 [2014]  Great Dane Refrigerated Vans, Vins #xxxx2009 (Unit #1552E) - Value: $21,975, xxx2012 (Unit #1555E) - Value: $18,500, xxx2013 (Unit #1556E) - Value: $16,500, xxx2015 (Unit #1558E) - Value: $16,800, xxx2016 (Unit #1** |

**3 Farm Glen Blvd.**
**Farmington, CT 06032**
Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8003**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.20 | **Webster Capital Finance** | Describe debtor's property that is subject to a lien | $206,913.00 | $168,925.00 |

Creditor's Name

**(Webster 6) 10-2015 Great Dane Refrigerated Vans, Vins #xxx0001 (Unit #1566E) - Value: $15,000, xxx0002 (Unit #1567E) - Value: $17,500, xxx0003 (Unit #1568E) - Value: $15,275, xxx0005 (Unit #1570E) - Value: $16,725, xxx0006 (Unit #1571E) -**

**3 Farm Glen Blvd.**
**Farmington, CT 06032**
Creditor's mailing address

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3894**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ Contingent
■ No
☐ Unliquidated
☐ Yes. Specify each creditor, including this creditor and its relative priority.
☐ Disputed

---

| 2.21 | **Webster Capital Finance** | Describe debtor's property that is subject to a lien | $182,389.00 | $239,600.00 |

Creditor's Name

**(Webster 8) 9-2016 Great Dane Refrigerated Vans, Vins #xxx0038 (Unit #1653E) - Value: $25,575, xxx0039 (Unit #1654E) - Value: $36,200, xxx0040 (Unit #1655E) - Value: $26,925, xxx0041 (Unit #1656E) - Value: $27,475, xxx0043 (Unit #1658E) - V**

**3 Farm Glen Blvd.**
**Farmington, CT 06032**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                         Case number (if know) _____

Name

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3896**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 2 | **Webster Capital Finance** | Describe debtor's property that is subject to a lien | $268,125.00 | $279,525.00 |
|---|---|---|---|---|

Creditor's Name

**(Webster 9) 10-2016 Great Dane Refrigerated Vans, Vins #xxx0017 (Unit #1632E) - Value: $29,050, xxx0018 (Unit #1633E) - Value: $29,000, xxx0019 (Unit #1634E) - Value: $29,125, xxx0020 (Unit #1635E) - Value: $29,550, xxx0021 (Unit #1636E) -**

**3 Farm Glen Blvd.**
**Farmington, CT 06032**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3897**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.2 3 | **Wells Fargo Equipment** | Describe debtor's property that is subject to a lien | $79,414.00 | $88,550.00 |
|---|---|---|---|---|

Creditor's Name

**(WF - 1) 9 -2013 Great Dane Refrigerated Vans, Vins #sxxx1027 (Unit #1460E) - Value: $10,400, xxx1030 (Unit #1463E) - Value: $9,100, xxx1031 (Unit #1464E) - Value: $11,400, xxx1032 (Unit #1465E) - Value: $12,125, xxx1033 (Unit #1466E) - Val**

**Finance, Inc.**
**PO Box 310704**
**Des Moines, IA 50331-0704**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 10 of 11

Debtor    **Time Definite Services, Inc.**                              Case number (if know) _____
         Name

**1100**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$11,487,790.92**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **JPMorgan Chase Bank, NA**<br>**111 Polaris Pkwy, Ste. A3**<br>**Columbus, OH 43240** | Line __2.2__ | |
| **JPMorgan Chase Bank, NA**<br>**Manager Wholesale Loan Ops**<br>**10 S. Dearborn, IL1-1145**<br>**(Floor L2)**<br>**Chicago, IL 60603-2300** | Line __2.2__ | |
| **PNC**<br>**2021 Springs Road, Ste 400**<br>**Oak Brook, IL 60523** | Line __2.9__ | |
| **VFS Leasing Co.**<br>**7025 Albert Pick Rd.**<br>**Ste. 105 (27409**<br>**PO Box 26131**<br>**Greensboro, NC 27402-6131** | Line __2.14__ | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Time Definite Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$0.00** | **$0.00** |
|  | **Department of Revenue**<br>**PO Box 6668**<br>**Tallahassee, FL 32314** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date or dates debt was incurred | Basis for the claim: |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |
| **2.2** | Priority creditor's name and mailing address | **$15,000.00** | **$15,000.00** |
|  | **Georgia Dept. of Revenue**<br>**Compliance Division**<br>**ARCS - Bankruptcy**<br>**1800 Century Blvd NE,Ste9100**<br>**Atlanta, GA 30345-3202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** |  |
|  | Last 4 digits of account number | Is the claim subject to offset? |  |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes |  |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    26457                    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 | $20,000.00 |
| --- | --- | --- | --- | --- |

