UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

IN RE:                                                                                                  Chapter 11

TIME DEFINITE SERVICES, INC.,                                        Case No.: 8:19-bk-06564

_____Debtor._____/

### EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL *NUNC PRO TUNC* AND PROVIDING ADEQUATE PROTECTION

**COMES NOW, TIME DEFINITE SERVICES, INC.** (the "Debtor"), by and through its undersigned counsel, and files this, its *Emergency Motion for Authority to Use Cash Collateral Nunc Pro Tunc and Providing Adequate Protection* pursuant to §§ 105 and §363 (c)(2)(B) of Title 11 of the Bankruptcy Code, 11 U.S.C. §101, et. seq. as amended (the "Bankruptcy Code") and Rules 4001(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of this Motion, the Debtors state as follows:

### JURISDICTION

1.  This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157 (b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2.  The statutory predicates for the relief requested is 11 U.S.C. §§ 105 and 363 and Rule 4001(d)(1)(D), Federal Rules of Bankruptcy Procedure.

### BACKGROUND

3.  On July 12, 2019, the Debtor filed its Voluntary Petition under Chapter 11 of the Bankruptcy Code (the "Petition Date") and pursuant to Bankruptcy Code §§1107(a) and 1108, is operating its business and managing its affairs as a Debtor-in-possession.

4. As of the date hereof, no trustee, examiner, or statutory committee has been appointed in either of these cases.

5. Upon information and belief, JPMorgan Chase Bank, N.A. ("Chase") holds a claim in the approximate amount of $4,400,000.00 which may be secured by a blanket lien on the Debtor's assets.[1] The Debtor reserves the right to challenge the validity, priority, and extent of the Chase's lien against the Debtor's assets.

6. On July 11, 2019 at 5:00 p.m., the Debtor had $3,933,706.94 in accounts receivable, of which $3,592,930.95 was less than ninety (90) days old. A true and correct copy of the Debtor's A/R Aging Summary as of July 11, 2019 at 5:00 p.m., is attached hereto as **Exhibit "A"** and incorporated herein by reference.

## RELIEF REQUESTED

7. The Debtor seeks an order of this Court authorizing the Debtor to use cash, accounts receivable and other income derived from the Debtor's operations to fund its operating expenses and costs of administration in this Chapter 11 case for the duration of the chapter 11 case (the "Cash Collateral") pursuant to 11 U.S.C. §§ 105 and 363, Federal Rules of Bankruptcy Procedure 4001(b)(2) and Local Rule 4001-3, since any cash collateral generated by the Debtor may constitute the cash collateral of Chase.

### Terms and Use of Cash Collateral and Offer of Adequate Protection

8. In order for the Debtor to remain in business, it is imperative that it have the use of the Cash Collateral. Without use of the Cash Collateral, the Debtor will have no ability to fund its

---

[1] Chase recorded a UCC-1 on August 9, 2016 (File No.: 021616737) in Illinois. The Debtor cannot access that filing electronically and therefore cannot verify with one hundred percent certainty the validity of the filing.

day-to-day operations.

9. As adequate protection for the use of cash collateral, the Debtor offers Chase the following:

    a. A post-petition replacement lien to the same extent, validity, and priority as existed pre-petition;

    b. The right to inspect Chase's collateral on five (5) day notice, provided that said inspection does not interfere with the operations of the Debtor; and

    c. Copies of monthly financial documents generated in the ordinary course of business and other information as Chase may reasonably request with respect to the Debtor's operations.

### Purposes for the Use of Cash Collateral and Cash Flow Budget

10. The Debtor must have access to and authorization to use Cash Collateral in the amounts and for the purposes set forth in the budget, attached as **Exhibit "B"** to this Motion (the "Budget"). The use of such Cash Collateral is necessary to avoid immediate and irreparable harm to the Debtor's estate. The Cash Collateral will be used to maintain business operations and preserve value of the estate. Among other things, the Debtor proposes to use Cash Collateral in accordance with the Budget for payment of employees, contractors, fuel, insurance, utilities, vehicle maintenance, and ordinary business expenses related to its operations. This motion is filed without prejudice to the Debtor's right to request further authority to use Cash Collateral in excess of the amounts sought herein.[2]

---

[2] The Budget reflects general line items reflecting the projections of the Debtor's normal operating expenses for the period covered by the Budget. The Debtor's expenditures will be in reasonable compliance with Budget.

11. The Debtor requests authority to use Cash Collateral immediately to pay the expenses set forth in the Budget as payment of such expenses is necessary to maintain its business, maximize the return on its assets, and to otherwise avoid irreparable harm and injury to its estate

12. In order to ensure that the Debtor operates effectively throughout this bankruptcy proceeding, the Debtor also requests permission to:

(a) exceed any line item on the budget by an amount equal to ten percent (10%) of each such line item; or

(b) to exceed any line item by more than ten percent (10%) so long as the total of all amounts in excess of all line items for the Budget do not exceed ten percent (10%) in the aggregate of the total budget.

**WHEREFORE**, TIME DEFINITE SERVICES, INC., the Debtor, respectfully requests that this Honorable Court enter an order: (i) granting this Motion on an emergency interim basis *nunc pro tunc* to the Petition Date; (ii) authorizing the Debtor's use of Cash Collateral in accordance with the Budget and to provide related adequate protection; (iii) permitting the Debtor to deviate from the Budget in the amount of ten percent (10%) to the extent necessary; (iv) scheduling a Final Hearing in order to authorize the Debtor's use of cash collateral; and (v) granting such other and further relief as the Court shall deem just and proper.

**RESPECTFULLY SUBMITTED**, on this 12th day of July, 2019.

BUDDY D. FORD, P.A.,

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Heather M. Reel, Esquire (FBN: 0100357)
Email: *Heather@tampaesq.com*
9301 West Hillsborough Avenue
Tampa, Florida 33615-3008
Telephone #: (813) 877-4669
Office Email: *All@tampaesq.com*
Attorney for Debtor

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 12th day of July, 2019, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

United States Trustee - TPA, USTPRegion21.TP.ECF@USDOJ.GOV

and, by ■ U.S. Mail to:

JPMorgan Chase Bank, N.A., 55 S. Main Street, Naperville, IL 60540-5314;
JPMorgan Chase Bank. N.A., PO Box 6026, IL1-1145, Chicago, IL 60680;
JPMorgan Chase Bank, N.A., 1111 Polaris Parkway, Ste. A-3, Columbus, OH 43240;
JPMorgan Chase Bank, N.A., c/o CT Corporation System, 1200 S. Pine Island Rd., Plantation, FL 33324; and
Matrix.

