**[Dntcsc]** [Notice Scheduling Status Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                     Case No. 8:19−bk−06564−MGW
                                                            Chapter 11
Time Definite Services, Inc.


_____   Debtor*   _____/

## NOTICE SCHEDULING INITIAL STATUS CONFERENCE

NOTICE IS GIVEN THAT:

1. A Status Conference will be conducted pursuant to 11 U.S.C. § 105(d) on August 21, 2019 , at 09:30 AM in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 before the Honorable Michael G. Williamson.

2. Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.


FOR THE COURT
Dated: July 23, 2019          Sheryl L. Loesch , Clerk of Court
                              Sam M. Gibbons United States Courthouse
                              801 North Florida Avenue, Suite 555
                              Tampa, FL 33602


The Clerk's office is directed to serve a copy of this notice on interested parties.


*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.