| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Time Definite Services, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 8:19-bk-06564 |

■ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7.25.19   x /s/ signature
Signature of individual signing on behalf of debtor

Michael Suarez
Printed name

President
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name: Time Definite Services, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:19-bk-06564

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                                      12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $ 20,687,543.99

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $ 20,687,543.99

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................. $ 11,746,962.78

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................... $ 56,500.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$ 11,054,647.52

4. **Total liabilities** ....................................................................................................... $ 22,858,110.30
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Time Definite Services, Inc.

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 8:19-bk-06564

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, N.A. | Checking | 3139 | $0.00 |
| 3.2. | Valley National Bank | Checking | 8008 | $258,962.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.                                                                                     $258,962.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

   ☒ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?

    ☐ No. Go to Part 4.
    ☒ Yes Fill in the information below.

11. Accounts receivable

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 1

Debtor    Time Definite Services, Inc.                                    Case number (If known) 8:19-bk-06564
         ————————————————————————
         Name

| | 11a. 90 days old or less: | 3,592,931.00 | - | 0.00 | = .... | $3,592,931.00 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 340,775.99 | - | 0.00 | = .... | $340,775.99 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                                           $3,933,706.99
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | Raw materials | | | | |
| 20. | Work in progress | | | | |
| 21. | Finished goods, including goods held for resale | | | | |
| 22. | Other inventory or supplies<br>Various Tires, Oil Filters, and replacement parts | | $0.00 | | $24,000.00 |

23. **Total of Part 5.**                                                                                            $24,000.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor   Time Definite Services, Inc.                          Case number (If known) 8:19-bk-06564
         Name

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>35-Desks w/ Chairs; 20-File Cabinets, Conference Room table w/ 12-chairs, 3-Small Kitchen tables w/ 12-chairs, and misc. office supplies | $0.00 | | $2,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>4-Forklifts, Racking Equipment, and Various tools | $0.00 | | $30,000.00 |
| | McCleod Software | $0.00 | | $50,000.00 |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | | | $82,000.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |

| Debtor | Time Definite Services, Inc. | Case number (If known) 8:19-bk-06564 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47.1. | (WF - 1) 9 -2013 Great Dane Refrigerated Vans, Vins #sxxx1027 (Unit #1460E) - Value: $10,400, xxx1030 (Unit #1463E) - Value: $9,100, xxx1031 (Unit #1464E) - Value: $11,400, xxx1032 (Unit #1465E) - Value: $12,125, xxx1033 (Unit #1466E) - Value: $10,625, & xxx1034 (Unit #1467E) - Value: $8,725, & *xxx1028 (Unit #1461E) - Value: 8,725, *xxx1029 (Unit #1462E) - Value $8,725, *xxx1035 (Unit #1468E) - Value $8,725 | | $0.00 | $88,550.00 |
| 47.2. | (Peoples 6) 7-2016 Volvo 780 Trucks, Vins: xxx4493 (Unit #774) - Value: $55,575, xxx4494 (Unit #775) - Value: $48,300, xxx4495 (Unit #776) - Value: $64,675, xxx4498 (Unit #L-777) - Value: $53,050, xxx4022 (Unit #779) - Value: $60,275, xxx4621 (Unit #780) - Value: $60,400, & xxx4622 (Unit #781) - Value: $57,450 | | $0.00 | $399,725.00 |
| 47.3. | (Volvo 7) 5-2016 Volvo VNL64T 780 Trucks, Vin #xxx9065 (Unit #749) - Value: $56,550, xxx9066 (Unit #750) - Value: $51,175 -PARKED, xxx4005 (Unit #753) - Value: $49,950 - PARKED, xxx4007 (Unit #755) - Value: $58,550, xxx4492 (Unit #756) - Value: $55,350 | | $0.00 | $271,575.00 |
| 47.4. | (Peoples 2) 11-2013 Great Dane Refrigerated Vans, Vins #xxx1005 (Unit #1438E) - Value: $11,775, xxx1006 (Unit #1439E) - Value: $8,750, xxx1008 (Unit #1441E) - Value: $11,950, xxx1010 (Unit #1443E) - Value: $15,375, xxx1011 (Unit #1444E) - Value: $13,275, xxx1013 (Unit #1446E) - Value: $10,700, xxx1015 (Unit #1448E) - Value: $12,575, xxx1016 (Unit #1449E) - Value: $16,075, xxx1017 (Unit #1450E) - Value: $8,725, xxx1018 (Unit #1451E) - Value: $23,825, xxx1019 (Unit #1452E) - Value: $15,625 | | $0.00 | $148,650.00 |
| 47.5. | (Peoples 3) 5-2016 Volvo 780 Trucks, Vins #xxx4008 (Unit #757) - Value: $50,750, xxx4015 (Unit #758) - Value: $50,375, xxx4016 (Unit #759) - Value: $54,150, xxx4017 (Unit #760) - Value: $62,700, xxx4018 (Unit #761) - Value: $53,075 | | $0.00 | $271,050.00 |

