ORDERED.

Dated:  July 29, 2019

_____
Michael G. Williamson
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| TIME DEFINITE SERVICES, INC., | Case No.: 8:19-bk-06564-MGW |
| _____Debtor._____/ | *Jointly Administered with:* |
| TIME DEFINITE LEASING, LLC, | Case No.: 8:19-bk-06565-MGW |
| _____Debtor._____/ | |
| **TIME DEFINITE SERVICES, INC.,** | **Case No.: 8:19-bk-06564-MGW** |
| _____Applicable Debtor._____/ | |

**ORDER GRANTING MOTION FOR COMFORT**
**ORDER AUTHORIZING DEBTOR TO CONTINUE**
**PRE-PETITION LITIGATION AGAINST NAVISTAR, INC.**

**THIS CASE** came on for hearing on July 24, 2019, to consider the Motion for Comfort Order Authorizing Debtor to Continue Pre-Petition Litigation Against Navistar, Inc. **(Doc. No. 4)** [the "Motion"]. For the reasons stated in open court, it is hereby

**ORDERED that:**

1. The Motion is granted.

2. The Debtor is authorized to proceed in its litigation against Navistar, Inc., in the Circuit

Court of the 18th Judicial Circuit, Dupage County, Illinois (Case No.: 14-MR-1475) (the "Navistar Litigation").

> Attorney for Debtor, Buddy D. Ford, Esquire, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.