**Illinois Dept. of Revenue**
**Bankruptcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 | $7,500.00 |
| --- | --- | --- | --- | --- |

**Indiana Dept. of Revenue**
**PO Box 7206**
**Indianapolis, IN 46207-7206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.00 | $2,000.00 |
| --- | --- | --- | --- | --- |

**Nebraska Dept. of Revenue**
**Attn: Bankruptcy**
**PO Box 94818**
**Lincoln, NE 68509-4818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **Time Definite Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address<br>**New Jersey Dept. of Revenue<br>Bankruptcy Unit<br>50 Barrack St., 9th Floor<br>PO Box 245<br>Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Ohio Dept. of Revenue<br>Bankruptcy Division<br>4485 Northland Ridge Blvd.<br>Columbus, OH 43229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,000.00** | **$5,000.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Tennessee Dept. of Revenue<br>44 Vantage Way, Suite 160<br>Nashville, TN 37243-8050** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Texas Dept. of Revenue<br>Comptroller of Public Accts<br>111 E. 17th Street<br>Austin, TX 78774** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,000.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

   **3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1** | Nonpriority creditor's name and mailing address

**American Express**
**c/o Becket and Lee LLP**
**PO Box 3001**
**Malvern, PA 19355**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$300,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address

**Atlantic Specialty Insurance**
**Co., c/o Catri, Holton, EtAl**
**633 S. Andrews Ave., 3rd Flr**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Audit**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address

**BGE**
**PO Box 1475**
**Baltimore, MD 21203**

Date(s) debt was incurred  _

Last 4 digits of account number  **1886**

As of the petition filing date, the claim is: *Check all that apply.*                    **$28,246.93**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address

**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred  _

Last 4 digits of account number  **3001**

As of the petition filing date, the claim is: *Check all that apply.*                    **$587,580.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 1) 5-2017 Freightlinger Trucks, Vins #xxx4933 (Unit #1000) - Value: $64,675, xxx4934 (Unit #1001) - Value: $55,925, xxx4936 (Unit #1002) - Value: $64,150, xxx4937(Unit #1003) - Value: $56,550, xxx4939 (Unit #1004) - Value: $63,250**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address

**BMO Harris Bank, NA**
**300 E John Carpenter**
**Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred  _

Last 4 digits of account number  **3002**

As of the petition filing date, the claim is: *Check all that apply.*                    **$578,979.22**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 2) 4-2017 Freightliner Trucks, Vins #xxx4941(Unit #1008) - Value: $53,400, xxx4942 (Unit #1009) - Value: $59,050, xxx4922 (Unit #400) - Value: $60,950, xxx4923 (Unit #401) - Value: $58,225**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address

**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred  _

Last 4 digits of account number  **3003**

As of the petition filing date, the claim is: *Check all that apply.*                    **$578,776.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 3) 5-2017 Freightliner Trucks, Vins #xxx4932 (Unit #1005) - Value: $63,250, xxx4943 (Unit #1006) - Value: $59,825, xxx4944 (Unit #1010) - Value: $60,950, xxx4924 (Unit #402) - Stolen, xxx4925 (Unit #403) - Value: $54,475**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Time Definite Services, Inc.**                              Case number (if known) _____
_____
Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $591,653.03 |
|---|---|---|---|

**3.7**

**Nonpriority creditor's name and mailing address**
**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred _

Last 4 digits of account number  **3004**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 4) 5-2017 Freightliner Trucks, Vins #xxx4945 (Unit #1011) - Value: $61,550, xxx4946 (Unit #1012) - Value: $61,525, xxx4847 (Unit #1013) - Value: $60,275, xxx4926 (Unit #404) - Value: $60,825, xxx4927 (Unit #405) - Value: $60,725**

Is the claim subject to offset? ■ No  ☐ Yes

**$591,653.03**

---

**3.8**

**Nonpriority creditor's name and mailing address**
**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred _

Last 4 digits of account number  **3005**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 5) 4-2017 Freightliner Trucks, Vins #xxx4938 (Unit #1014) - Value: $60,300, xxx4948 (Unit #1015) - Value: $53,400, xxx4935 (Unit #1016) - Value: $64,525, xxx4928 (Unit #406) - Value: $53,275**