/s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: Buddy@tampaesq.com


EXHIBIT A

07/11/2019 16:10

**Aged Accounts Receivable Report**
Time Definite Services, Inc.

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 07/11/2019,  Age date: 07/11/2019,  Payment, credit, debit cutoff date: 07/11/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|
| 3RIVGAR | 3 RIVERS LOGISTICS | 1,550.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ABBIAIL | ABBOTT LABORATORIES | 262,550.49 | 0.00 | 0.00 | 133,881.25 | 128,669.24 | 0.00 |
| ACTASUT | ACTIVIS C/O DATA2LOGISTICS LLC | 7,284.93 | 0.00 | 1,900.00 | 0.00 | 5,384.93 | 0.00 |
| ADVPCOH | ADVANCEPIERRE FOODS | 500.00 | 0.00 | 0.00 | 500.00 | 0.00 | 0.00 |
| AFNLDIL | AFN LLC | 32,895.40 | 17,767.38 | 15,128.02 | 0.00 | 0.00 | 0.00 |
| AGSTSNJ | AGS TRUCKING LLC | 850.00 | 850.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLESMCA | ALLEN LUND | 13,569.12 | 10,004.00 | 1,600.00 | 0.00 | 1,965.12 | 0.00 |
| ALLYCOH | ALLY LOGISTICS | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALPHCIL | ALPHA BAKING | 33,225.00 | 18,048.00 | 8,023.00 | 3,095.00 | 4,059.00 | 0.00 |
| AMILPNJ | AMIL FREIGHT INC | 950.00 | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ANHESMO | ANHEUSER BUSCH CO | 262,141.14 | 32,790.14 | 90,285.76 | 104,207.36 | 34,857.88 | 0.00 |
| ANYWFCA | ANYWAY LOGISTICS, INC | 19,769.00 | 0.00 | 6,140.00 | 3,300.00 | 10,329.00 | 0.00 |
| APEXSUT | APEX LOGISTICS | 3,400.00 | 0.00 | 3,400.00 | 0.00 | 0.00 | 0.00 |
| ARRIATX | ARRIVE LOGISTICS | 15,938.56 | 1,300.00 | 14,488.56 | 150.00 | 0.00 | 0.00 |
| ASCECWI | ASCENT GLOBAL LOGISTICS | 9,059.42 | 1,601.42 | 1,684.00 | 0.00 | 5,774.00 | 0.00 |
| ATLLTGA | ATL LOGISTICS MANAGEMENT INC | 4,237.50 | 0.00 | 0.00 | 4,237.50 | 0.00 | 0.00 |
| ATSCVCA | ATS CALIFORNIA | 35,616.92 | 34,300.00 | 743.42 | 573.50 | 0.00 | 0.00 |
| BEELMNY | BEE LINE LOGISTICS | 1,650.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BIRCKWI | BIRCHWOOD TRANSPORT INC. | 1,691.96 | 1,691.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMMLCIL | BMM LOGISTICS | 2,700.00 | 2,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BNSFVOH | BNSF LOGISTICS | 1,300.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 |
| BOSTBMA | THE BOSTON BEER COMPANY | 2,390.96 | 0.00 | 2,390.96 | 0.00 | 0.00 | 0.00 |
| BRUZPFL | BRUZZONE SHIPPING INC | 5,835.00 | 0.00 | 4,045.00 | 1,790.00 | 0.00 | 0.00 |
| CARGFCA | CARGO SOLUTION BROKERAGE INC | 22,547.00 | 5,298.00 | 1,275.00 | 11,849.00 | 4,125.00 | 0.00 |
| CELEIIN | CELADON LOGISTICS SERVICES | 4,685.00 | 2,400.00 | 2,285.00 | 0.00 | 0.00 | 0.00 |
| CHIQCOH | CHIQUITA FRESH NORTH AMERICA LLC | 203,613.24 | 112,872.92 | 83,987.44 | 6,568.88 | 184.00 | 0.00 |
| CHOPPMD | CHOPTANK TRANSPORT INC. | 1,540.00 | 0.00 | 0.00 | 0.00 | 1,540.00 | 0.00 |
| CHROCIA | CH ROBINSON WORLDWIDE | 107,007.83 | 62,996.64 | 33,630.94 | 9,861.25 | 519.00 | 0.00 |
| CLSEAGA | C.L.SERVICES INC. | 10,950.00 | 2,250.00 | 8,700.00 | 0.00 | 0.00 | 0.00 |
| CONAONE | CONAGRA FOODS (edi) | 637,871.55 | 365,405.77 | 272,465.78 | 0.00 | 0.00 | 0.00 |
| CONVSWA | CONVOY INC | 8,010.00 | 0.00 | 0.00 | 2,110.00 | 5,900.00 | 0.00 |
| CONWFIL | CONWAY IMPORT CO, INC | 10,370.00 | 10,370.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COSTGFL | COSTA FARMS LLC | 209,317.79 | 75,065.64 | 27,232.11 | 101,904.77 | 5,115.27 | 0.00 |
| COUNAOH | COUNTRY PURE FOODS | 40,583.90 | 13,848.79 | 26,639.97 | 95.14 | 0.00 | 0.00 |
| COUSMFL | COUSINS LOGISTICS, INC | 3,450.00 | 0.00 | 3,450.00 | 0.00 | 0.00 | 0.00 |
| COWABAR | COWAN GLOBAL | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| CROSCOR | CROSSWIND LOGISTICS INC | 1,490.00 | 0.00 | 1,490.00 | 0.00 | 0.00 | 0.00 |
| CROSEIL | CROSSWIND DESIGN INC. | 0.00 | -1,160.50 | 1,160.50 | 0.00 | 0.00 | 0.00 |
| DEANBIL | DEANFOODS(lean-otr) | 31,907.60 | 16,598.01 | 13,290.24 | 1,519.35 | 500.00 | 0.00 |
| DEANBIL3 | DEANFOODS(lean-il local & shuttles) | 566.80 | 0.00 | 0.00 | 0.00 | 566.80 | 0.00 |
| DEANPIN | DEANFOODS BELVIDERE(email-il ingredient) | 5,738.36 | 4,014.00 | 1,724.36 | 0.00 | 0.00 | 0.00 |
| DEDITFL | DEDICATED CARRIERS INC | 3,559.00 | 0.00 | 3,559.00 | 0.00 | 0.00 | 0.00 |
| DEKADGA | DEKALB FARMERS MARKET | 29,967.71 | 7,277.42 | 22,690.29 | 0.00 | 0.00 | 0.00 |

| 07/11/2019 1610 | | Aged Accounts Receivable Report | | | | | Page 2 |

Time Definite Services, Inc.