| Debtor | Time Definite Services, Inc. | Case number (If known) 8:19-bk-06564 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.6. | (Peoples 5) 4-2016 Volvo 780 Trucks, Vins #xxx4019 (Unit #770) - Value: $55,325, xxx4020 (Unit #771) - Value: $60,300, xxx4021 (Unit #772) - Value: $59,925, xxx4491 (Unit #773) - Value: $61,125 | $0.00 | $236,675.00 |
| 47.7. | (GE 7 - BMO) 9-2016 Great Dane Refrigerated Vans, Vins #0048 (Unit #1663E) - Value: $28,625, xxx0049 (Unit #1664E) - Value: $27,150, xxx0050 (Unit #1665E) - Value: $28,550, xxx0051 (Unit #1666E) - Value: $29,675, xxx0052 (Unit #1667E) - Value: $23,075, xxx0053 (Unit #1668E) - Value: $33,750, xxx0054 (Unit #1669E) - Value: $28,300, xxx0055 (Unit #1670E) - Value: $29,900, & *xxx0016 (Unit 1631E) - Value $26,825 | $0.00 | $255,850.00 |
| 47.8. | (Peoples 4) 8-2016 Volvo 780 Trucks, Vins #xxx4496 (Unit #762) - Value: $55,580, xxx4497 (Unit #763) - Value: $63,875, xxx4009 (Unit #764) - Value: $49,100, xxx4010 (Unit #765) - Value: $57,300, xxx4011 (Unit #766) - Value: $53,625, xxx4012 (Unit #767) - Value: $57,075, xxx4013 (Unit #768) - Value: $58,725, xxx4014 (Unit #769) - Value: $53,800 | $0.00 | $449,080.00 |
| 47.9. | (Chase) See attached | $0.00 | $1,942,045.00 |
| 47.10 | (PNC 5) 7-2014 Great Dane Refrigerated Vans, Vins #xxx0193 (Unit #1510E) - Value: $14,050, xxx0198 (Unit #1515E) - Value: $12,625, xxx0199 (Unit #1516E) - Value: $16,400, xxx0200 (Unit 1517E) - Value: $13,400, xxx0201 (Unit 1518E) - Value: $19,300, xxx0202 (Unit 1519E) - Value: $14,000, xxx0203 (Unit 1520E) - Value: $10,350 | $0.00 | $100,125.00 |
| 47.11 | (Webster 4) 9-2013 Great Dane Refrigerated Vans, Vins #xxx0034 (Unit #1490E) - Value: $12,800, xxx0048 (Unit #1492E) - Value: $15,550, xxx0087 (Unit #1493E) - Value: $8,725, xxx0234 (Unit #1494E) - Value: $13,050, xxx0306 (Unit #1496E) - Value: $13,500, xxx0307 (Unit #1497E) - Value: $13,000, xxx0308 (Unit #1498E) - Value: $12,500, xxx0309 (Unit #1499E) - Value: $16,875, xxx0310 (Unit #1500E) - Value: $14,025 | $0.00 | $120,025.00 |