Is the claim subject to offset? ■ No  ☐ Yes

**$477,342.94**

---

**3.9**

**Nonpriority creditor's name and mailing address**
**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred _

Last 4 digits of account number  **3006**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 6) 1-2017 Freightliner Truck, Vin #xxx4930 (Unit #408) - Value: $53,600**

Is the claim subject to offset? ■ No  ☐ Yes

**$237,153.83**

---

**3.10**

**Nonpriority creditor's name and mailing address**
**BMO Harris Bank, NA**
**300 E John Carpenter Freeway**
**Irving, TX 75062-2712**

Date(s) debt was incurred _

Last 4 digits of account number  **3008**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(BMO 7) 10-2017 Great Dane Refrigerated Vans: Vins #xxx9186 (Unit #2000) - Value: $39,375, xxx9195 (Unit #2009) - Value: $39,825, xxx9187 (Unit #2001) - Value: $39,325, xxx9190 (Unit #2004) - Value: $37,550, xxx9188 (Unit #2002) - Value: $3**

Is the claim subject to offset? ■ No  ☐ Yes

**$477,156.87**

---

**3.11**

**Nonpriority creditor's name and mailing address**
**Incorp**
**3773 Howard Hughes Pkwy**
**Suite 500S**
**Las Vegas, NV 89169-6014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R.A. Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$99.00**

---

**3.12**

**Nonpriority creditor's name and mailing address**
**JLL / BLP Industrial**
**c/o BPREP Randall Point LLC**
**8755 W. Higgins Rd., Ste.700**
**Chicago, IL 60631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Arrearages - Space at Randall Point Business Park**

Is the claim subject to offset? ■ No  ☐ Yes

**$36,349.16**

---

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**MAC Trailer Leasing, dba**
**PLM Trailer Leasing**
**14095 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Leased Trailers:  (MAC) 5-2017 Great Dane - Vins #xxx1000 (Unit #1711), xxx1001 (Unit #1712), xxx1002 (Unit #1713), xxx1005 (Unit #1714), & xxx1007 (Unit #1715)**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$186,000.00**

**Matthew D. Brash**
**c/o Levenfeld Pearl SteinLLC**
**2 N LaSalle St., Ste. 1300**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250,000.00**

**Michael Suarez**
**794 Lake Brim Dr.**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Promissory Note for monies loaned**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580,000.00**

**Navistar, Inc, fka Internt'l**
**Truck & Engine Corporation**
**c/o Sanchez Daniels, Et.AI.**
**333 W Wacker Dr., Ste.500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **CounterClaim (Case #14-MR-1475)**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ostrow Reisin Berk**
**& Abrams, Ltd., Et.AI.**
**c/o Hinshaw & Culbertson, LL**
**151 N Franklin, Ste. 2500**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ☐ No ■ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**PLM Leasing**
**14095 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **(PLM) 10-2017 Great Dane: Vins #xxx0748 (Unit #1701), xxx0749 (Unit #1702), xxx0750 (Unit #1703), xxx0751 (Unit #1704), xxx0752 (Unit #1705), xxx0488 (Unit #1706),xxx0489 (Unit #1707), xxx0490 (Unit #1708), xxx0491 (Unit #1709), & xxx0492**

Is the claim subject to offset? ☐ No ■ Yes

---

Debtor **Time Definite Services, Inc.**
_____
Name

Case number (if known) _____

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100,000.00** |

**PLM Leasing**
**14095 Collections Center Dr.**
**Chicago, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **(PLM) 5-2018 Great Danes - Vins #xxx1003 (Unit #1716), xxx1004 (Unit #1717), xxx1006 (Unit #1718), xxx1008 (Unit #1719), & xxx1009 (Unit #1720)**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$55,584.00** |

**Safe Trucking Insurance, Ltd**
**c/o Cottingham & Butler**
**PO Box 449**
**Dubuque, IA 52004-0449**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Assessments**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428,035.88** |

**Signature Financial, LLC**
**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number **0003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **(Signature 6) 10-2017 Great Dane Refrigerated Vans, Vins #xxx0269 (Unit #1681) - Value: $37,325, xxx0270 (Unit #1682) - Value: $29,900, xxx0271 (Unit #1683) - Value: $37,000, xxx0272 (Unit #1684) - Value: $37,950, xxx0273 (Unit #1685) - Val**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$538,052.32** |