Customer(s): All,   Categories: All,   Salesperson(s): All,   Group by salesperson: N,   Print past due balances only: N,   Include open credits in total: Y
Report by: Bill date,   Report type: Summary,   Invoice cutoff date: 07/11/2019,   Age date: 07/11/2019,   Payment, credit, debit cutoff date: 07/11/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| DELMEPA | DEL MONTE FRESH PRODUCE NA, INC. | 43,734.09 | 6,430.67 | 5,321.82 | 28,608.49 | 3,373.11 | 0.00 |
| DOTFMIL | DOT FOODS INC | 4,975.04 | 4,975.04 | 0.00 | 0.00 | 0.00 | 0.00 |
| DYNAOKS | DYNAMIC LOGISTIX | 1,304.00 | 1,304.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECHOCIL | ECHO GLOBAL LOGISTICS INC. | 39,288.75 | 19,709.75 | 15,294.00 | 4,285.00 | 0.00 | 0.00 |
| ELITEMFL | ELITE TRANSIT SOLUTIONS, LLC | 3,810.00 | 0.00 | 150.00 | 3,660.00 | 0.00 | 0.00 |
| ENGLSUT | ENGLAND LOGISTICS | 8,950.00 | 8,950.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENTOCOH | ENTOURAGE FREIGHT SOLUTIONS | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ES3LKNH | ES3 LLC | 20,181.26 | 13,874.90 | 6,306.36 | 0.00 | 0.00 | 0.00 |
| ETHOHIL | ETHOS SEAFOOD GROUP | 942.16 | 942.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| FAKIDCO | FAK INC | 358.50 | 0.00 | 0.00 | 358.50 | 0.00 | 0.00 |
| FERRFIL | FERRARA PAN CANDY COMPANY | 13,066.92 | 13,066.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| FITZIIN | FITZMARK INC. | 700.00 | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FLORLFL | FLORIDA'S NATURAL GROWERS INC | 75,444.78 | 69,100.46 | 3,456.53 | 2,887.79 | 0.00 | 0.00 |
| FREITFL | FREIGHT CENTER INC | 1,650.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 0.00 |
| FREZCNJ | FREEZPAK LOGISTICS | 11,350.00 | 11,350.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FSTCOH | FST | 3,925.24 | 0.00 | 2,082.24 | 1,843.00 | 0.00 | 0.00 |
| FUELLPQ | FUEL TRANSPORT | 1,300.00 | 0.00 | 1,300.00 | 0.00 | 0.00 | 0.00 |
| GILTJID | GILTNER INC. | 1,100.00 | 0.00 | 1,100.00 | 0.00 | 0.00 | 0.00 |
| GIORRPA | GIORGIO FOODS, INC | 3,757.62 | 0.00 | 0.00 | 0.00 | 3,757.62 | 0.00 |
| GLENGTX | GLEN ROSE TRANSPORTATION MGMT, INC. | 1,905.00 | 1,705.00 | 0.00 | 200.00 | 0.00 | 0.00 |
| GLOBPAZ | GLOBAL TRANZ ENTERPRISES LLC | 840.00 | 0.00 | 840.00 | 0.00 | 0.00 | 0.00 |
| GORDGMI | Gordon Food Service | 60.00 | 0.00 | 60.00 | 0.00 | 0.00 | 0.00 |
| GORIAPA | GORILLA LOGISTICS | 850.00 | 0.00 | 850.00 | 0.00 | 0.00 | 0.00 |
| GOTOTNIL | GO TO TRUCKERS INC | 4,950.00 | 3,000.00 | 1,950.00 | 0.00 | 0.00 | 0.00 |
| GREAHOH | GREAT LAKES CHEESE CO | 2,806.78 | -3,218.94 | 1,077.76 | 4,096.96 | 851.00 | 0.00 |
| GREALPA | GREATWIDE | 1,265.00 | 0.00 | 0.00 | 0.00 | 1,265.00 | 0.00 |
| HICKWGA | HTS LOGISTICS, LLC | 1,004.00 | 0.00 | 0.00 | 0.00 | 1,004.00 | 0.00 |
| HILLSCIL | HILLSHIRE BRANDS | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 | 0.00 |
| HIRSDIA | HIRSCHBACH TRANSPORTATION SERVICES | 1,125.00 | 1,125.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HNLOMWI | H&N LOGISTICS, LLC | 1,509.00 | 1,200.00 | 309.00 | 0.00 | 0.00 | 0.00 |
| HOOSTIN | HOOSIER LOGISTICS INC | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| HOTLWIL | HOT LOAD BROKERAGE | 1,100.00 | 0.00 | 0.00 | 1,100.00 | 0.00 | 0.00 |
| HWTRHOH | H&W TRANSPORTATION LOGISTICS LLC | 5,329.00 | 1,799.00 | 1,275.00 | 0.00 | 2,255.00 | 0.00 |
| INDIAVFL | INDIAN RIVER TRUCK BROKERAGE | 9,425.00 | 1,800.00 | 7,625.00 | 0.00 | 0.00 | 0.00 |
| INTEDIL | INTERNATIONAL PAPER 7821166 | 2,467.87 | 0.00 | 494.73 | 1,482.26 | 490.88 | 0.00 |
| INTEPFL | INTERSTATE TRANSPORT INC. | 2,613.75 | 0.00 | 2,388.75 | 0.00 | 225.00 | 0.00 |
| INTEWOH | INTEGRITY EXPRESS LOGISTICS LLC | 1,297.00 | 0.00 | 489.00 | 643.00 | 165.00 | 0.00 |
| ITALRRFL | ITALIAN ROSE | 37,092.16 | 37,092.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| JACOPFL | JACOBS FARM | 4,800.00 | 0.00 | 0.00 | 0.00 | 4,800.00 | 0.00 |
| JAKECVA | JAKE TRANS, LLC | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JBSUGCO | JBS USA LLC | 1,096.34 | 0.00 | 1,096.34 | 0.00 | 0.00 | 0.00 |
| JEARMSC | JEAR LOGISTICS | 1,550.00 | 0.00 | 1,550.00 | 0.00 | 0.00 | 0.00 |
| JENNAMN | JENNIE - O TUREY STORE | 18,245.68 | 7,905.52 | 10,340.16 | 0.00 | 0.00 | 0.00 |

07/11/2019 1610                                                     Aged Accounts Receivable Report                                                          Page 3
                                                                         Time Definite Services, Inc.