| Debtor | Time Definite Services, Inc. | Case number (If known) 8:19-bk-06564 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.12 | (Webster 7) 2-2015 Volvo 780 Volvo Trucks, Vins #xxx0688 (Unit #708) - Value: 35,075, #xxx0690 (Unit #710) - Value: $34,325 - PARKED | $0.00 | $69,400.00 |
| 47.13 | (Webster 5) 9-2015 [2014] Great Dane Refrigerated Vans, Vins #xxxx2009 (Unit #1552E) - Value: $21,975, xxx2012 (Unit #1555E) - Value: $18,500, xxx2013 (Unit #1556E) - Value: $16,500, xxx2015 (Unit #1558E) - Value: $16,800, xxx2016 (Unit #1559E) - Value: $15,300, xxx2018 (Unit #1561E) - Value: $15,525, xxx2019 (Unit #1562E) - Value: $10,350, xxx2021 (Unit #1564E) - Value: $17,650, xxx2022 (Unit #1565E) - Value: $20,675 | $0.00 | $153,275.00 |
| 47.14 | (Webster 6) 10-2015 Great Dane Refrigerated Vans, Vins #xxx0001 (Unit #1566E) - Value: $15,000, xxx0002 (Unit #1567E) - Value: $17,500, xxx0003 (Unit #1568E) - Value: $15,275, xxx0005 (Unit #1570E) - Value: $16,725, xxx0006 (Unit #1571E) - Value: $16,500, xxx0007 (Unit #1572E) - Value: $16,100, xxx0010 (Unit #1575E) - Value: $19,100, xxx0015 (Unit #1580E) - Value: $16,100, xxx0017 (Unit #1582E) - Value: $18,650, xxx0020 (Unit #1585E) - Value: $17,975 | $0.00 | $168,925.00 |
| 47.15 | (Webster 8) 9-2016 Great Dane Refrigerated Vans, Vins #xxx0038 (Unit #1653E) - Value: $25,575, xxx0039 (Unit #1654E) - Value: $36,200, xxx0040 (Unit #1655E) - Value: $26,925, xxx0041 (Unit #1656E) - Value: $27,475, xxx0043 (Unit #1658E) - Value: $27,875, xxx0044 (Unit #1659E) - Value: $20,975, xxx0045 (Unit #1660E) - Value: $23,600, xxx0046 (Unit #1661E) - Value: $22,125, xxx0047 (Unit #1662E) - Value: $28,850 | $0.00 | $239,600.00 |
| 47.16 | (Webster 9) 10-2016 Great Dane Refrigerated Vans, Vins #xxx0017 (Unit #1632E) - Value: $29,050, xxx0018 (Unit #1633E) - Value: $29,000, xxx0019 (Unit #1634E) - Value: $29,125, xxx0020 (Unit #1635E) - Value: $29,550, xxx0021 (Unit #1636E) - Value: $30,425, xxx0022 (Unit #1637E) - Value: $22,850, xxx0023 (Unit #1638E) - Value: $27,925, xxx0024 (Unit #1639E) - Value: $27,975, xxx0025 (Unit #1640E) - Value: $27.050, xxx0026 (Unit #1641E) - Value: $26,575 | $0.00 | $279,525.00 |

Debtor  Time Definite Services, Inc.   Case number (If known) 8:19-bk-06564
         Name