**Signature Financial, LLC**
**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number **0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **(Signature 7) 10-2017 Great Dane Refrigerated Vans, Vins #xxx0284 (Unit #1691) - Value: $39,700, xxx0325 (Unit #1692) - Value: $38,255, xxx0740 (Unit #1693) - Value: $40,450, xxx0741 (Unit #1694) - Value: $42,575, xxx0742 (Unit #1695) - Val**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$365,280.58** |

**Signature Financial, LLC**
**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **(Signature 4) 9-2016 Great Dane Refrigerated Vans, Vins #xxx0027 (Unit #1642E) - Value: $28,700 (Unit #1643E) - Value: $30,275, xxx0029 (Unit #1644E) - Value: $26,400, xxx0031 (Unit #1646E) - Value: $24,700, xxx0032 (Unit #1647E) -**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$439,199.99** |

**Signature Financial, LLC**
**225 Broadhollow Rd, Ste.132W**
**Melville, NY 11747**

Date(s) debt was incurred _
Last 4 digits of account number **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **(Signature 5) 9-2017 Great Dane Refrigerated Vans, Vins #xxx1021 (Unit #1671) - Value: $37,000, xxx1022 (Unit #1672) - Value: $38,525, xxx1023 (Unit #1673) - Value: $42,500, xxx1024 (Unit #1674) - Value: $36,350, xxx1025 (Unit #1675) - Valu**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$915,515.00** |

**Sumitomo Mitsui Finance
and Leasing Co., Ltd**
**277 Park Ave., 15th Floor**
**New York, NY 10172**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **2001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **(Sumitomo) 10-2017 Volvo 780 Trucks, Vins #xxx6502 (Unit #802) - Value: $69,050, xxx6503 (Unit #803) - Value: $64,700, xxx6504 (Unit #804) - Value: $74,600, xxx6505 (Unit #805) - Value: $68,025, xxx6506 (Unit #806) - Value: $68,125, xxx6507**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$189,955.00** |

**Transportation Insurance
Advisors (Markel)**
**113 Bellagio Circle**
**Sanford, FL 32771**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** **E#9 Profit Sharing Endorsement 10/1/18**

Is the claim subject to offset? ☐ No  ■ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$494,694.00** |

**Volvo Financial Services US
LLC**
**PO Box 26131**
**Greensboro, NC 27402-6131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **(Volvo 8) 9-2016 Volvo VNL64T 780 Trucks: Vins #xxx9060 (Unit #782) - Value: $52,125, xxx9061(Unit #783) - Value: $55,575, xxx9062 (Unit #784) - Value: $67,375, xxx9063 (Unit #785) - Value: $57,350, xxx9070 (Unit #787) - Value: $55,150, xxx**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$655,955.00** |

**Volvo Financial Services US
LLC**
**PO Box 26131**
**Greensboro, NC 27402-6131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **(Volvo 9) 10-2016 Volvo VNL64T 780 Trucks, Vins #xxx6513 (Unit #813) - Value: $78,975, xxx6516 (Unit #816) - Value: $78,550, xxx6517 (Unit #817) - Value: $75,875, xxx6518 (Unit #818) - Value: $74,200, xxx6519 (Unit #819) - Value: $76,300, x**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$655,205.00** |

**Volvo Financial Services US
LLC**
**PO Box 26131**
**Greensboro, NC 27402-6131**

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **(Volvo 10) 7-2017 Volvo VNL64T 780 Trucks, Vins #xxx6687 (Unit #825) - Value: $74,300, xxx6688 (Unit #826) - Value: $69,000, xxx6689 (Unit #827) - Value: $74,150, xxx6691(Unit #829) - Value: $79,250, xxx6692 (Unit #830) - Value: $62,125, xx**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$964,072.00** |
|---|---|---|---|