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 07/11/2019,  Age date: 07/11/2019,  Payment, credit, debit cutoff date: 07/11/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| KADYLMN | KADYL LOGISTICS | 6,523.00 | 6,523.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KELLSUT | SOAR TRANSPORTATION GROUP | 1,250.00 | 0.00 | 1,250.00 | 0.00 | 0.00 | 0.00 |
| KNIGPAZ | KNIGHT BROKERAGE L.L.C. | 7,990.00 | 0.00 | 0.00 | 7,990.00 | 0.00 | 0.00 |
| KOCHCIL | KOCH FOODS | 10,381.32 | 7,477.22 | 0.00 | 0.00 | 2,904.10 | 0.00 |
| KOOLWNJ | KOOL LOGISTICS | 900.00 | 900.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOPFEIN | KOPF LOGISTICS, LLC | 5,850.00 | 4,600.00 | 1,250.00 | 0.00 | 0.00 | 0.00 |
| KRAFSTX | KRAFT/HEINZ GROUP, INC. (2 EDI) | 127,756.03 | 46,317.24 | 17,832.16 | 47,228.40 | 11,362.77 | 5,015.46 |
| KRAFSTX2 | KRAFT/HEINZ GROUP, INC. (3 detention) | 3,914.00 | 300.00 | 2,777.00 | 567.00 | 270.00 | 0.00 |
| LADTWGA | LAD TRUCK LINES | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LANDFGA | LAND TRANSPORTATION | 1,670.00 | 0.00 | 0.00 | 0.00 | 1,670.00 | 0.00 |
| LANDJFLH | LANDSTAR RANGER | 21,477.50 | 0.00 | 9,827.00 | 512.25 | 11,138.25 | 0.00 |
| LASSLAR | LASSONDE PAPPAS | 22,547.72 | 12,331.34 | 9,247.95 | 968.43 | 0.00 | 0.00 |
| LEFTTOR | LEFT COAST LOGISTICS | 41,750.00 | 25,450.00 | 16,300.00 | 0.00 | 0.00 | 0.00 |
| LEONFMY | LEONARDS EXPRESS, INC. | 7,700.00 | 7,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LINEMMT | LINEHAUL LOGISTICS | 1,000.00 | 0.00 | 0.00 | 1,000.00 | 0.00 | 0.00 |
| LOADNBIL | LOAD DELIVERED LOGISTICS | 40,651.05 | 5,075.00 | 14,978.25 | 18,562.80 | 2,035.00 | 0.00 |
| LOGIANC | LOGISTIMAX | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
| LOGIBNY | LOGISTIC DYNAMICS | 8,710.00 | 0.00 | 4,160.00 | 0.00 | 4,550.00 | 0.00 |
| LOGICOH | LOGIKOR LLC | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTSTN | MARTINS TRANSPORT LLC | 1,500.00 | 0.00 | 0.00 | 1,500.00 | 0.00 | 0.00 |
| MCCASMO | MCCAIN FOODS USA | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 |
| MCCASMO1 | MCCAIN FOODS USA -EDI | 2,954.75 | 0.00 | 0.00 | 2,954.75 | 0.00 | 0.00 |
| MCGUGGA | MCGUIRE LOGISTICS INC | 970.00 | 0.00 | 970.00 | 0.00 | 0.00 | 0.00 |
| MEGAWNC | MEGACORP LOGISTICS LLC | 270.00 | 0.00 | 0.00 | 270.00 | 0.00 | 0.00 |
| MEYECIL | MEYER CORD | 2,256.65 | 710.74 | 1,545.91 | 0.00 | 0.00 | 0.00 |
| MIDWMWI | MIDWEST REFRIGERATED LOGISTICS | 15,026.83 | 14,975.58 | 0.00 | 51.25 | 0.00 | 0.00 |
| MILLGMT | MILLENNIUM LOGISTICS | 1,519.00 | 0.00 | 1,519.00 | 0.00 | 0.00 | 0.00 |
| MILLTGA | MILLENNIUM BROKERAGE FIRM INC. | 1,050.00 | 0.00 | 1,050.00 | 0.00 | 0.00 | 0.00 |
| MOELMOH | MOELLER LOGISTICS LLC | 2,775.00 | 2,775.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MOLOCIL | MOLO SOLUTIONS | 205.00 | 0.00 | 0.00 | 205.00 | 0.00 | 0.00 |
| MOTUNKY | MOTUS FREIGHT LLC | 2,540.00 | 2,540.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MOUNCNC | MOUNTAIRE FARMS INC | 150.00 | 0.00 | 0.00 | 150.00 | 0.00 | 0.00 |
| MOUNMDE | MOUNTAIRE- MILLSBORO OUTBOUND | 11,702.75 | 11,302.75 | 400.00 | 0.00 | 0.00 | 0.00 |
| MWLODTX | MW LOGISTICS | 1,900.00 | 1,900.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAGLWOHN | NAGLE TOLEDO, INC | 183.00 | 0.00 | 183.00 | 0.00 | 0.00 | 0.00 |
| NAVADCO | NAVAJO EXPRESS INC | 125.00 | 0.00 | 0.00 | 0.00 | 125.00 | 0.00 |
| NESTSMO | NESTLE USA (cass) | 2,029.09 | 0.00 | 247.62 | 1,611.85 | 169.62 | 0.00 |
| NEUTDFL | NEUTRAL GROUND LLC | 2,050.00 | 0.00 | 0.00 | 0.00 | 2,050.00 | 0.00 |
| NEWETMA | NEW ENGLAND FOOD | 2,800.00 | 2,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NEWNTCT | NEWNET COMMUNICATION TECHNOLOGIES, LLC | 1,261.03 | 0.00 | 1,261.03 | 0.00 | 0.00 | 0.00 |
| NOBIPFL | NOBILITY LOGISTICS | 2,249.00 | 2,249.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORDBNY | NORDIC TRAINING INTERNATIONAL, LLC | -95.76 | -331.06 | 185.35 | 199.07 | 0.00 | -149.12 |
| NORTMPA | NAPA Transportation | 1,100.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 07/11/2019 1610 | Aged Accounts Receivable Report | | | | | Page 4 |
| | Time Definite Services, Inc. | | | | | |