| | | | |
|---|---|---|---|
| 47.17 | (Signature 2) 7-2015 Great Dane Refrigerated Vans, Vins #xxx1285 (Unit #1616E) - Value: $20,575, xxx1295 (Unit #1624E) - Value: $20,250, xxx1296 (Unit #1625E) - Value: $21,750, xxx1298 (Unit #1627E) - Value: $21,750, xxx1299 (Unit #1628E) - Value: $21,925, xxx1300 (Unit #1629E) - Value: $21,225, xxx1301 (Unit #1630E) - Value: $19,450 | $0.00 | $146,925.00 |
| 47.18 | (Signature 3) 2-2016 Kenworth Model T680 Trucks, Vins #xxx4370 (Unit #713) - Value: $35,650, xxx4328 (Unit #712) - Value: $41,900 - PARKED | $0.00 | $77,550.00 |
| 47.19 | (Signature 1) 11-2015 Great Dan -Refrigerated Vans, Vins #xxx1290 (Unit #1611E) - Value: $18,775, xxx1282 (Unit #1613E) - Value: $17,350, xxx1283 (Unit #1614E) - Value: $19,850, xxx1284 (Unit #1615E) - Value: $18,750, xxx1286 (Unit #1617E) - Value: $21,550, xxx1287 (Unit #1618E) - Value: $18,925, xxx1288 (Unit #1619E) - Value: $20,125, xxx1289 (Unit #1620E) - Value: $19,725, xxx1292 (Unit #1621E) - Value: $19,500, xxx1293 (Unit #1622E) - Value: $21,175, & *xxx1291 (Unit #1612E) - Value $20,575 | $0.00 | $216,300.00 |
| 47.20 | (Volvo 4) 1-2014 Volvo VNL64T 780 Truck, Vin #xxx3834 (Unit #696) - Value: $23,625- PARKED | $0.00 | $23,625.00 |
| 47.21 | (Volvo 6) 8-2016 Volvo VNL64T 780 Trucks, Vins #xxx9067 (Unit #748) - Value: $45,550 [PARKED], xxx9068 (Unit #747) - Value: $48,250, xxx4489 (Unit #741) - Value: $52,250 [PARKED], xxx4490 (Unit #745) - Value: $46,600, xxx3999 (Unit #743) - Value: $64,125 [PARKED], xxx4001 (Unit #740) - Value: $56,325, xxx4002 (Unit #744) - Value: $53,450, xxx4003 (Unit #746) - Value: $54,725 | $0.00 | $421,275.00 |
| 47.22 | 2012 International Tractor, Vin #xxx4004 (Not Running) | $0.00 | $6,000.00 |
| 47.23 | 2003 Freightliner (Unit #301), Vin #xxx1901 | $0.00 | $7,000.00 |
| 47.24 | 2016 Great Dane (Unit 1651E), Vin xxx0036 | $0.00 | $29,000.00 |

| Debtor | Time Definite Services, Inc. | Case number (If known) 8:19-bk-06564 |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 47.25 | 2012 Great Dane (Unit 1427E), Vin xxx7155 | $0.00 | $10,125.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**  $6,131,875.00
    Add lines 47 through 50. Copy the total to line 87.

52. Is a depreciation schedule available for any of the property listed in Part 8?
    ■ No
    ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 9:   Real property
**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:   Intangibles and intellectual property
**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets
**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Debtor | Time Definite Services, Inc. | Case number (If known) 8:19-bk-06564 |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Lawsuit against Ostrow Reisin Berk & Abrams, Etl.Al. (Illinois)** | | $1,400,000.00 |
| Nature of claim | E&O Claim | |
| Amount requested | $0.00 | |

| | | |
|---|---|---|
| **Lawsuit against Navistar, Inc., Et.Al. (Illinois)** | | $8,800,000.00 |
| Nature of claim | Breach of Contract | |
| Amount requested | $0.00 | |

| | | |
|---|---|---|
| **Lawsuit against Atlantic Speciality (Illinois)** | | $57,000.00 |
| Nature of claim | Cargo Claim | |
| Amount requested | $0.00 | |

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

78. **Total of Part 11.**      $10,257,000.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor   Time Definite Services, Inc.   Case number *(If known)* 8:19-bk-06564
         Name

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $258,962.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $3,933,706.99 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $24,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $82,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $6,131,875.00 | |
| 88. Real property. *Copy line 56, Part 9.*……………………………………………….> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $10,257,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $20,687,543.99   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $20,687,543.99 |