**Webster Capital Finance**
**3 Farm Glen Blvd.**
**Farmington, CT 06032**

Date(s) debt was incurred _

Last 4 digits of account number  **5591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(Webster 10) 10-2017 Volvo 780 Trucks, Vins #xxx6501 (Unit #792) - Value: $80,475, xxx6492 (Unit #793) - Value: 85,450, xxx6493 (Unit #794) - Value: $70,425, xxx6494 (Unit #795) - Value: $63,175, xxx6495 (Unit #796) - Value: $73,375, xxx649**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Attorney General - Ohio**<br>**150 E. Gay St., 21st Floor**<br>**Columbus, OH 43215** | Line **2.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Georgia Dept. of Revenue**<br>**Taxpayer Services Div.**<br>**PO Box 105499**<br>**Atlanta, GA 30348-5499** | Line **2.2**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Lykes Cartage Co., LLC**<br>**c/o Zimmerman, Kiser, EtAl**<br>**315 E. Robinson St., Ste.600**<br>**Orlando, FL 32801** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ofc of the Attorney General**<br>**PO Box 12548**<br>**Austin, TX 78711-2548** | Line **2.10**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Randall Point Business Cntr**<br>**c/o Pancor Management LLC**<br>**2175  Point Blvd., Ste. 125**<br>**Elgin, IL 60123** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Signature Financia LLC**<br>**10345 Willows Rd. NE**<br>**Ste. 120**<br>**Redmond, WA 98052** | Line **3.21**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Webster Capital Finance**<br>**344 Main St.**<br>**Berlin, CT 06037** | Line **3.30**<br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 56,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 11,010,886.48 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 11,067,386.48 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                    Case number (if known)
          Name

---

**Fill in this information to identify the case:**

Debtor name __**Time Definite Services, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord - Space at Randall Point Business Park(1360 Madeline Lane, Ste. 300, Elgin, IL 60124)** | |
| | State the term remaining | | **JLL / BLP Industrial c/o BPREP Randall Point LLC 8755 W. Higgins Rd., Ste.700 Chicago, IL 60631** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Trailers: (MAC) *5-2017 Great Dane - Vins #xxx1000 (Unit #1711), xxx1001 (Unit #1712), xxx1002 (Unit #1713), xxx1005 (Unit #1714), & xxx1007 (Unit #1715)** | |
| | State the term remaining | | **MAC Trailer Leasing, dba PLM Trailer Leasing 14095 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Trailers: (PLM) *10-2017 Great Dane: Vins #xxx0748 (Unit #1701), xxx0749 (Unit #1702), xxx0750 (Unit #1703), xxx0751 (Unit #1704), xxx0752 (Unit #1705), xxx0488 (Unit #1706),xxx0489 (Unit #1707), xxx0490 (Unit #1708), xxx0491 (Unit #1709), & xxx0492 (Unit #1710)** | |
| | State the term remaining | | **PLM Leasing 14095 Collections Center Dr. Chicago, IL 60693** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor 1   **Time Definite Services, Inc.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Trailers:  (PLM) 5-2018 Great Danes - Vins #xxx1003 (Unit #1716), xxx1004 (Unit #1717), xxx1006 (Unit #1718), xxx1008 (Unit #1719), & xxx1009 (Unit #1720)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **PLM Leasing** <br> **14095 Collections Center Dr.** <br> **Chicago, IL 60693** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Landlord - 10.5 acres in Sumterville, Florida (Operations Headquarters)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TDST, LLC** <br> **1935 CR 525E** <br> **Sumterville, FL 33585** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Services** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Time Specialized Brokerage** <br> **1360 Madeline Lane** <br> **Elgin, IL 60124** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Time Definite Services, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Michael Suarez** | **600 W. Las Olas Blvd., #702**<br>**Fort Lauderdale, FL 33312**<br>**Guarantor** | **JPMorgan Chase Bank, NA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Michael Suarez** | **600 W. Las Olas Blvd., #702**<br>**Fort Lauderdale, FL 33312** | **PNC Equpment Finance, LLC** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **TDST, LLC** | **1935 CR 525 E.**<br>**Sumterville, FL 33585** | **JPMorgan Chase Bank, NA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **Time Definite Leasing, LLC** | **1360 Madeline Lane**<br>**Suite 300**<br>**Elgin, IL 60124** | **JPMorgan Chase Bank, NA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **Time Definite Leasing, LLC** | **1360 Madeline Lane**<br>**Suite 300**<br>**Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                    Case number *(if known)*

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                    Column 2: **Creditor**

| 2.6 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.5__ ☐ G _____ |
|-----|---|---|---|---|
| 2.7 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.6__ ☐ G _____ |
| 2.8 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.7__ ☐ G _____ |
| 2.9 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.8__ ☐ G _____ |
| 2.10 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.11 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **BMO Harris Bank, NA** | ☐ D _____ ■ E/F __3.10__ ☐ G _____ |
| 2.12 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Volvo Financial Services US** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |

Debtor    **Time Definite Services, Inc.**                                    Case number *(if known)* _____