Customer(s): All,   Categories: All,   Salesperson(s): All,   Group by salesperson: N,   Print past due balances only: N,   Include open credits in total: Y
Report by: Bill date,   Report type: Summary,   Invoice cutoff date: 07/11/2019,   Age date: 07/11/2019,   Payment, credit, debit cutoff date: 07/11/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| NORTWIL | NPN360 | 2,600.00 | 0.00 | 700.00 | 550.00 | 1,350.00 | 0.00 |
| NTLOFTX | NT LOGISTICS, INC. | 1,259.00 | 1,259.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTRTEIL | OTR TRANSPORTATION INC | 2,550.00 | 1,600.00 | 950.00 | 0.00 | 0.00 | 0.00 |
| PALEMWI | PALERMO VILLA INC | 32,436.41 | 18,028.14 | 5,191.04 | 9,217.23 | 0.00 | 0.00 |
| PATHMTN | PATHMARK TRANSPORTATION MARKETING COMPAN | 5,644.00 | 0.00 | 5,644.00 | 0.00 | 0.00 | 0.00 |
| PCBIBNY | PCB INC. | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 |
| PEPSPTX | PEPSI LOGISTICS COMPANY INC | 3,980.00 | 3,450.00 | 0.00 | 470.00 | 60.00 | 0.00 |
| PERFWUT | PERFORMANCE LOGISTICS | 4,400.00 | 4,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PERODFL | PERO FAMILY FARMS FOOD CO, LLC | 30,665.90 | 0.00 | 2,400.00 | 28,265.90 | 0.00 | 0.00 |
| PETCSCA | PETCO | 79,979.33 | 38,220.25 | 37,688.28 | 3,950.80 | 120.00 | 0.00 |
| PINNCNJ | PINNACLE FOODS GROUP LLC | 6,341.55 | 957.69 | 4,835.36 | 331.50 | 217.00 | 0.00 |
| PLAIDKS | PLAINS DEDICATED | 2,579.00 | 2,579.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PLUMHIL | PLUM GROVE PRINTERS INC | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 | 0.00 |
| POWEMTN | POWER EXPRESS, INC | 6,025.00 | 0.00 | 0.00 | 6,025.00 | 0.00 | 0.00 |
| PROMDOH | PROMPTRA LOGISTICS SERVICES | 1,075.00 | 1,075.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUALBMI | QUALITY LIFE SCIENCE LOGISTICS | 1,200.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| QUALLKY | LONGSHIP | 9,648.00 | 4,240.00 | 0.00 | 5,200.00 | 208.00 | 0.00 |
| REDWCIL | REDWOOD MULTIMODAL | 4,899.00 | 3,299.00 | 1,600.00 | 0.00 | 0.00 | 0.00 |
| RETRMTN | RE TRANSPORTATION INC | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| RIGGLNJ | RIGGOH | 1,694.00 | 0.00 | 1,694.00 | 0.00 | 0.00 | 0.00 |
| RIPLLMN | RIPLEY TRANSPORTATION COMPANY, INC | 3,430.00 | 0.00 | 0.00 | 3,430.00 | 0.00 | 0.00 |
| ROCKECO | ROCKY MOUNTAIN EXPRESS | 3,907.79 | 3,580.00 | 69.00 | 258.79 | 0.00 | 0.00 |
| ROSECIL | ROSE PACKING | 6,329.48 | 2,759.48 | 3,570.00 | 0.00 | 0.00 | 0.00 |
| RRDOBIL | RR DONNELLEY LOGISTICS | 7,544.96 | 0.00 | 3,103.96 | 4,441.00 | 0.00 | 0.00 |
| RUBYBIL | RUBY ROBINSON | 14,548.00 | 14,548.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RUPEMIL | RUPRECHT COMPANY | 16,325.00 | 0.00 | 10,975.00 | 2,950.00 | 2,400.00 | 0.00 |
| RWITNKY | RWI TRANSPORTATION | 6,778.00 | 3,378.00 | 2,000.00 | 1,400.00 | 0.00 | 0.00 |
| SANDLMS | SANDERSON FARMS, INC | 1,233.00 | 0.00 | 1,053.00 | 180.00 | 0.00 | 0.00 |
| SAPUTLIL | Saputo Cheese USA Inc | 7,037.28 | 7,037.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| SATICIL | SATURN FREIGHT SYSTMES INC | 1,750.00 | 0.00 | 1,750.00 | 0.00 | 0.00 | 0.00 |
| SCHMSAR | SCHMIEDING PRODUCE COMPANY | 1,420.00 | 0.00 | 1,350.00 | 0.00 | 70.00 | 0.00 |
| SCHOOWIL | SCHOOLKIDZ | 44,982.42 | 44,982.42 | 0.00 | 0.00 | 0.00 | 0.00 |
| SCHUFNJ | SCHUMAN CHEESE | 127,199.22 | 45,222.77 | 81,976.45 | 0.00 | 0.00 | 0.00 |
| SCOYVON | SCOTLYNN COMMODITIES | 4,159.00 | 0.00 | 250.00 | 2,764.00 | 1,145.00 | 0.00 |
| SEASKMI | SEASONAL LOGISTICS, LLC | 3,600.00 | 0.00 | 0.00 | 0.00 | 3,600.00 | 0.00 |
| SIMOWUT | SIMON EXPRESS LOGISTICS LLC | 1,700.00 | 0.00 | 1,700.00 | 0.00 | 0.00 | 0.00 |
| SMITLIL | SMITHFIELD FARMLAND SALES CORP | 36,092.82 | 9,419.70 | 20,737.29 | 5,935.83 | 0.00 | 0.00 |
| SPICOFL | SPICE WORLD | 3,661.30 | 0.00 | 3,661.30 | 0.00 | 0.00 | 0.00 |
| STARFIL | STARK FREIGHT CO | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STARPFL | STAR TRANSPORTATION LOGISTICS | 9,970.00 | 9,970.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVDTX | STEVENS TRANSPORT | 2,600.00 | 2,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STREAIA | STREAMLINE LOGISTICS | 225.00 | 0.00 | 0.00 | 225.00 | 0.00 | 0.00 |
| STRICIL | STRIVE GROUP | 2,501.09 | 575.00 | 1,777.09 | 0.00 | 149.00 | 0.00 |

07/11/2019 1610                                      **AGED ACCOUNTS RECEIVABLE REPORT**                                                       Page 5
                                                              Time Definite Services, Inc.

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 07/11/2019,  Age date: 07/11/2019,  Payment, credit, debit cutoff date: 07/11/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| SWIFPAZ | SWIFT LOGISTICS | -200.00 | 0.00 | -200.00 | 0.00 | 0.00 | 0.00 |
| SYFAGGA | SYFAN LOGISTICS INC | 3,850.00 | 3,850.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SYSCHTX | SYSCO FOODS SERVICES | 30,004.16 | 20,962.44 | 3,935.90 | 5,105.82 | 0.00 | 0.00 |
| SYSMMIL | SYSMEX AMERICA, INC. | 102,948.84 | 32,257.44 | 57,112.51 | 11,584.76 | 0.00 | 1,994.13 |
| TAMPDFL | TAMPA BAY FISHERIES, INC. | 5,830.12 | 3,805.12 | 2,025.00 | 0.00 | 0.00 | 0.00 |
| TEVAEIL | TEVA PHARMACEUTICALS USA | 141,420.00 | 58,050.00 | 53,070.00 | 15,500.00 | 14,800.00 | 0.00 |
| THEFSFL | THE FATHER'S TABLE | 63,256.70 | 23,983.90 | 32,193.80 | 7,079.00 | 0.00 | 0.00 |
| THEWWIN | THE WORTHINGTON COMPANY | 725.00 | 0.00 | 725.00 | 0.00 | 0.00 | 0.00 |
| TOBICFL | TOBICO TRANSPORTATION LLP | 575.00 | 0.00 | 0.00 | 0.00 | 575.00 | 0.00 |
| TOTAMOH | TOTAL QUALITY LOGISTICS | 39,445.72 | 0.00 | 37,121.30 | 0.00 | 2,324.42 | 0.00 |
| TRAFMON | TRAFFIX | 2,040.00 | 0.00 | 2,040.00 | 0.00 | 0.00 | 0.00 |
| TRANSAR | TRANSPLACE | 5,258.00 | 1,258.00 | 4,000.00 | 0.00 | 0.00 | 0.00 |
| TRANSQCN | TRANSPORT TFI | 3,062.10 | 3,062.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRIBCGA | TRIBE TRANSPORT, INC | 1,150.00 | 0.00 | 0.00 | 1,150.00 | 0.00 | 0.00 |
| TYSOSAR | TYSON FOODS, INC. | 94,204.93 | 53,501.52 | 12,993.71 | 8,373.09 | 0.00 | 19,336.61 |
| UBERSCA | UBER FREIGHT LLC | 2,057.00 | 0.00 | 2,057.00 | 0.00 | 0.00 | 0.00 |
| UNLISKS | UNLIMITED LOGISTICS | 5,616.94 | 0.00 | 0.00 | 0.00 | 5,616.94 | 0.00 |
| UPTOSMN | UPTOWN EXPEDITED INC | 4,020.00 | 0.00 | 0.00 | 4,020.00 | 0.00 | 0.00 |
| USATHFL | USA TRUCK BROKERS INC | 1,900.20 | 0.00 | 0.00 | 1,750.20 | 0.00 | 150.00 |
| WOODWNY | WOODBURY TRANSPORTATION, INC | 1,400.00 | 1,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLBON | WORLD WIDE LOGISTICS | 2,220.00 | 0.00 | 2,220.00 | 0.00 | 0.00 | 0.00 |
| WORLDDTX | WORLDWIDE EXPRESS | 5,138.00 | 0.00 | 0.00 | 2,506.00 | 0.00 | 2,632.00 |
| XPOLCNC | XPO LOGISTICS | 18,742.88 | 10,172.88 | 6,600.00 | 75.00 | 0.00 | 1,895.00 |
| YANKSMA | YANKEE CANDLE C/O ENVISTA LLC | 118,030.72 | 37,253.01 | 45,423.93 | 23,937.82 | 7,099.67 | 4,316.29 |
| ZENGATX | ZENGISTICS | 8,893.00 | 5,143.00 | 3,750.00 | 0.00 | 0.00 | 0.00 |
| ZIPLCOH | ZIPLINE LOGISTICS LLC | 750.00 | 750.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Report totals:** | | **$3,933,706.94** | **$1,649,277.18** | **$1,268,248.23** | **$675,405.54** | **$305,585.62** | **$35,190.37** |
| | | 100.00% | 41.93% | 32.24% | 17.17% | 7.77% | 0.89% |