In re    Time Definite Services, Inc.                                                    Case No. _____
                                        Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

2014 Great Dane Trailers, Vins #

xxx0204 (Unit #1521E) - Value: $18,450,
xxx0206 (Unit #1523E) - Value: $17,700,
xxx0207 (Unit #1524E) - Value: $14,425,
xxx0208 (Unit #1525E) - Value: $12,400,

2014 Great Dane Trailers, Vins #

xxx2003 (Unit #1546E) - Value: $16,850,
xxx2004 (Unit #1547E) - Value: $10,350,
xxx2005 (Unit #1548E) - Value: $17,200,
xxx2006 (Unit #1549E) - Value: $15,275,
xxx2007 (Unit #1550E) - Value: $13,700,
xxx2008 (Unit #1551E) - Value: $15,375,
xxx2010 (Unit #1553E) - Value: $16,950,
xxx2011 (Unit #1554E) - Value: $15,675,
xxx2014 (Unit #1557E) - Value: $18,950,

2015 Volvo 670 Tractors, Vins #

xxx6857 (Unit 698) - Value: 35,625,
xxx0701 (Unit #706) - Value: $24,000

2016 Kenworth T680 Tractors, Vins #

xxx4655 (Unit L-732) - Value: $39,575,
xxx4656 (Unit 733) - Value: $46,850,
xxx4657 (Unit #734) - Value: $36,975,
xxx4658 (Unit 735) - Value: $50,825,
xxx4659 (Unit 736) - Value: $48,250,
xxx4660 (Unit L-737) - Value: $51,100,
xxx4661 (Unit 739) - Value: $36,450,
xxx4649 (Unit L-725) - Value: $36,625,
xxx4650 (Unit L-726) - Value: $36,500,
xxx4651 (Unit 728) - Value: $44,325,
xxx4653 (Unit 730) - Value: $45,400,
xxx4654 (Unit 731) - Value: $36,725

2012 Great Dane Trailers, Vins #

xxx1360 (Unit #1369E) - Value: $10,075,
xxx1361 (Unit #1370E) - Value: $7,175,
xxx1363 (Unit #1372E) - Value: $10,000,
xxx1364 (Unit #1373E) - Value: $9,725,
xxx1365 (Unit #1374E) - Value: $9,425,
xxx1366 (Unit #1375E) - Value: $10,150,
xxx1367 (Unit #1376E) - Value: $7,575,
xxx1368 (Unit #1377E) - Value: $6,950,
xxx7107 (Unit #1379E) - Value: $11,875,
xxx7108 (Unit #1380E) - Value: $12,150,
xxx7109 (Unit #1381E) - Value: $10,300,
xxx7110 (Unit #1382E) - Value: $6,350,
xxx7111 (Unit #1383E) - Value: $6,350,
xxx7112 (Unit #1384E) - Value: $7,125,
xxx7113 (Unit #1385E) - Value: $6,350,
xxx7114 (Unit #1386E) - Value: $8,300,
xxx7115 (Unit #1387E) - Value: $6,350,
xxx7116 (Unit #1388E) - Value: $7,600,
xxx7117 (Unit #1389E) - Value: $6,575,
xxx7118 (Unit #1390E) - Value: $8,575,
xxx7120 (Unit #1392E) - Value: $6,350,
xxx7122 (Unit #1394E) - Value: $6,350,
xxx7123 (Unit #1395E) - Value: $11,075,

xxx7125 (Unit #1397E) - Value: $11,075,
xxx7126 (Unit #1398E) - Value: $8,375,
xxx7128 (Unit #1400E) - Value: $6,350,
xxx7129 (Unit #1401E) - Value: $9,875,
xxx7130 (Unit #1402E) - Value: $10,300,
xxx7131 (Unit #1403E) - Value: $8,575

2014 Great Dane Trailers, Vins #

xxx4707 (Unit#1543E) - Value: $17,050,
xxx4708 (Unit#1544E) - Value: $15,125,
xxx4709 (Unit#1545E) - Value: $16,025