▮  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.13 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Volvo Financial Services US** | ☐ D _____ <br> ▮ E/F __3.28__ <br> ☐ G _____ |
| 2.14 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Volvo Financial Services US** | ☐ D _____ <br> ▮ E/F __3.29__ <br> ☐ G _____ |
| 2.15 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Sumitomo Mitsui Finance** | ☐ D _____ <br> ▮ E/F __3.25__ <br> ☐ G _____ |
| 2.16 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Signature Financial, LLC** | ☐ D _____ <br> ▮ E/F __3.22__ <br> ☐ G _____ |
| 2.17 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Signature Financial, LLC** | ☐ D _____ <br> ▮ E/F __3.23__ <br> ☐ G _____ |
| 2.18 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Signature Financial, LLC** | ☐ D _____ <br> ▮ E/F __3.21__ <br> ☐ G _____ |
| 2.19 | **Time Definite Leasing, LLC** | **1360 Madeline Lane Suite 300 Elgin, IL 60124** | **Signature Financial, LLC** | ☐ D _____ <br> ▮ E/F __3.24__ <br> ☐ G _____ |

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 | **Time Definite Leasing, LLC** | 1360 Madeline Lane Suite 300 Elgin, IL 60124 | **Webster Capital Finance** | ☐ D _____<br>■ E/F __3.30__<br>☐ G _____ |
| 2.21 | **Time Definite Services** | Transportation, LLC 1360 Madeline Lane Suite 300 Elgin, IL 60124 | **JPMorgan Chase Bank, NA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | **Time Definite Services** | Transportation, LLC 1360 Madeline Lane Suite 300 Elgin, IL 60124 | **Safe Trucking Insurance, Ltd** | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.23 | **Time Specialized Brokerage,** | Inc. | **JPMorgan Chase Bank, NA** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Time Definite Services, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>■ Other   **Estimated YTD** | $16,629,532.24 |
| **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | $15,232,381.00 |
| **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | $36,305,584.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* |
|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

□ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Time Definite Services, Inc. vs. Navisar, Inc., Et.Al. / Counterclaim by Navistar 14-MR-1475 | Civil - In the Circuit Court of the 18th Judicial Circuit, Dupage County, Illinios | DuPage County Courthouse 505 N County Farm Rd Wheaton, IL 60187 | ■ Pending □ On appeal □ Concluded |
| 7.2. | Time Definite Services, Inc., Et.Al., vs. Atlantic Specialty Insurance Company, Et.Al. 2017-CA-000314 | Circuit Civil - 5th Judicial Circuit, Sumter County, Florida | Clerk of Court, Sumter County 215 E McCollum Ave Bushnell, FL 33513 | ■ Pending □ On appeal □ Concluded |
| 7.3. | Time Definite Services, Inc., Et.Al. vs. Ostrow Reisin Berk & Abrams, Ltd., Et.Al, 18-L-000352 | Circuit Civil - 16th Judicial Circuit, Kane County, Illinois | Clerk of the Circuit Court Kane County, Illinois 540 Randall Rd, St Saint Charles, IL 60174 | ■ Pending □ On appeal □ Concluded |
| 7.4. | Matthew D. Brash, EtAl. vs. Time Definite Services, Inc. 2018-C-006941 | Circuit Civil - Cook County, Illinois, County Dept, Law Division | Cook County Law Division 50 W Washington St #801 Chicago, IL 60602 | ■ Pending □ On appeal □ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

| Debtor | Time Definite Services, Inc. | Case number *(if known)* | |
|---|---|---|---|

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Buddy D. Ford, P.A.<br>9301 W. Hillsborough Avenue<br>Tampa, FL 33615-3008 | | 06/07/2019 -<br>$25,000<br>06/10/2019 -<br>$25,000<br>07/11/2019 -<br>$10,000 | $60,000.00 |
| | Email or website address<br>All@TampaEsq.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Time Definite Services, Inc.**                                          Case number *(if known)*

■ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| | Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Time Definite Services, Inc.**                                        Case number *(if known)* _____