Number of customers............................ 198

Total available on open credits............. $0.00

Net accounts receivable........................$3,933,706.94

Number of invoices................................2456

Average invoice amount........................$1,862.73

| | Account | Account Description | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|
| Revenue | | | | | | | | | |
| B | 401000.000.20.0 | Freight Forwarding Income | $85,480.38 | $103,355.41 | $110,658.86 | $133,149.64 | $138,325.33 | $152,190.67 | $723,160.29 |
| B | 401000.000.40.0 | Brokerage Income | $809,814.13 | $909,216.74 | $917,303.74 | $1,051,181.37 | $1,048,360.39 | $1,114,123.09 | $5,849,999.46 |
| B Total | | | $895,294.51 | $1,012,572.15 | $1,027,962.60 | $1,184,331.01 | $1,186,685.72 | $1,266,313.76 | $6,573,159.76 |
| T | 401000.000.00.0 | Transportation Income OTR | $1,497,847.34 | $1,507,128.55 | $1,426,043.35 | $1,570,529.00 | $1,482,539.07 | $1,496,981.20 | $8,981,068.51 |
| T | 401000.000.10.0 | Transportation Income Local | $72,940.41 | $75,594.14 | $70,818.91 | $75,744.39 | $70,819.80 | $70,835.07 | $436,752.73 |
| T | 401100.000.00.0 | Transportation Income - Misc | | | | | | | |
| T | 401500.000.00.0 | Abbott Income | $40,200.00 | $40,200.00 | $40,200.00 | $40,200.00 | $40,200.00 | $40,200.00 | $241,200.02 |
| T | 401700.000.00.0 | Revenue Adjustment | | | | | | | |
| T | 403000.000.00.0 | Other Income non-asset sales | | | | | | | |
| T | 403100.000.00.0 | Lease Operator Revenue | $79,674.42 | $79,674.42 | $71,706.98 | $79,674.42 | $79,674.42 | $79,674.42 | $470,079.06 |
| T | 404000.000.00.0 | Lease Operator Fuel Discount | | | | | | | |
| T | 703500.000.00.0 | Administrative Fee Income | $1,913.33 | $1,913.33 | $1,913.33 | $1,913.33 | $1,913.33 | $1,913.33 | $11,479.98 |
| T | 707000.000.00.0 | Interest Income | | | | | | | |
| T | 401400.000.00.0 | Gain/Loss Disposal of Assets | | | | | | | |
| T Total | | Miscellaneous Income | $1,692,575.50 | $1,704,510.44 | $1,610,682.56 | $1,768,061.15 | $1,675,146.62 | $1,689,604.02 | $10,140,580.30 |
| TB | 401110.000.00.0 | Fleet Assessorial Income | $95,115.13 | $101,160.82 | $97,771.26 | $109,338.52 | $106,099.29 | $109,634.40 | $619,119.41 |
| TB | 401120.000.00.0 | Fleet Lumper Income | $89,231.72 | $105,448.27 | $91,723.55 | $102,575.31 | $99,536.45 | $102,852.90 | $591,368.19 |
| TB | 401130.000.00.0 | Fleet FSC Income | $504,338.99 | $595,995.18 | $518,422.85 | $579,757.14 | $562,581.46 | $581,326.07 | $3,342,421.70 |
| TB Total | | | $688,685.84 | $802,604.27 | $707,917.65 | $791,670.97 | $768,217.20 | $793,813.37 | $4,552,909.30 |
| W | 402000.000.00.0 | Warehouse Income | $50,400.00 | $30,000.00 | $13,500.00 | $13,500.00 | $16,200.00 | $18,000.00 | $141,600.00 |
| W Total | | | $50,400.00 | $30,000.00 | $13,500.00 | $13,500.00 | $16,200.00 | $18,000.00 | $141,600.00 |
| Grand Total | | | $3,326,955.86 | $3,549,686.86 | $3,360,062.82 | $3,757,563.12 | $3,646,249.54 | $3,767,731.15 | $21,408,249.36 |
| Expenses | | | | | | | | | |
| B | 501010.000.00.0 | Freight Forwarding Cost | $54,964.29 | $66,262.50 | $70,842.86 | $85,194.64 | $88,553.57 | $97,408.93 | $463,226.79 |
| B | 501020.000.00.0 | Carrier Costs | $983,571.43 | $1,101,053.57 | $1,109,250.00 | $1,270,446.43 | $1,267,714.29 | $1,346,946.43 | $7,078,982.14 |
| B | 602016.000.00.0 | Payroll Brokerage | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $183,000.00 |
| B Total | | | $1,069,035.71 | $1,197,816.07 | $1,210,592.86 | $1,386,141.07 | $1,386,767.86 | $1,474,855.36 | $7,725,208.93 |
| C | 505100.000.00.0 | Expense - Facility Maintence | $2,149.82 | $2,149.82 | $2,149.82 | $2,149.82 | $2,149.82 | $2,149.82 | $12,898.90 |
| C | 601000.000.00.0 | Sales Expenses | | | | | | | |
| C | 601020.000.00.0 | Sales Commissions | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $75,000.00 |
| C | 601025.000.00.0 | Meal / Entertainment | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $4,500.00 |
| C | 601030.000.00.0 | Sales Gifts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C | 601050.000.00.0 | Marketing | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $450.00 | $2,700.00 |
| C | 601060.000.00.0 | Sales Auto Expense | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $3,600.00 |
| C | 601500.000.00.0 | Office Expense | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $15,000.00 |
| C | 601510.000.00.0 | Computer Expenses | $11,998.41 | $11,998.41 | $11,998.41 | $11,998.41 | $11,998.41 | $11,998.41 | $71,990.46 |
| C | 601520.000.00.0 | Gifts | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $250.00 | $1,500.00 |