2015 Great Dane Trailers, Vins #

xxx0004 (Unit 1569E) - Value: $18,625
xxx0008 (Unit 1573E) - Value: $20,625,
xxx0009 (Unit 1574E) - Value: $19,825,
xxx0011 (Unit 1576E) - Value: $17,975,
xxx0013 (Unit 1578E) - Value: $19,750,
xxx0014 (Unit 1579E) - Value: $18,350,
xxx0016 (Unit 1581E) - Value: $18,200,
xxx0018 (Unit 1583E) - Value: $18,125,
xxx0019 (Unit 1584E) - Value: $16,075,
xxx0742 (Unit 1595E) - Value: $20,475,
xxx0743 (Unit 1596E) - Value: $18,675,
xxx0744 (Unit 1597E) - Value: $16,075,
xxx0751 (Unit 1604E) - Value: $22,475,
xxx0754 (Unit 1607E) - Value: $15,550,
xxx0917 (Unit 1586E) - Value: $15,800,
xxx0918 (Unit 1587E) - Value: $18,775,
xxx0919 (Unit 1588E) - Value: $16,375,
xxx0922 (Unit 1591E) - Value: $18,075,
xxx0745 (Unit 1598E) - Value: $18,625,
xxx0746 (Unit 1599E) - Value: $18,350,
xxx0747 (Unit 1600E) - Value: $17,425,
xxx0748 (Unit 1601E) - Value: $18,575,
xxx0750 (Unit 1603E) - Value: $18,000,
xxx0752 (Unit 1605E) - Value: $21,375,
xxx0753 (Unit 1606E) - Value: $17,750,
xxx0755 (Unit 1608E) - Value: $19,475,
xxx0756 (Unit 1609E) - Value: $20,300,
xxx0915 (Unit 1593E) - Value: $19,400,
xxx0916 (Unit 1594E) - Value: $17,450,
xxx0920 (Unit 1589E) - Value: $16,250,
xxx0921 (Unit 1590E) - Value: $19,250,
xxx0923 (Unit 1592E) - Value: $25,025

2014 Volvo 670 Tractors, Vins #

xxx4903 (Unit #677) - Value: 22,050

2014 Great Dane Trailers, Vins #

xxx0210 (Unit #1527E) - Value: $12,650,
xxx0711 (Unit #1531E) - Value: $13,000,
xxx0712 (Unit #1532E) - Value: $13,875,
xxx0713 (Unit #1533E) - Value: $18,450,
xxx0714 (Unit #1534E) - Value: $17,500,
xxx0715 (Unit #1535E) - Value: $18,375,
xxx0709 (Unit #1537E) - Value: $17,350,
xxx0710 (Unit #1538E) - Value: $16,075,
xxx0736 (Unit #1539E) - Value: $14,925,
xxx0737 (Unit #1540E) - Value: $15,200,
xxx4705 (Unit #1541E) - Value: $17,225,
xxx4706 (Unit #1542E) - Value: $15,250

2004 Freightliners, Vins #

xxx6886 (Unit #211) - Value: $8,800,
xxx6888 (Unit #212) - Value: $8,650

2007 Freightliners, Vins #

xxx7172 (Unit #526) - Value: $10,250,
xxx7204 (Unit #528) - Value: $11,975

2006 Stoughton, Vins #

xxx3681 (Unit #13681) - Value: $6,100,
xxx3682 (Unit #13682) - Value: $6,100

1-2005 Stoughton, Vin #xxx7025 (Unit #27025) - Value: $5,375

1-2007 Utility, Vin #xxx0205 (Unit #60205) - Value: $6,925

Misc. $1,000

Fuel Optimization and Tractor Tracking Software
91-ReeferMate Gen2
3-MDT2000
2012 - 22 Vostro 270 Desktops
2010 - 10 Vostro 230 Slip Tower Desktops
2011 - 8 Qualssil Computers
38-MDT5000 (external modem)
95-MDT5700 (Server)