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■  No.
   ☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■  No.
   ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* |
|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Time Definite Leasing,LLC**<br>**1360 Madeline Lane, Suite 300**<br>**Elgin, IL 60124** | **Serves as a lease-to-own to the independent contractors (participating drivers) for tractor leasing & rental** | **EIN:**    **81-1844637**<br><br>**From-To**   **02/16/2016 to present** |
| 25.2. | **Specialized Services Logistics, LLC**<br>**f/k/a TD Logistics, LLC**<br>**868 CR 539A**<br>**Sumterville, FL 33585** |  **The trucking authority resides here.** | **EIN:**    **61-1844637**<br><br>**From-To**   **03/03/2017 to present** |
| 25.3. | **Time Specialized Brokerage, Inc.**<br>**1360 Madeline Lane, Suite 300**<br>**Elgin, IL 60124** | **They are a payroll entity only. All employees are hired by this entity.** | **EIN:**<br><br>**From-To**   **03/12/2009 to present** |
| 25.4. | **TDST, LLC**<br>**1935 CR 525 East**<br>**Sumterville, FL 33585** | **This entity owns the property in Sumterville, Florida & lease it to Time Definite** | **EIN:**    **45-5463124**<br><br>**From-To**   **06/11/2012 to present** |
| 25.5. | **Time Definite Services Transportation, LLC**<br>**1935 CR 525 E St.**<br>**Sumterville, FL 33585** | **Dissolved / Transferred Units to Time Definite Services, Inc.** | **EIN:**    **27-2611956**<br><br>**From-To**   **05/19/2019 to 12/23/2018** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | | Date of service<br>From-To |
|---|---|---|---|
| 26a.1. | **Michael A. Suarez**<br>**794 Lake Brim Dr.**<br>**Winter Garden, FL 34787** | | **12/04/1990**<br>**(Incorporation) to present** |
| 26a.2. | **FGMK, LLC**<br>**Attn: Larry Bober, CPA**<br>**2801 Lakeside Dr., 3rd Floor**<br>**Deerfield, IL 60015** | | **2017 to present** |
| 26a.3. | **Anna L. Suarez**<br>**794 Lake Brim Dr.**<br>**Winter Garden, FL 34787** | | **1990 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Time Definite Services, Inc.**                                      Case number *(if known)*

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael A. Suarez | 794 Lake Brim Dr. Winter Garden, FL 34787 | Officer / Shareholder / Director | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anna L. Suarez | 794 Lake Brim Dr. Winter Garden, FL 34787 | Insider Employee | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Michael A. Suarez 794 Lake Brim Dr. Winter Garden, FL 34787 | $15,000 Bi-weekly $180,000 YTD | Bi-Weekly | Salary |
| | Relationship to debtor Officer | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Time Definite Services, Inc.**                                      Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Anna L. Suarez**<br>**794 Lake Brim Dr.**<br>**Winter Garden, FL 34787** | **$1,220 Bi-weekly**<br>**$7,896.42 YTD** | **Bi-Weekly** | **Salary** |
| | **Relationship to debtor**<br>**Insider Employee** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Time Definite Services, Inc.**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2019**

**/s/ Michael Suarez**                                    **Michael Suarez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re __Time Definite Services, Inc.__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A. Suarez**<br>**794 Lake Brim Dr.**<br>**Winter Garden, FL 34787** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __July 12, 2019__

Signature __/s/ Michael Suarez__

__Michael Suarez__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Time Definite Services, Inc.**
_____
Debtor(s)

Case No. _____

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **July 12, 2019**
_____

**/s/ Michael Suarez**
_____
**Michael Suarez/President**
Signer/Title

Time Definite Services, Inc.
794 Lake Brim Dr.
Winter Garden, FL 34787

Buddy D. Ford, Esquire
Buddy D. Ford, P.A.
9301 West Hillsborough Avenue
Tampa, FL 33615-3008

American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355

Atlantic Specialty Insurance
Co., c/o Catri, Holton, EtAl
633 S. Andrews Ave., 3rd Flr
Fort Lauderdale, FL 33301

Attorney General - Ohio
150 E. Gay St., 21st Floor
Columbus, OH 43215

BGE
PO Box 1475
Baltimore, MD 21203

BMO Harris Bank, NA
300 E John Carpenter Freeway
Irving, TX 75062-2712

BMO Harris Bank, NA
300 E John Carpenter
Freeway
Irving, TX 75062-2712

Department of Revenue
PO Box 6668
Tallahassee, FL 32314

Georgia Dept. of Revenue
Compliance Division
ARCS - Bankruptcy
1800 Century Blvd NE,Ste9100
Atlanta, GA 30345-3202

Georgia Dept. of Revenue
Taxpayer Services Div.
PO Box 105499
Atlanta, GA 30348-5499

Illinois Dept. of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Incorp
3773 Howard Hughes Pkwy
Suite 500S
Las Vegas, NV 89169-6014

Indiana Dept. of Revenue
PO Box 7206
Indianapolis, IN 46207-7206

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JLL / BLP Industrial
c/o BPREP Randall Point LLC
8755 W. Higgins Rd., Ste.700
Chicago, IL 60631