| | Account | Description | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|
| C | 601530.000.00.0 | Office Supplies | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $5,100.00 |
| C | 602015.000.00.0 | Payroll Administration | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $30,500.00 | $183,000.00 |
| C | 602017.000.00.0 | Payroll Sales/Marketing | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $32,500.00 | $195,000.00 |
| C | 602040.000.00.0 | Payroll Fees | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $6,000.00 |
| C | 602500.000.00.0 | Postage | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $3,000.00 |
| C | 603000.000.00.0 | Rent Office | $11,200.00 | $11,200.00 | $11,200.00 | $11,200.00 | $11,200.00 | $11,200.00 | $67,200.00 |
| C | 603500.000.00.0 | Travel Expense | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $9,000.00 |
| C | 603600.000.00.0 | Relocation Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C | 604000.000.00.0 | Utilities Office | $1,521.54 | $1,521.54 | $1,521.54 | $1,521.54 | $1,521.54 | $1,521.54 | $9,129.24 |
| C | 604510.000.00.0 | Bank Fees | $4,590.48 | $4,590.48 | $4,590.48 | $4,590.48 | $4,590.48 | $4,590.48 | $27,542.88 |
| C | 605020.000.00.0 | Accounting Fee | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $42,000.00 |
| C | 605030.000.00.0 | Computer Consulting | $6,003.75 | $6,003.75 | $6,003.75 | $6,003.75 | $6,003.75 | $6,003.75 | $36,022.50 |
| C | 605500.000.00.0 | Auto Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C | 606000.000.00.0 | Claim Payment | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $60,000.00 |
| C | 606510.000.00.0 | Insurance Life | $25.86 | $25.86 | $25.86 | $25.86 | $25.86 | $25.86 | $155.16 |
| C | 606520.000.00.0 | Insurance Health | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $33,000.00 |
| C | 609520.000.00.0 | Donations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C | 709510.000.00.0 | Tax State Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C | 709520.000.00.0 | Tax Federal Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C Total | | | $143,889.86 | $143,889.86 | $143,889.86 | $143,889.86 | $143,889.86 | $143,889.86 | $863,339.14 |
| T | 501030.000.00.0 | Driver IC Cost | $166,733.52 | $186,711.51 | $176,737.29 | $197,645.80 | $191,790.71 | $198,180.64 | $1,117,799.48 |
| T | 501031.000.00.0 | Driver IC Extra Mileage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501032.000.00.0 | Driver IC Trainer | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501033.100.00.0 | Driver IC Bonuses | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $12,500.00 | $75,000.00 |
| T | 501034.100.00.0 | Driver IC Local | $46,500.00 | $46,500.00 | $46,500.00 | $46,500.00 | $46,500.00 | $46,500.00 | $279,000.00 |
| T | 501035.100.00.0 | Driver IC Extra Pay | $12,354.50 | $12,354.50 | $12,354.50 | $12,354.50 | $12,354.50 | $12,354.50 | $74,127.00 |
| T | 501036.100.00.0 | Driver OO Cost | $35,333.28 | $35,333.28 | $35,333.28 | $35,333.28 | $35,333.28 | $35,333.28 | $211,999.68 |
| T | 501040.100.00.0 | Driver OO Local | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501041.100.00.0 | Driver OO Bonuses | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $500.00 | $3,000.00 |
| T | 501042.100.00.0 | Driver OO Extra Mileage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501060.000.00.0 | Driver LO Cost | $438,355.13 | $423,111.98 | $406,891.44 | $446,557.45 | $428,310.29 | $439,079.43 | $2,582,305.72 |
| T | 501061.000.00.0 | Driver LO Extra Pay | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501520.000.00.0 | Fleet Administration | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 501150.000.00.0 | Insurance - Driver Health | $325.19 | $325.19 | $325.19 | $325.19 | $325.19 | $325.19 | $1,951.14 |
| T | 501570.000.00.0 | Insurance - Driver OCAC | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $8,800.00 | $52,800.00 |
| T | 502000.000.00.0 | Tractor Equipment Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502050.000.00.0 | Tractor Equipment Abbott | $5,108.63 | $5,108.63 | $5,108.63 | $5,108.63 | $5,108.63 | $5,108.63 | $30,651.78 |
| T | 502100.000.00.0 | Fuel OTR | $183,533.66 | $205,524.65 | $194,545.42 | $217,560.69 | $211,115.63 | $218,149.41 | $1,230,429.46 |
| T | 502100.000.10.0 | Fuel Local | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $60,000.00 |
| T | 502100.000.30.0 | Fuel Additives | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502110.000.00.0 | Refer Fuel | $63,396.78 | $70,992.97 | $67,200.49 | $75,150.50 | $72,924.22 | $75,353.86 | $425,018.81 |
| T | 502120.000.00.0 | Fuel Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502150.000.00.0 | Fuel LO | $103,559.73 | $108,849.64 | $104,045.73 | $113,925.40 | $109,516.87 | $112,168.47 | $652,065.84 |