JPMorgan Chase Bank, NA
55 S. Main Street
Naperville, IL 60540-5314

JPMorgan Chase Bank, NA
111 Polaris Pkwy, Ste. A3
Columbus, OH 43240

JPMorgan Chase Bank, NA
Manager Wholesale Loan Ops
10 S. Dearborn, IL1-1145
(Floor L2)
Chicago, IL 60603-2300

Lykes Cartage Co., LLC
c/o Zimmerman, Kiser, EtAl
315 E. Robinson St., Ste.600
Orlando, FL 32801

MAC Trailer Leasing, dba
PLM Trailer Leasing
14095 Collections Center Dr.
Chicago, IL 60693

Matthew D. Brash
c/o Levenfeld Pearl SteinLLC
2 N LaSalle St., Ste. 1300
Chicago, IL 60602

Michael Suarez
794 Lake Brim Dr.
Winter Garden, FL 34787

Navistar, Inc, fka Internt'l
Truck & Engine Corporation
c/o Sanchez Daniels, Et.Al.
333 W Wacker Dr., Ste.500
Chicago, IL 60606

Nebraska Dept. of Revenue
Attn: Bankruptcy
PO Box 94818
Lincoln, NE 68509-4818

New Jersey Dept. of Revenue
Bankruptcy Unit
50 Barrack St., 9th Floor
PO Box 245
Trenton, NJ 08695-0245

Ofc of the Attorney General
PO Box 12548
Austin, TX 78711-2548

Ohio Dept. of Revenue
Bankruptcy Division
4485 Northland Ridge Blvd.
Columbus, OH 43229

Ostrow Reisin Berk
& Abrams, Ltd., Et.Al.
c/o Hinshaw & Culbertson, LL
151 N Franklin, Ste. 2500
Chicago, IL 60606

Peoples Capital & Leasing
Corp.
850 Main Street, BC-03
Bridgeport, CT 06604

PLM Leasing
14095 Collections Center Dr.
Chicago, IL 60693

PNC
2021 Springs Road, Ste 400
Oak Brook, IL 60523

PNC Equpment Finance, LLC
995 Dalton Ave.
Cincinnati, OH 45203

Randall Point Business Cntr
c/o Pancor Management LLC
2175  Point Blvd., Ste. 125
Elgin, IL 60123

Safe Trucking Insurance, Ltd
c/o Cottingham & Butler
PO Box 449
Dubuque, IA 52004-0449

Signature Financia LLC
10345 Willows Rd. NE
Ste. 120
Redmond, WA 98052

Signature Financial, LLC
225 Broadhollow Rd, Ste.132W
Melville, NY 11747

Sumitomo Mitsui Finance
and Leasing Co., Ltd
277 Park Ave., 15th Floor
New York, NY 10172

Tennessee Dept. of Revenue
44 Vantage Way, Suite 160
Nashville, TN 37243-8050

Texas Dept. of Revenue
Comptroller of Public Accts
111 E. 17th Street
Austin, TX 78774

Transportation Insurance
Advisors (Markel)
113 Bellagio Circle
Sanford, FL 32771

US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

VFS Leasing Co.
7025 Albert Pick Rd.
Ste. 105 (27409
PO Box 26131
Greensboro, NC 27402-6131

Volvo Financial Services US
LLC
PO Box 26131
Greensboro, NC 27402-6131

Webster Capital Finance
3 Farm Glen Blvd.
Farmington, CT 06032

Webster Capital Finance
344 Main St.
Berlin, CT 06037

Wells Fargo Equipment
Finance, Inc.
PO Box 310704
Des Moines, IA 50331-0704

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re **Time Definite Services, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 58,283.00 |
| Prior to the filing of this statement I have received | $ | 58,283.00 |
| Balance Due | $ | 0.00 |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify): **Additional fees and/or costs due after depletion of the retainer shall be applied for**

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 12, 2019**

*Date*

**/s/ Buddy D. Ford, Esquire**
**Buddy D. Ford, Esquire 0654711**
*Signature of Attorney*
**Buddy D. Ford, P.A.**
**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669  Fax: (813)877-5543**
**All@tampaesq.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Middle District of Florida

In re   **Time Definite Services, Inc.**

                                  Debtor(s)

Case No.

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Time Definite Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 12, 2019**

Date

**/s/ Buddy D. Ford, Esquire**

**Buddy D. Ford, Esquire 0654711**

Signature of Attorney or Litigant

Counsel for   **Time Definite Services, Inc.**

**Buddy D. Ford, P.A.**

**9301 West Hillsborough Avenue**
**Tampa, FL 33615-3008**
**(813)877-4669 Fax:(813)877-5543**
**All@tampaesq.com**