| | Account | Description | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| T | 502300.000.00.0 | Trailer Equipment Expense | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502300.000.00.1 | Tractor Equip - Tri Pac | $2,142.21 | $2,163.63 | $2,185.27 | $2,207.12 | $2,229.19 | $2,251.48 | $13,178.91 |
| T | 502401.000.00.0 | Tractor Repair - Kenworth | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502401.000.00.1 | Tractor Repair - Int'l Rename to Freight | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502401.000.00.2 | Tractor Repair - Volvo | $28,495.83 | $28,495.83 | $28,495.83 | $28,495.83 | $28,495.83 | $28,495.83 | $170,974.98 |
| T | 502401.000.00.3 | Tractor Repair Freight/OO | $9,975.00 | $9,975.00 | $9,975.00 | $9,975.00 | $9,975.00 | $9,975.00 | $59,850.00 |
| T | 502501.000.00.0 | Trailer Repair | $52,172.58 | $52,172.58 | $52,172.58 | $52,172.58 | $52,172.58 | $52,172.58 | $313,035.51 |
| T | 502700.000.00.0 | Trailer Washouts | $7,389.12 | $7,463.01 | $7,537.64 | $7,613.02 | $7,689.15 | $7,766.04 | $45,458.00 |
| T | 502750.000.00.0 | Truck Detailing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502800.000.00.0 | Expense - Breakdown - Kenwor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502800.000.00.1 | Expense - Breakdown Int'l | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502800.000.00.2 | Expense - Breakdown Volvo | $319.68 | $322.88 | $326.11 | $329.37 | $332.66 | $335.99 | $1,966.69 |
| T | 502800.000.00.3 | Expense Breakdown Frght/OO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 502925.000.00.0 | Expense - Safety | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $11,100.00 |
| T | 502940.000.00.0 | Expense - Recruitment | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $47,100.00 |
| T | 502950.000.00.0 | Expense - Orientation | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $4,500.00 |
| T | 502960.100.00.0 | Trailer Storage & Spotting | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $3,100.00 | $18,600.00 |
| T | 503001.000.00.0 | Fleet Tolls | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $17,500.00 | $105,000.00 |
| T | 503050.000.00.0 | Expense - Service Failures | $9,850.00 | $9,850.00 | $9,850.00 | $9,850.00 | $9,850.00 | $9,850.00 | $59,100.00 |
| T | 503060.000.00.0 | Expense - Late Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 503100.000.00.0 | Fleet Oil | $19.99 | $19.99 | $19.99 | $19.99 | $19.99 | $19.99 | $119.94 |
| T | 503210.000.00.0 | Driver OO Extra Pay | $2,350.00 | $2,350.00 | $2,350.00 | $2,350.00 | $2,350.00 | $2,350.00 | $14,100.00 |
| T | 503300.000.00.0 | Tractor Tire | $14,050.31 | $13,550.31 | $13,050.31 | $12,550.31 | $12,050.31 | $11,550.31 | $76,801.86 |
| T | 503302.000.00.0 | Trailer Tire | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $120,000.00 |
| T | 503400.000.00.0 | Expense - Driver | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $66,000.00 |
| T | 503501.000.00.0 | Tax - State Fuel | $9,500.00 | $1,500.00 | $1,500.00 | $9,500.00 | $1,500.00 | $1,500.00 | $25,000.00 |
| T | 503502.000.00.0 | Tax - Fuel HVUT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 504001.000.00.0 | Fleet Communications | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $8,500.00 | $51,000.00 |
| T | 504100.000.00.0 | Accidents | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $30,000.00 |
| T | 504200.000.00.0 | Fleet Taxes Permits License | $20,538.31 | $20,538.31 | $20,538.31 | $20,538.31 | $20,538.31 | $20,538.31 | $123,229.86 |
| T | 504400.000.00.0 | Violations | $165.90 | $165.90 | $165.90 | $165.90 | $165.90 | $165.90 | $995.40 |
| T | 504500.000.00.0 | Insurance - Fleet | $56,000.00 | $56,000.00 | $56,000.00 | $51,000.00 | $51,000.00 | $51,000.00 | $321,000.00 |
| T | 506000.000.00.0 | Fleet Rental - Kenworth | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 506000.000.00.1 | Fleet Rental - Int'l | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 506000.000.00.2 | Fleet Rental - Volvo | $18,337.60 | $18,337.60 | $18,337.60 | $18,337.60 | $18,337.60 | $18,337.60 | $110,025.60 |
| T | 506000.000.00.3 | Fleet Rental - Frght/OO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 506100.000.00.0 | Fleet Leasing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 509500.000.00.0 | Expense - Shop | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| T | 509600.000.00.0 | Shop Supplies | $17,341.70 | $17,515.12 | $17,690.27 | $17,867.17 | $18,045.84 | $18,226.30 | $106,686.40 |
| T | 602020.000.00.0 | Payroll Maintenance/Shop | $36,794.27 | $36,794.27 | $36,794.27 | $36,794.27 | $36,794.27 | $36,794.27 | $220,765.61 |
| T | 602021.000.00.0 | Payroll Safety | $12,374.34 | $12,374.34 | $12,374.34 | $12,374.34 | $12,374.34 | $12,374.34 | $74,246.03 |
| Total | | | $1,460,367.27 | $1,491,751.13 | $1,445,755.38 | $1,549,952.25 | $1,504,550.31 | $1,533,607.36 | $8,985,983.69 |

| Code | Account | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TB 502900.000.00.0 | Expense - Operations | $7,171.00 | $7,171.00 | $7,171.00 | $7,171.00 | $7,171.00 | $7,171.00 | $43,026.00 |
| TB 503200.000.00.0 | Lumper Fees | $69,490.95 | $72,000.00 | $75,000.00 | $78,000.00 | $81,000.00 | $85,000.00 | $460,490.95 |
| TB 504520.000.00.0 | Insurance - Fleet Cargo | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| TB 602018.000.00.0 | Payroll Customer Service | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $36,000.00 | $216,000.00 |
| TB 602019.000.00.0 | Payroll Operations | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $50,000.00 | $300,000.00 |
| TB Total | | $162,661.95 | $165,171.00 | $168,171.00 | $171,171.00 | $174,171.00 | $178,171.00 | $1,019,516.95 |
| W 505000.000.00.0 | Rent - Warehouse | $24,073.37 | $24,073.37 | $24,073.37 | $24,073.37 | $24,073.37 | $24,073.37 | $144,440.22 |
| W 506500.000.00.0 | UPS Expenses | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $150.00 | $900.00 |
| W 507000.000.00.0 | Warehouse Supplies | $267.00 | $267.00 | $267.00 | $267.00 | $267.00 | $267.00 | $1,602.00 |
| W 507010.000.00.0 | Warehouse Disposal | $300.79 | $300.79 | $300.79 | $300.79 | $300.79 | $300.79 | $1,804.74 |
| W 507500.000.00.0 | Warehouse Expenses | $710.77 | $710.77 | $710.77 | $710.77 | $710.77 | $710.77 | $4,264.62 |
| W 507510.000.00.0 | Utilities - Warehouse | $2,080.00 | $2,080.00 | $2,080.00 | $2,080.00 | $2,080.00 | $2,080.00 | $12,480.00 |
| W 508000.000.00.0 | Payroll Warehouse | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $5,500.00 | $33,000.00 |
| W Total | | $33,081.93 | $33,081.93 | $33,081.93 | $33,081.93 | $33,081.93 | $33,081.93 | $198,491.58 |
| WT 601525.000.00.0 | Communications | $7,154.77 | $7,154.77 | $7,154.77 | $7,154.77 | $7,154.77 | $7,154.77 | $42,928.62 |
| WT 602022.000.00.0 | Tax - Payroll | $17,002.10 | $17,002.10 | $17,002.10 | $17,002.10 | $17,002.10 | $17,002.10 | $102,012.61 |
| WT 604500.000.00.0 | Interest Expenses | $49,265.03 | $49,265.03 | $49,265.03 | $49,265.03 | $49,265.03 | $49,265.03 | $295,590.18 |
| WT 605000.000.00.0 | Tax - Real Estate | $9,398.33 | $9,398.33 | $9,398.33 | $9,398.33 | $9,398.33 | $9,398.33 | $56,389.98 |
| WT 605000.000.00.0 | Local/City, St Legal Fees | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $108,000.00 |
| WT 605010.000.00.0 | Legal Fees | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $18,000.00 | $108,000.00 |
| WT 605010.000.00.0 | UST Fees | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| WT 606500.000.00.0 | Insurance Business | $69,000.00 | $69,000.00 | $69,000.00 | $69,000.00 | $69,000.00 | $69,000.00 | $414,000.00 |
| WT 607000.000.00.0 | Depreciation Expense | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $1,053,921.39 |
| WT Total | | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $204,820.23 | $1,561,787.68 |
| Grand Total | | $3,073,856.95 | $3,236,530.22 | $3,206,311.25 | $3,489,056.34 | $3,447,281.18 | $3,568,425.74 | $19,846,461.68 |
| Income Total | INCOME/LOSS | $253,098.90 | $313,156.64 | $153,751.57 | $268,506.79 | $198,968.36 | $199,305.41 | $1,561,787.68 |
| | | 7.61% | 8.82% | 4.58% | 7.15% | 5.46% | 5.29% | 7.30% |