UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| TIME DEFINITE SERVICES, INC., | Case No.: 8:19-bk-06564-MGW |
| ___Debtor._____/ | *Jointly Administered with:* |
| TIME DEFINITE LEASING, LLC, | Case No.: 8:19-bk-06565-MGW |
| ___Debtor._____/ | |
| **TIME DEFINITE SERVICES, INC.,** | **Case No.: 8:19-bk-06564-MGW** |
| Applicable Debtor._____/ | |

### NOTICE OF FILING
### DEBTOR'S WEEKLY FINANCIAL REPORT

**COMES NOW**, TIME DEFINITE SERVICES, INC., (the "Debtor") by and through its undersigned attorney, and files this, its *Weekly Financial Report* as attached hereto. The report consists of :

1. Aged Accounts Receivable Report - Age Date: August 4, 2019;

2. Settlement Check Register Report from July 29, 2019, through August 4, 2019; and

3. Payables cleared/checks outstanding from July 29, 2019, through August 4, 2019.

**I HEREBY CERTIFY** that on this ___8th___ day of August 2019, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

    Denise E Barnett on behalf of U.S. Trustee United States Trustee - TPA
        denise.barnett@usdoj.gov

    Katie Brinson Hinton on behalf of Creditor Signature Financial, LLC
        katie@mcintyrefirm.com, lois@mcintyrefirm.com;sandy@mcintyrefirm.com

    John B Hutton on behalf of Creditor VFS Leasing Co.(TDM), Creditor Volvo Financial
        Services (CM), & Creditor Volvo Financial Services, a division of VFS US LLC
        huttonj@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

    Matthew F Kye on behalf of Creditor Sumitomo Mitsui Finance and Leasing Co., Ltd.
        mkye@kyelaw.com

    Leanne McKnight Prendergast on behalf of Creditor People's Capital and Leasing Corp.
        Leanne.Prendergast@fisherbroyles.com, l3annemp@gmail.com;

    patricia.fugee@fisherbroyles.com

Robert M Quinn on behalf of Creditor JPMorgan Chase Bank, N.A.
    rquinn@carltonfields.com, dlester@carltonfields.com;tpaecf@cfdom.net

Michael A Tessitore on behalf of Creditor TCF National Bank
    mtessitore@morankidd.com

William W Thorsness on behalf of Creditor Signature Financial, LLC
    wthorsness@vedderprice.com, ewatt@vedderprice.com;ecfdocket@vedderprice.com;
    william-thorsness-6297@ecf.pacerpro.com;eileen--watt-7873@ecf.pacerpro.com

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV

VFS Leasing Co.(TDM) tara.maxey@vfsco.com

Volvo Financial Services (CM) Clay.monroe@vfsco.com

John R Yant on behalf of Creditor JPMorgan Chase Bank, N.A.
    ryant@carltonfields.com, dlester@carltonfields.com

and, by ■ U.S. Regular First Class Mail to:

Time Definite Services, Inc. and Time Definite Leasing, LLC, 794 Lake Brim Dr., Winter Haven, FL 34787

    Respectfully submitted,

    BUDDY D. FORD, P.A.,

    /s/ Buddy D. Ford
    Buddy D. Ford, Esquire (FBN: 0654711)
    Email: Buddy@tampaesq.com
    Jonathan A. Semach, Esquire (FBN: 0060071)
    Email: Jonathan@tampaesq.com
    Heather M. Reel, Esquire (FBN: 0100357)
    Email: Heather@tampaesq.com
    9301 West Hillsborough Avenue
    Tampa, Florida  33615-3008
    Telephone: (813) 877-4669
    Facsimile: (813) 877-5543
    Office Email: All@tampaesq.com
    Attorney for Debtor

| 08/07/2019 1645 | | **Aged Accounts Receivable Report** | | | | | Page 1 |
| | | Time Definite Services, Inc. | | | | | |

Customer(s): All, Categories: All, Salesperson(s): All, Group by salesperson: N, Print past due balances only: N, Include open credits in total: Y
Report by: Bill date, Report type: Summary, Invoice cutoff date: 08/04/2019, Age date: 08/04/2019, Payment, credit, debit cutoff date: 08/04/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| ABBIAIL | ABBOTT LABORATORIES | 262,550.49 | 0.00 | 0.00 | 0.00 | 133,881.25 | 128,669.24 |
| ACTASUT | ACTIVIS C/O DATA2LOGISTICS LLC | 7,284.93 | 0.00 | 0.00 | 1,900.00 | 0.00 | 5,384.93 |
| ADVPCOH | ADVANCEPIERRE FOODS | 500.00 | 0.00 | 0.00 | 0.00 | 500.00 | 0.00 |
| AFNLDIL | AFN LLC | 46,303.76 | 28,733.28 | 17,320.48 | 250.00 | 0.00 | 0.00 |
| ALLESMCA | ALLEN LUND | 10,587.73 | 8,987.73 | 0.00 | 1,600.00 | 0.00 | 0.00 |
| ALLYCOH | ALLY LOGISTICS | 1,250.00 | 950.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| ALPHCIL | ALPHA BAKING | 40,151.44 | 32,780.44 | 0.00 | 0.00 | 3,095.00 | 4,276.00 |
| AMILPNJ | AMIL FREIGHT INC | 950.00 | 0.00 | 950.00 | 0.00 | 0.00 | 0.00 |
| ANHESMO | ANHEUSER BUSCH CO | 290,229.64 | 28,088.50 | 39,755.73 | 94,571.88 | 109,860.21 | 17,953.32 |
| ANYWFCA | ANYWAY LOGISTICS, INC | 19,769.00 | 0.00 | 0.00 | 6,140.00 | 3,300.00 | 10,329.00 |
| APEXSUT | APEX LOGISTICS | 3,400.00 | 0.00 | 0.00 | 3,400.00 | 0.00 | 0.00 |
| ARRIATX | ARRIVE LOGISTICS | 42,893.56 | 34,355.00 | 1,300.00 | 7,088.56 | 150.00 | 0.00 |
| ASCECWI | ASCENT GLOBAL LOGISTICS | 10,575.42 | 3,200.00 | 1,601.42 | 0.00 | 2,534.00 | 3,240.00 |
| ATLLTGA | ATL LOGISTICS MANAGEMENT INC | 1,237.50 | 0.00 | 0.00 | 0.00 | 1,237.50 | 0.00 |
| ATSCVCA | ATS CALIFORNIA | 32,034.92 | 30,160.00 | 682.00 | 619.42 | 573.50 | 0.00 |
| BEELMNY | BEE LINE LOGISTICS | 1,650.00 | 0.00 | 1,650.00 | 0.00 | 0.00 | 0.00 |
| BIRCKWI | BIRCHWOOD TRANSPORT INC. | 1,471.96 | 1,471.96 | 0.00 | 0.00 | 0.00 | 0.00 |
| BLUEBTX | BLUE BELL CREAMERIES LP | 10,000.00 | 10,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| BMMLCIL | BMM LOGISTICS | 2,700.00 | 0.00 | 2,700.00 | 0.00 | 0.00 | 0.00 |
| BNSFVOH | BNSF LOGISTICS | 1,300.00 | 0.00 | 0.00 | 1,300.00 | 0.00 | 0.00 |
| BOSTBMA | THE BOSTON BEER COMPANY | 2,390.96 | 0.00 | 0.00 | 2,390.96 | 0.00 | 0.00 |
| BRUZPFL | BRUZZONE SHIPPING INC | 5,835.00 | 0.00 | 0.00 | 4,045.00 | 1,790.00 | 0.00 |
| CARGFCA | CARGO SOLUTION BROKERAGE INC | 13,178.00 | 0.00 | 5,298.00 | 1,275.00 | 2,480.00 | 4,125.00 |
| CEILRIL | CEI LOGISTICS | 800.00 | 800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CELECIL | CELERITAS FREIGHT SOLUTIONS | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CELEIIN | CELADON LOGISTICS SERVICES | 4,685.00 | 0.00 | 4,685.00 | 0.00 | 0.00 | 0.00 |
| CHIQCOH | CHIQUITA FRESH NORTH AMERICA LLC | 170,793.99 | 140,558.79 | 29,166.20 | 885.00 | 0.00 | 184.00 |
| CHOPPMD | CHOPTANK TRANSPORT INC. | 1,540.00 | 0.00 | 0.00 | 0.00 | 1,540.00 | 0.00 |
| CHROCIA | CH ROBINSON WORLDWIDE | 117,878.66 | 79,778.00 | 13,310.64 | 14,628.02 | 9,643.00 | 519.00 |
| CLSEAGA | C.L.SERVICES INC. | 13,350.00 | 11,100.00 | 2,250.00 | 0.00 | 0.00 | 0.00 |
| CONAONE | CONAGRA FOODS (edi) | 895,513.54 | 520,362.24 | 316,639.78 | 58,511.52 | 0.00 | 0.00 |
| CONVSWA | CONVOY INC | 5,290.00 | 0.00 | 0.00 | 0.00 | 1,290.00 | 4,000.00 |
| CONWFIL | CONWAY IMPORT CO, INC | 14,021.00 | 14,021.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COSTGFL | COSTA FARMS LLC | 170,532.48 | 131,869.11 | 16,708.22 | 5,875.20 | 16,074.66 | 5.29 |
| COUNAOH | COUNTRY PURE FOODS | 52,304.39 | 38,360.46 | 13,848.79 | 0.00 | 95.14 | 0.00 |
| COUNTFL | COUNTRYWIDE TRANSPORTATION SERVICES, INC | 5,984.00 | 5,984.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUSMFL | COUSINS LOGISTICS, INC | 3,450.00 | 0.00 | 0.00 | 3,450.00 | 0.00 | 0.00 |
| COXTEIL | COX TRANSFER | 5,700.00 | 5,700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| COXWTFL | COX WHOLESALE SEAFOOD, INC | 1,650.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CROSCOR | CROSSWIND LOGISTICS INC | 1,490.00 | 0.00 | 0.00 | 1,490.00 | 0.00 | 0.00 |
| CROWJFL | CROWLEY LOGISTICS | 1,800.00 | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CWCATFL | CW CARRIERS | 18,584.00 | 18,584.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DAYBNNJ | DAYBREAK FAST FREIGHT | 2,850.00 | 2,850.00 | 0.00 | 0.00 | 0.00 | 0.00 |

08/07/2019 1645                    **Aged Accounts Receivable Report**                                 Page 2

Time Definite Services, Inc.

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 08/04/2019,  Age date: 08/04/2019,  Payment, credit, debit cutoff date: 08/04/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| DEANBIL | DEANFOODS(lean-otr) | 52,162.63 | 45,411.50 | 6.06 | 4,725.41 | 1,519.66 | 500.00 |
| DEANBIL3 | DEANFOODS(lean-il local & shuttles) | 566.80 | 0.00 | 0.00 | 0.00 | 0.00 | 566.80 |
| DEANPIN | DEANFOODS BELVIDERE(email-il ingredient) | 9,198.57 | 4,611.15 | 2,863.06 | 1,724.36 | 0.00 | 0.00 |
| DEDITFL | DEDICATED CARRIERS INC | 3,559.00 | 0.00 | 0.00 | 3,559.00 | 0.00 | 0.00 |
| DEKADGA | DEKALB FARMERS MARKET | 39,837.98 | 12,754.56 | 14,922.11 | 12,161.31 | 0.00 | 0.00 |
| DELMEPA | DEL MONTE FRESH PRODUCE NA, INC. | 38,496.03 | 0.00 | 6,534.40 | 2,858.88 | 29,102.75 | 0.00 |
| DIREGIN | DIRECT CONNECT LOGISTX | 1,300.00 | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DOTFMIL | DOT FOODS INC | 20,775.37 | 19,318.97 | 1,456.40 | 0.00 | 0.00 | 0.00 |
| EAGLHMS | EAGLE TRANSPORTATION | 2,189.00 | 2,189.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ECHOCIL | ECHO GLOBAL LOGISTICS INC. | 16,459.75 | 4,850.00 | 11,609.75 | 0.00 | 0.00 | 0.00 |
| ELITEMFL | ELITE TRANSIT SOLUTIONS, LLC | 300.00 | 0.00 | 0.00 | 150.00 | 150.00 | 0.00 |
| ENGLSUT | ENGLAND LOGISTICS | 2,089.00 | 2,689.00 | 0.00 | -600.00 | 0.00 | 0.00 |
| ES3LKNH | ES3 LLC | 8,645.64 | 5,492.46 | 0.00 | 3,153.18 | 0.00 | 0.00 |
| ETHOHIL | ETHOS SEAFOOD GROUP | 3,625.00 | 3,025.00 | 600.00 | 0.00 | 0.00 | 0.00 |
| EUROHDK | EUROGUM A/S | 100.00 | 100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FAKIDCO | FAK INC | 268.50 | 0.00 | 0.00 | 268.50 | 0.00 | 0.00 |
| FHIIFNC | FHI INC | 2,069.00 | 2,069.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FISHDCA | FISHER BROS LOGISTICS, INC | 2,500.00 | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FLORLFL | FLORIDA'S NATURAL GROWERS INC | 105,122.78 | 89,247.62 | 9,530.84 | 3,456.53 | 2,887.79 | 0.00 |
| FREITFL | FREIGHT CENTER INC | 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,650.00 |
| FREZCNJ | FREEZPAK LOGISTICS | 9,950.00 | 8,750.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| FSTCOH | FST | 6,610.24 | 2,685.00 | 0.00 | 2,082.24 | 1,843.00 | 0.00 |
| GENPRNJ | GENPRO INC | 6,950.00 | 6,950.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GILTJID | GILTNER INC. | 1,100.00 | 0.00 | 0.00 | 1,100.00 | 0.00 | 0.00 |
| GIORRPA | GIORGIO FOODS, INC | 3,757.62 | 0.00 | 0.00 | 0.00 | 0.00 | 3,757.62 |
| GLENGTX | GLEN ROSE TRANSPORTATION MGMT, INC. | 1,100.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GLOBPAZ | GLOBAL TRANZ ENTERPRISES LLC | 3,040.00 | 2,200.00 | 840.00 | 0.00 | 0.00 | 0.00 |
| GORDGMI | Gordon Food Service | 2,596.69 | 2,536.69 | 0.00 | 60.00 | 0.00 | 0.00 |
| GORIAPA | GORILLA LOGISTICS | 850.00 | 0.00 | 0.00 | 850.00 | 0.00 | 0.00 |
| GOTOBMI | GO TO TRANSPORT, INC. | 1,100.00 | 1,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GOTOTNIL | GO TO TRUCKERS INC | 8,054.00 | 5,054.00 | 3,000.00 | 0.00 | 0.00 | 0.00 |
| GRANCIL | GRANE LOGISTICS EXPRESS | 1,605.00 | 1,605.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GREAHOH | GREAT LAKES CHEESE CO | 6,934.61 | 908.89 | 0.00 | 1,077.76 | 4,096.96 | 851.00 |
| GULIVWA | GULICK FREIGHT SERVICE LOGISTICS | 6,400.00 | 6,400.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HICKWGA | HTS LOGISTICS, LLC | 1,004.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,004.00 |
| HOOSTIN | HOOSIER LOGISTICS INC | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| HOTLWIL | HOT LOAD BROKERAGE | 1,100.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 0.00 |
| HUNTNMO | HUNTINGTON WOODS LOGISTICS | 1,600.00 | 1,600.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HWTRHOH | H&W TRANSPORTATION LOGISTICS LLC | 1,954.00 | 0.00 | 1,799.00 | 0.00 | 0.00 | 155.00 |
| INDIAVFL | INDIAN RIVER TRUCK BROKERAGE | 1,800.00 | 0.00 | 1,800.00 | 0.00 | 0.00 | 0.00 |
| INTEDIL | INTERNATIONAL PAPER 7821166 | 3,940.51 | 1,472.64 | 0.00 | 1,484.19 | 492.80 | 490.88 |
| INTEPFL | INTERSTATE TRANSPORT INC. | 225.00 | 0.00 | 0.00 | 0.00 | 150.00 | 75.00 |
| INTEWOH | INTEGRITY EXPRESS LOGISTICS LLC | 1,297.00 | 0.00 | 0.00 | 489.00 | 643.00 | 165.00 |

08/07/2019 1645                                      **Aged Accounts Receivable Report**                                      Page 3
Time Definite Services, Inc.

Customer(s): All,   Categories: All,   Salesperson(s): All,   Group by salesperson: N,   Print past due balances only: N,   Include open credits in total: Y
Report by: Bill date,   Report type: Summary,   Invoice cutoff date: 08/04/2019,   Age date: 08/04/2019,   Payment, credit, debit cutoff date: 08/04/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| ITALRRFL | ITALIAN ROSE | 122,178.86 | 85,086.70 | 37,092.16 | 0.00 | 0.00 | 0.00 |
| ITSNSNV | ITS NATIONAL LLC | 5,440.00 | 5,440.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JACOPFL | JACOBS FARM | 4,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,800.00 |
| JBHU | JB HUNT | 2,105.00 | 2,105.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JBSUGCO | JBS USA LLC | 1,096.34 | 0.00 | 0.00 | 1,096.34 | 0.00 | 0.00 |
| JEARMSC | JEAR LOGISTICS | 3,800.00 | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNAMN | JENNIE - O TUREY STORE | 13,513.38 | 8,676.57 | 0.00 | 4,836.81 | 0.00 | 0.00 |
| KNIGPAZ | KNIGHT BROKERAGE L.L.C. | 7,990.00 | 0.00 | 0.00 | 0.00 | 7,990.00 | 0.00 |
| KOCHCIL | KOCH FOODS | 8,319.16 | 8,319.16 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOOLWNJ | KOOL LOGISTICS | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KOPFEIN | KOPF LOGISTICS, LLC | 7,844.44 | 6,744.44 | 1,100.00 | 0.00 | 0.00 | 0.00 |
| KRAFSTX | KRAFT/HEINZ GROUP, INC. (2 EDI) | 138,422.03 | 44,490.77 | 22,536.34 | 15,349.60 | 41,577.12 | 14,468.20 |
| KRAFSTX2 | KRAFT/HEINZ GROUP, INC. (3 detention) | 4,514.00 | 600.00 | 300.00 | 2,777.00 | 567.00 | 270.00 |
| KRAFSTX3 | KRAFT/HEINZ GROUP, INC. (1 NON EDI) | 87.00 | 87.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LADTWGA | LAD TRUCK LINES | 1,500.00 | 0.00 | 1,500.00 | 0.00 | 0.00 | 0.00 |
| LANDJFLH | LANDSTAR RANGER | 20,127.50 | 0.00 | 0.00 | 8,477.00 | 512.25 | 11,138.25 |
| LASSLAR | LASSONDE PAPPAS | 18,618.18 | 5,318.41 | 12,331.34 | 139.00 | 829.43 | 0.00 |
| LEFTTOR | LEFT COAST LOGISTICS | 16,950.00 | 6,200.00 | 10,750.00 | 0.00 | 0.00 | 0.00 |
| LEXIPPA | LEXIS SERVICES | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| LINEMMT | LINEHAUL LOGISTICS | 1,000.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 0.00 |
| LOADNBIL | LOAD DELIVERED LOGISTICS | 28,652.25 | 6,190.00 | 5,075.00 | 14,978.25 | 374.00 | 2,035.00 |
| LOGIANC | LOGISTIMAX | 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 |
| LOGIBNY | LOGISTIC DYNAMICS | 8,710.00 | 0.00 | 0.00 | 4,160.00 | 0.00 | 4,550.00 |
| LOGICOH | LOGIKOR LLC | 1,200.00 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 |
| MARTMWI | MARTEN TRANSPORT LOGISITCS LLC | 1,650.00 | 1,650.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARTSTN | MARTINS TRANSPORT LLC | 1,500.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 0.00 |
| MEGAWNC | MEGACORP LOGISTICS LLC | 270.00 | 0.00 | 0.00 | 0.00 | 270.00 | 0.00 |
| MIDWMWI | MIDWEST REFRIGERATED LOGISTICS | 13,483.78 | 4,537.59 | 8,894.94 | 0.00 | 51.25 | 0.00 |
| MILLGMT | MILLENNIUM LOGISTICS | 1,519.00 | 0.00 | 0.00 | 1,519.00 | 0.00 | 0.00 |
| MILLTGA | MILLENNIUM BROKERAGE FIRM INC. | 1,050.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 0.00 |
| MOELMOH | MOELLER LOGISTICS LLC | 5,100.00 | 5,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| MOLOCIL | MOLO SOLUTIONS | 205.00 | 0.00 | 0.00 | 0.00 | 205.00 | 0.00 |
| MOTUNKY | MOTUS FREIGHT LLC | 1,240.00 | 940.00 | 300.00 | 0.00 | 0.00 | 0.00 |
| MOUNCNC | MOUNTAIRE FARMS INC | 150.00 | 0.00 | 0.00 | 0.00 | 150.00 | 0.00 |
| MOUNMDE | MOUNTAIRE- MILLSBORO OUTBOUND | 10,437.78 | 9,637.78 | 800.00 | 0.00 | 0.00 | 0.00 |
| NAVADCO | NAVAJO EXPRESS INC | 125.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 |
| NESTSMO | NESTLE USA (cass) | 2,029.09 | 0.00 | 0.00 | 247.62 | 1,611.85 | 169.62 |
| NEUTDFL | NEUTRAL GROUND LLC | 2,050.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,050.00 |
| NEWETMA | NEW ENGLAND FOOD | 950.00 | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NORDBNY | NORDIC TRAINING INTERNATIONAL, LLC | 53.36 | -181.94 | 0.00 | 185.35 | 199.07 | -149.12 |
| NORTWIL | NPN360 | 2,600.00 | 0.00 | 0.00 | 700.00 | 550.00 | 1,350.00 |
| NTLOFTX | NT LOGISTICS, INC. | 1,259.00 | 0.00 | 1,259.00 | 0.00 | 0.00 | 0.00 |
| OTRTEIL | OTR TRANSPORTATION INC | 2,380.00 | 2,380.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| 08/07/2019 1645 | | Aged Accounts Receivable Report | | | | | Page 4 |
| | | Time Definite Services, Inc. | | | | | |

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 08/04/2019,  Age date: 08/04/2019,  Payment, credit, debit cutoff date: 08/04/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| PALEMWI | PALERMO VILLA INC | 26,725.88 | 24,037.96 | 2,687.92 | 0.00 | 0.00 | 0.00 |
| PATHMTN | PATHMARK TRANSPORTATION MARKETING COMPAN | 5,644.00 | 0.00 | 5,644.00 | 0.00 | 0.00 | 0.00 |
| PCBIBNY | PCB INC. | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 |
| PEPSPTX | PEPSI LOGISTICS COMPANY INC | 655.00 | 125.00 | 0.00 | 0.00 | 470.00 | 60.00 |
| PERFWUT | PERFORMANCE LOGISTICS | 2,900.00 | 0.00 | 2,900.00 | 0.00 | 0.00 | 0.00 |
| PERODFL | PERO FAMILY FARMS FOOD CO, LLC | 30,665.90 | 0.00 | 0.00 | 2,400.00 | 28,265.90 | 0.00 |
| PETCSCA | PETCO | 211,850.15 | 166,318.23 | 39,500.43 | 2,161.17 | 3,750.32 | 120.00 |
| PINNCNJ | PINNACLE FOODS GROUP LLC | 1,446.69 | 0.00 | 957.69 | 272.00 | 0.00 | 217.00 |
| PLAIDKS | PLAINS DEDICATED | 2,579.00 | 0.00 | 2,579.00 | 0.00 | 0.00 | 0.00 |
| PLUMHIL | PLUM GROVE PRINTERS INC | 200.00 | 100.00 | 0.00 | 0.00 | 0.00 | 100.00 |
| POWEMTN | POWER EXPRESS, INC | 6,025.00 | 0.00 | 0.00 | 0.00 | 6,025.00 | 0.00 |
| PROMDOH | PROMPTRA LOGISTICS SERVICES | 1,075.00 | 0.00 | 1,075.00 | 0.00 | 0.00 | 0.00 |
| QUALLKY | LONGSHIP | 5,698.00 | 0.00 | 4,240.00 | 0.00 | 1,250.00 | 208.00 |
| R2LOWMI | R2 LOGISTICS | 2,200.00 | 2,200.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REDWCIL | REDWOOD MULTIMODAL | 3,562.00 | 1,063.00 | 1,599.00 | 900.00 | 0.00 | 0.00 |
| RIGGLNJ | RIGGOH | 1,694.00 | 0.00 | 0.00 | 1,694.00 | 0.00 | 0.00 |
| ROARBNY | ROAR LOGISTICS | 7,175.00 | 7,175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ROCKECO | ROCKY MOUNTAIN EXPRESS | 4,741.79 | 2,184.00 | 2,230.00 | 69.00 | 258.79 | 0.00 |
| ROSECIL | ROSE PACKING | 21,729.24 | 18,159.24 | 0.00 | 3,570.00 | 0.00 | 0.00 |
| RRDOBIL | RR DONNELLEY LOGISTICS | 7,544.96 | 0.00 | 0.00 | 3,103.96 | 4,441.00 | 0.00 |
| RTSTAOH | RELIABLE TRANSPORTATION SOLUTIONS | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RUBYBIL | RUBY ROBINSON | 38,262.00 | 23,714.00 | 14,548.00 | 0.00 | 0.00 | 0.00 |
| RUPEMIL | RUPRECHT COMPANY | 16,325.00 | 0.00 | 0.00 | 10,975.00 | 2,950.00 | 2,400.00 |
| RWITNKY | RWI TRANSPORTATION | 2,028.00 | 0.00 | 1,378.00 | 650.00 | 0.00 | 0.00 |
| SANDLMS | SANDERSON FARMS, INC | 1,233.00 | 0.00 | 0.00 | 1,053.00 | 180.00 | 0.00 |
| SAPUTLIL | Saputo Cheese USA Inc | 7,037.28 | 0.00 | 7,037.28 | 0.00 | 0.00 | 0.00 |
| SATICIL | SATURN FREIGHT SYSTMES INC | 1,750.00 | 0.00 | 0.00 | 1,750.00 | 0.00 | 0.00 |
| SCHMSAR | SCHMIEDING PRODUCE COMPANY | 1,420.00 | 0.00 | 0.00 | 1,350.00 | 0.00 | 70.00 |
| SCHUFNJ | SCHUMAN CHEESE | 116,591.45 | 65,767.06 | 27,005.62 | 23,818.77 | 0.00 | 0.00 |
| SCOYVON | SCOTLYNN COMMODITIES | 7,274.00 | 3,115.00 | 0.00 | 250.00 | 2,764.00 | 1,145.00 |
| SEALHIL | SEAL TRANSPORTATION | 1,290.00 | 1,290.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SEASKMI | SEASONAL LOGISTICS, LLC | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,600.00 |
| SENSATX | SENSCO LOGISTICS INC | 1,134.00 | 1,134.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SMITLIL | SMITHFIELD FARMLAND SALES CORP | 51,983.48 | 17,595.66 | 7,714.70 | 20,737.29 | 5,935.83 | 0.00 |
| SONWBNY | SONWIL LOGISTICS | 1,175.00 | 1,175.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPICOFL | SPICE WORLD | 3,661.30 | 0.00 | 0.00 | 3,661.30 | 0.00 | 0.00 |
| STALBAR | STALLION ENTERPRISES,INC | 1,550.00 | 1,550.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STARFIL | STARK FREIGHT CO | 1,000.00 | 0.00 | 1,000.00 | 0.00 | 0.00 | 0.00 |
| STARPFL | STAR TRANSPORTATION LOGISTICS | 7,840.00 | 7,840.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STEVDTX | STEVENS TRANSPORT | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| STRICIL | STRIVE GROUP | 149.00 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 |
| SWIFPAZ | SWIFT LOGISTICS | 1,150.00 | 1,350.00 | 0.00 | -200.00 | 0.00 | 0.00 |
| SYSCHTX | SYSCO FOODS SERVICES | 51,316.56 | 40,119.75 | 2,299.39 | 3,791.60 | 5,105.82 | 0.00 |

08/07/2019 1645                                                        **Aged Accounts Receivable Report**                                                                                   Page 5
                                                                             Time Definite Services, Inc.

Customer(s): All,  Categories: All,  Salesperson(s): All,  Group by salesperson: N,  Print past due balances only: N,  Include open credits in total: Y
Report by: Bill date,  Report type: Summary,  Invoice cutoff date: 08/04/2019,  Age date: 08/04/2019,  Payment, credit, debit cutoff date: 08/04/2019
Sort by: Customer code

| Customer | Name | Balance | Current | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---:|---:|---:|---:|---:|---:|
| SYSMMIL | SYSMEX AMERICA, INC. | 184,291.48 | 133,741.09 | 26,679.87 | 21,426.39 | 450.00 | 1,994.13 |
| TABRAMO | TA BROKERAGE LLC | 1,764.00 | 1,764.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TAMPDFL | TAMPA BAY FISHERIES, INC. | 38,001.34 | 35,976.34 | 2,025.00 | 0.00 | 0.00 | 0.00 |
| TARPTFL | TARPON TRANSPORTATION SERVICES, INC. | 950.00 | 950.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TEVAEIL | TEVA PHARMACEUTICALS USA | 63,700.00 | 27,100.00 | 15,800.00 | 0.00 | 20,800.00 | 0.00 |
| THEFSFL | THE FATHER'S TABLE | 89,769.92 | 33,847.22 | 33,127.60 | 19,021.10 | 3,774.00 | 0.00 |
| THERFCA | THERMO FISHER SCIENTIFIC | 1,450.00 | 1,450.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| THEWWIN | THE WORTHINGTON COMPANY | 300.00 | 0.00 | 0.00 | 300.00 | 0.00 | 0.00 |
| TMARWOH | T MARZETTI | 8,141.89 | 8,141.89 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOBICFL | TOBICO TRANSPORTATION LLP | 575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 575.00 |
| TOTAMOH | TOTAL QUALITY LOGISTICS | 33,241.72 | 0.00 | 250.00 | 30,667.30 | 0.00 | 2,324.42 |
| TRAFMON | TRAFFIX | 4,080.00 | 2,040.00 | 0.00 | 2,040.00 | 0.00 | 0.00 |
| TRANSAR | TRANSPLACE | 6,758.00 | 1,500.00 | 1,258.00 | 4,000.00 | 0.00 | 0.00 |
| TRANSQCN | TRANSPORT TFI | 3,062.10 | 3,062.10 | 0.00 | 0.00 | 0.00 | 0.00 |
| TRIBCGA | TRIBE TRANSPORT, INC | 2,950.00 | 1,800.00 | 0.00 | 0.00 | 1,150.00 | 0.00 |
| TRINSDE | TRINITY TRANSPORT | 898.00 | 898.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TYSOSAR | TYSON FOODS, INC. | 75,164.76 | 42,814.05 | 640.00 | 10,620.92 | 1,753.18 | 19,336.61 |
| UBERSCA | UBER FREIGHT LLC | 2,057.00 | 0.00 | 0.00 | 2,057.00 | 0.00 | 0.00 |
| UNLISKS | UNLIMITED LOGISTICS | 5,616.94 | 0.00 | 0.00 | 0.00 | 0.00 | 5,616.94 |
| UPTOSMN | UPTOWN EXPEDITED INC | 4,020.00 | 0.00 | 0.00 | 0.00 | 4,020.00 | 0.00 |
| USALCIN | USA LOGISTICS INC | 1,750.00 | 1,750.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| USATHFL | USA TRUCK BROKERS INC | 300.20 | 0.00 | 0.00 | 0.00 | 150.20 | 150.00 |
| WORLDDTX | WORLDWIDE EXPRESS | 5,138.00 | 0.00 | 0.00 | 0.00 | 2,506.00 | 2,632.00 |
| XPOLCNC | XPO LOGISTICS | 17,893.88 | 11,436.00 | 2,762.88 | 1,800.00 | 0.00 | 1,895.00 |
| YANKSMA | YANKEE CANDLE C/O ENVISTA LLC | 114,628.20 | 30,015.82 | 46,715.71 | 20,952.20 | 6,784.14 | 10,160.33 |
| ZENGATX | ZENGISTICS | 15,451.00 | 8,308.00 | 7,143.00 | 0.00 | 0.00 | 0.00 |
| ZIPLCOH | ZIPLINE LOGISTICS LLC | 750.00 | 0.00 | 750.00 | 0.00 | 0.00 | 0.00 |
| **Report totals:** | | **$4,497,454.35** | **$2,336,993.88** | **$890,214.75** | **$498,432.89** | **$490,201.37** | **$281,611.46** |
| | | 100.00% | 51.96% | 19.79% | 11.08% | 10.90% | 6.26% |

Number of customers............................ 199

Total available on open credits............. $0.00

Net accounts receivable........................$4,497,454.35

Number of invoices................................2794

Average invoice amount.........................$1,861.99

08/08/2019 0936                                                   **Check Register Report**                                                                Page 1
                                                                    Time Definite Services, Inc.

Cash account: 101160.000.00.0,  Payable to code(s): All,  Check number: All,  Check date: 07/29/2019 - 08/04/2019,  Void status: Non-voided only
Cleared status: All checks,  Source: All,  Sort by: Check number

| Check # | Date | Pay to | Name | Cleared | Void | Source | Amount |
|---|---|---|---|---|---|---|---|
| 101160.000.00.0 | | Time Definite Services, Inc | | | | | |
| 00001794 | 07/29/2019 | ROUNWIL | ROUND TRIP LOGISTICS INC** | | | Settlement check | 1,746.00 |
| 00001795 | 07/29/2019 | 7TRABTX | 7 TRANSPORTS | | | Settlement check | 1,895.00 |
| 00001796 | 07/29/2019 | DOXACTX | DOXA LLC** | | | Settlement check | 1,764.00 |
| 00001797 | 07/29/2019 | FARRIMTN | FARRIS EVANS INSURANCE AGENCY, | | | AP check | 98,312.50 |
| 00001798 | 07/29/2019 | FARRIMTN | FARRIS EVANS INSURANCE AGENCY, | | | AP check | 925.00 |
| 00001799 | 07/29/2019 | SUSAND | Susan Derdiger | C | | AP check | 512.50 |
| 00001800 | 07/30/2019 | KZTREIL | KZ TRANSPORT INC | | | Settlement check | 1,725.00 |
| 00001801 | 07/30/2019 | NEWYOR | NEW YORK STATE DEPT. OF TAX & FIN | | | AP check | 1,761.11 |
| 00001802 | 07/30/2019 | OREGON | OREGON DEPT. OF TRANSPORTATIO | | | AP check | 1,226.15 |
| 00001803 | 07/30/2019 | AMERIPPA | AMERIGAS | | | AP check | 52.72 |
| 00001804 | 07/30/2019 | BOSSELMA | Bosselman Boss Shop | | | AP check | 452.97 |
| 00001805 | 07/30/2019 | CHERYNFL | Cheryl Webb dba/CW Recruiting | | | AP check | 400.00 |
| 00001806 | 07/30/2019 | COMFOWFL | COMFORT INN & SUITES WILDWOOD | | | AP check | 128.41 |
| • 00001808 | 07/30/2019 | ELGITEIL | ELGIN TRUCK REPAIR | | | AP check | 21,577.68 |
| 00001809 | 07/30/2019 | EXPLODTX | EXPLORE INFORMATION SERVICES, L | | | AP check | 175.45 |
| 00001810 | 07/30/2019 | FLORIAFL | FLORIDA TIRE SUPPLY COMPANY | | | AP check | 171.04 |
| 00001811 | 07/30/2019 | GRTDNTFL | GREAT DANE TRAILERS | | | AP check | 1,292.24 |
| 00001812 | 07/30/2019 | JDRUMLMI | J. DRUMMOND SERVICE, INC. | | | AP check | 959.04 |
| 00001813 | 07/30/2019 | JOHNSWFL | JOHN C SEVERSON | | | AP check | 100.00 |
| 00001814 | 07/30/2019 | KKGLACFL | K & K GLASS, INC. | | | AP check | 793.88 |
| 00001815 | 07/30/2019 | MARVBIL | MARV'S TOWING & REPAIR | | | AP check | 95.00 |
| 00001816 | 07/30/2019 | MILIKAFL | MILLIKAN BATTERY & ELECTRIC | | | AP check | 1,220.87 |
| 00001817 | 07/30/2019 | OCALAOFL | OCALA FREIGHTLINER & ISUZU | | | AP check | 60.21 |
| 00001818 | 07/30/2019 | POMPS | POMP'S TIRE SERVICE, INC | | | AP check | 266.41 |
| 00001819 | 07/30/2019 | PROLUHIL | PRO LUBE ILLINOIS INC | | | AP check | 32.50 |
| 00001820 | 07/30/2019 | THERMMMN | THERMO KING CORP (SVC) | | | AP check | 285.00 |
| 00001821 | 07/30/2019 | THEROFL | Thermo King of the Southeast, LLC | | | AP check | 1,519.05 |
| 00001822 | 07/30/2019 | THEROFL | Thermo King of the Southeast, LLC | | | AP check | 727.88 |
| 00001823 | 07/30/2019 | UNIFIOFL | UNIFIRST CORP | | | AP check | 500.62 |
| 00001824 | 07/30/2019 | UPSPAR | UPS PARCEL SERVICES | | | AP check | 29.00 |
| 00001825 | 07/30/2019 | ACEHARDW | WILDWOOD ACE HARDWARE | | | AP check | 285.03 |
| 00001826 | 07/30/2019 | YOKOHFCA | YOKOHAMA TIRE CORPORATION | | | AP check | 1,553.22 |
| 00001827 | 07/31/2019 | MOLDIIN | MOLDEX INC | | | Settlement check | 1,150.00 |
| 00001828 | 07/31/2019 | PINNFNJ | PINNACLE TRUCKING | | | Settlement check | 2,600.00 |
| • 00001830 | 07/31/2019 | SBWA | SBWAY LOGISTICS INC** | | | Settlement check | 3,400.00 |
| 00001831 | 08/01/2019 | TIGEIIN | TIGER LOGISTICS INC** | | | Settlement check | 1,588.37 |
| 00001832 | 07/31/2019 | LOGATHPA | LOGAN TRANSPORT INC.** | | | Settlement check | 4,511.55 |
| 00001833 | 07/31/2019 | PSWTOIL | PSW TRANSPORT INC** | | | Settlement check | 1,940.00 |
| 00001834 | 07/31/2019 | FIRSCIL | FIRST CLASS CARRIERS INC** | | | Settlement check | 1,697.50 |
| 00001835 | 07/30/2019 | A2BCCIL | A2B CARGO INC | | | Settlement check | 2,200.00 |
| 00001836 | 07/30/2019 | AAJNFL | AA-JN TRUCKING LLC | | | Settlement check | 1,300.00 |
| 00001837 | 07/30/2019 | AGCAPIL | AG CARRIERS | | | Settlement check | 1,700.00 |
| 00001838 | 07/30/2019 | ALBASTFL | ALBAA LOGISTICS INC | | | Settlement check | 2,029.00 |
| 00001839 | 07/30/2019 | ALVIEI | ALVIL TRUCKING INC | | | Settlement check | 1,150.00 |
| 00001840 | 07/30/2019 | APLCPIL | APL CARRIERS INC | | | Settlement check | 1,350.00 |
| 00001841 | 07/30/2019 | ARIZGAZ | TRIUMPH BUSINESS CAPITAL | | | Settlement check | 2,000.00 |
| 00001842 | 07/30/2019 | AVILJF | AVILES-ROBBINS TRUCK LEASING | | | Settlement check | 1,900.00 |
| 00001843 | 07/30/2019 | BARLFMO | BARLOW TRUCK LINES INC | | | Settlement check | 1,700.00 |
| 00001844 | 07/30/2019 | BIGKNOIL | BIG K TRANSPORT INC | | | Settlement check | 2,250.00 |
| 00001845 | 07/30/2019 | BOYDWIN | BOYD & COMPANY LOGISTICS | | | Settlement check | 1,000.00 |
| 00001846 | 07/30/2019 | BRITGND | BRITTON TRANSPORT INC | | | Settlement check | 1,650.00 |
| 00001847 | 07/30/2019 | CAROMINC | CAROLINA BEST TRUCKING LLC | | | Settlement check | 1,700.00 |
| • 00001849 | 07/30/2019 | CHARHOAL | KAG Food Products LLC | | | Settlement check | 1,850.00 |
| 00001850 | 07/30/2019 | CLICHFL | CLICK EXPRESS INC | | | Settlement check | 1,900.00 |
| 00001851 | 07/30/2019 | DABTLIL | DAB TRUCKING SERVICES COMPAN | | | Settlement check | 1,750.00 |
| 00001852 | 07/30/2019 | DAJRTRAR | DAJR TRUCKING LLC | | | Settlement check | 1,925.00 |
| 00001853 | 07/30/2019 | DIAMBMA | DIAMOND EXPRESS, INC. | | | Settlement check | 300.00 |
| 00001854 | 07/30/2019 | DIAZSEPA | DIAZ EXPRESSWAY LLC | | | Settlement check | 2,550.00 |
| 00001855 | 07/30/2019 | DIETWOCT | DIETZ TRANSPORTATION LLC | | | Settlement check | 1,100.00 |
| 00001856 | 07/30/2019 | DUBYCIL | DUBYK TRANSPORTATION INC | | | Settlement check | 3,700.00 |
| 00001857 | 07/30/2019 | DYNAGRNC | DYNAMIC 6 TRUCKING INC | | | Settlement check | 800.00 |
| 00001858 | 07/30/2019 | EAGLDMI | EAGLE PASS TRANSPORT LLC | | | Settlement check | 2,050.00 |
| 00001859 | 07/30/2019 | EMEXETX | EM EXPRESS INC | | | Settlement check | 676.00 |
| 00001860 | 07/30/2019 | EUROBETX | EURO UNITED LLC | | | Settlement check | 9,200.00 |
| 00001861 | 07/30/2019 | FASTSACA | FAST CARGO INC | | | Settlement check | 1,050.00 |
| 00001862 | 07/30/2019 | FORCMEAZ | FORCE FREIGHT TRANSPORT, LLC | | | Settlement check | 3,000.00 |
| 00001863 | 07/30/2019 | FREIMOSC | FREIGHTMASTER USA LLC | | | Settlement check | 975.00 |
| 00001864 | 07/30/2019 | GBOYSCIL | GBOY CORP | | | Settlement check | 1,789.00 |
| 00001865 | 07/30/2019 | GLOBRCA | GLOBAL TRANS AUTO INC | | | Settlement check | 3,000.00 |
| 00001866 | 07/30/2019 | HALMROIL | HALMION TRANSPORTATION INC | | | Settlement check | 1,100.00 |
| 00001867 | 07/30/2019 | ILLIEIL | Apex Capital Corp | | | Settlement check | 900.00 |
| 00001868 | 07/30/2019 | J3TRMCMS | J 3 TRUCKING LLC | | | Settlement check | 1,100.00 |
| 00001869 | 07/30/2019 | JETDKMO | JET DELIVERY SERVICE | | | Settlement check | 700.00 |
| 00001870 | 07/30/2019 | JNTRSNV | JB TRANS INC | | | Settlement check | 1,454.00 |
| 00001871 | 07/30/2019 | KADGWIL | KAD GROUP LOGISTICS INC | | | Settlement check | 1,100.00 |
| 00001872 | 07/30/2019 | KARRLTN | KARR TRANSPORTATION INC | | | Settlement check | 2,000.00 |
| 00001873 | 07/30/2019 | KGIGGIL | KGI Group Inc | | | Settlement check | 2,400.00 |
| 00001874 | 07/30/2019 | KINGWOWI | KING TRANSPORT INC | | | Settlement check | 2,352.96 |
| 00001875 | 07/30/2019 | LAFLMIFL | LAF LOGISTICS INC | | | Settlement check | 1,900.00 |

08/08/2019 0936            Check Register Report            Page 2

Time Definite Services, Inc.

Cash account: 101160.000.00.0,  Payable to code(s): All,  Check number: All,  Check date: 07/29/2019 - 08/04/2019,  Void status: Non-voided only

Cleared status: All checks,  Source: All,  Sort by: Check number

| Check # | Date | Pay to | Name | Cleared | Void | Source | Amount |
|---|---|---|---|---|---|---|---|
| 00001876 | 07/30/2019 | MANNGRIN | MANN TRANS INC | | | Settlement check | 100.00 |
| 00001877 | 07/30/2019 | MARTLI | MARTYN EXPRESS INC | | | Settlement check | 1,300.00 |
| 00001878 | 07/30/2019 | MBTTMIL | MBT TRANSPORT* | | | Settlement check | 3,000.00 |
| 00001879 | 07/30/2019 | MEGAICA | MEGA FREIGHT LOGISTICS INC | | | Settlement check | 1,450.00 |
| 00001880 | 07/30/2019 | MERCLIGA | MERCY & GRACE LLC | | | Settlement check | 2,000.00 |
| 00001881 | 07/30/2019 | MIDSMTN | MID SOUTH EXPRESS DELIVERY* | | | Settlement check | 2,300.00 |
| 00001882 | 07/30/2019 | MMMFCIL | MMM FREIGHT CORP | | | Settlement check | 3,800.00 |
| 00001883 | 07/30/2019 | MOTOLIL | Motor Cargo | | | Settlement check | 1,234.00 |
| 00001884 | 07/30/2019 | NATIELIL | NATIONAL SUPERIOR EXPRESS, L | | | Settlement check | 2,000.00 |
| 00001885 | 07/30/2019 | NELLMIFL | NELLY EXPRESS LLC | | | Settlement check | 900.00 |
| 00001886 | 07/30/2019 | NEWESUCA | NEW ERA TRANSIT | | | Settlement check | 1,600.00 |
| 00001887 | 07/30/2019 | NEWSFWA | NEW SOUND TRANSPORTATION LLC | | | Settlement check | 4,120.00 |
| 00001888 | 07/30/2019 | NOVADAIL | NOVA CARRIERS INC | | | Settlement check | 6,000.00 |
| 00001889 | 07/30/2019 | NOVAGIL | NOVA 4 INC | | | Settlement check | 1,950.00 |
| 00001890 | 07/30/2019 | NURZCHIL | NURZAT INC | | | Settlement check | 2,000.00 |
| 00001891 | 07/30/2019 | NVEXPOH | N V EXPRESS LLC | | | Settlement check | 2,000.00 |
| 00001892 | 07/30/2019 | OBIESAR | O'BRIEN TRANSPORTATION INC | | | Settlement check | 1,365.00 |
| 00001893 | 07/30/2019 | PARKPWV | PARKERSBURG DELIVERY | | | Settlement check | 617.38 |
| 00001894 | 07/30/2019 | PRESSIL | PRESTIB INC | | | Settlement check | 2,325.00 |
| 00001895 | 07/30/2019 | PRIMJIL | PRIMA EXPRESS INC* | | | Settlement check | 1,600.00 |
| 00001896 | 07/30/2019 | QUALGIN | England Carrier Services | | | Settlement check | 900.00 |
| 00001897 | 07/30/2019 | QUICBIL | QUICK FREIGHT LOGISTICS | | | Settlement check | 4,668.00 |
| 00001898 | 07/30/2019 | REDHCHMI | REDHEAD LOGISTICS GROUP LLC | | | Settlement check | 1,600.00 |
| 00001899 | 07/30/2019 | RIYAFRCA | R E I | | | Settlement check | 3,000.00 |
| 00001900 | 07/30/2019 | ROYARMI | ROYAL TRUCK LINES LLC | | | Settlement check | 3,372.00 |
| 00001901 | 07/30/2019 | SANTELTX | SANTIAGOS TRUCKING | | | Settlement check | 2,950.00 |
| 00001902 | 07/30/2019 | SBTRBRMS | S & B TRUCKING LLC | | | Settlement check | 1,220.00 |
| 00001903 | 07/30/2019 | SECTDTN | SEC TRANSPORTATION INC | | | Settlement check | 2,500.00 |
| 00001904 | 07/30/2019 | SEVESMO | SEVENSTAR ROADWAYS LLC | | | Settlement check | 2,814.00 |
| 00001905 | 07/30/2019 | SHIPSUT | SHIPEX INC* | | | Settlement check | 15,830.28 |
| 00001906 | 07/30/2019 | SMARFRCA | SMARTWAY LOGISTICS INC | | | Settlement check | 1,000.00 |
| 00001907 | 07/30/2019 | SMARNOCA | SMART LOGISTICS CARRIERS | | | Settlement check | 3,100.00 |
| 00001908 | 07/30/2019 | STONSMI | STONE TRANSPORT | | | Settlement check | 3,250.00 |
| 00001909 | 07/30/2019 | THINBEFL | THIN BLUE LINE WORLDWIDE TRA | | | Settlement check | 1,850.00 |
| 00001910 | 07/30/2019 | TOTAGMD | TOTAL TRUCK TRANSPORT | | | Settlement check | 617.65 |
| 00001911 | 07/30/2019 | TOWNONE | TOWN DELIVERY INC | | | Settlement check | 584.04 |
| 00001912 | 07/30/2019 | TQLCIL | TOTAL QUALITY LOGISTICS, LLC | | | Settlement check | 1,050.00 |
| 00001913 | 07/30/2019 | USEXCIL | US EXPEDITERS INC | | | Settlement check | 900.00 |
| 00001914 | 07/30/2019 | USKOCCA | USKO EXPRESS | | | Settlement check | 2,200.00 |
| 00001915 | 07/30/2019 | USNASIL | TRIUMPH BUSINESS CAPITAL | | | Settlement check | 250.00 |
| 00001916 | 07/30/2019 | VASEHIL | VAS EXPRESS CORPORATION | | | Settlement check | 1,750.00 |
| 00001917 | 07/30/2019 | VINCPCA | VINCO LOGISTICS INC | | | Settlement check | 700.00 |
| 00001918 | 07/30/2019 | VISIHTX | VISION LOGISTICS | | | Settlement check | 283.52 |
| 00001919 | 07/30/2019 | VOLCCIL | VOLCANO TRANSPORT INC | | | Settlement check | 1,150.00 |
| 00001920 | 08/01/2019 | RAPIAIL | RAPID TRANSPORT INC. | | | Settlement check | 1,006.12 |
| 00001921 | 08/01/2019 | HAULVWA | HAULER LLC | | | Settlement check | 1,550.00 |
| 00001922 | 08/01/2019 | ILLINSIL | ILLINOIS DEPARTMENT OF REVENUE | | | AP check | 732.14 |
| 00001923 | 07/30/2019 | PROUBC | PROUD EXPRESS INC** | | | Settlement check | 4,620.80 |
| 00001924 | 08/01/2019 | BLUEACO | Blue River Transportation | | | Settlement check | 994.25 |
| 00001925 | 08/01/2019 | MSDEGIL | MSD EXPRESS** | | | Settlement check | 3,492.00 |
| • 00001927 | 08/01/2019 | TRIPSIL | TRIPLE EIGHT EXPRESS INC | | | Settlement check | 950.00 |
| 00001928 | 08/01/2019 | PROUBC | PROUD EXPRESS INC** | | | Settlement check | 18,287.50 |
| 00001929 | 08/02/2019 | CASTLTX | Baxter Bailey and Associates | | | Settlement check | 1,600.00 |
| 00001930 | 08/02/2019 | SAFEPIL | SAFEWAY LOGISTIC SERVICES** | | | Settlement check | 783.75 |
| 00001931 | 08/02/2019 | DELUSIL | DELUXE TRUCKING | | | Settlement check | 2,716.00 |
| 00001932 | 07/31/2019 | CHROBEMN | CH Robinson | | | AP check | 35,794.08 |
| • 00544576 | 07/30/2019 | NEWMEX | NEW MEXICO TAXATION & REVENUE D | | | AP check | 669.31 |
| • 00845792 | 07/30/2019 | ILLINSIL | ILLINOIS DEPARTMENT OF REVENUE | | | AP check | 11,105.68 |
| • 43700764 | 07/31/2019 | KENTUC | KENTUCKY STATE TREASURER | | | AP check | 2,053.46 |
| • 61908006 | 08/02/2019 | LOVESOOK | LOVE'S TOTAL TRUCK CARE | | | AP check | 54,126.47 |
| • 81907010 | 07/31/2019 | PILOT | Pilot Travel Centers | C | | AP check | 47,106.87 |
| 81907011 | 07/31/2019 | LOVEOOK | LOVE'S TRAVEL STOPS & COUNTRY S | C | | AP check | 60,712.84 |
| • 99901930 | 08/02/2019 | TRAVELCE | Travel Centers & Petro Truck Stops | | | AP check | 6,368.16 |
| • D0059580 | 07/29/2019 | GREERCA | GREEN BOY INC | C | | Settlement check | 1,269.00 |
| D0059581 | 07/29/2019 | VVLOMIL | V V LOGISTICS SOLUTIONS** | C | | Settlement check | 2,544.00 |
| D0059582 | 07/29/2019 | FLASGIL | FLASH EXPRESS, INC. | C | | Settlement check | 900.00 |
| D0059583 | 07/29/2019 | FORWAGTN | FORWARD AIR  CORPORATION | C | | Settlement check | 2,549.48 |
| D0059584 | 07/29/2019 | FREIGACA | FREIGHT FORCE - CORPORATE | C | | Settlement check | 1,125.00 |
| D0059585 | 07/29/2019 | LANDBKY | LAND AIR EXPRESS | C | | Settlement check | 1,567.31 |
| D0059586 | 07/29/2019 | SPECCNC1 | SPECIAL SERVICE FREIGHT CO.* | C | | Settlement check | 659.69 |
| D0059587 | 07/30/2019 | TCH | EFS formerly TCH LLC | C | | AP check | 62,108.64 |
| • D0059677 | 07/30/2019 | GHUNCIL | Ghuman Truck Service Inc** | C | | Settlement check | 2,208.00 |
| D0059678 | 07/30/2019 | GVLEALTX | GVL EXPRESS** | C | | Settlement check | 782.00 |
| D0059679 | 07/30/2019 | VVLOMIL | V V LOGISTICS SOLUTIONS** | C | | Settlement check | 3,072.00 |
| • D0059681 | 07/31/2019 | AMEROAI1 | AMERICAN DREAM FREIGHTWAYS** | C | | Settlement check | 1,536.00 |
| D0059682 | 07/31/2019 | RDTLSNGA | RDT LOGISTICS LLC** | C | | Settlement check | 1,843.00 |
| D0059683 | 07/31/2019 | HERRPRWI | HERREID TRANSPORT LLC** | C | | Settlement check | 1,504.00 |
| • D0059688 | 08/01/2019 | KGSTCHIL | KG STAR INC** | | | Settlement check | 1,649.00 |
| D0059689 | 08/01/2019 | DELALTX | DELARUB TRANSPORT LLC | | | Settlement check | 1,920.00 |
| • D0059691 | 08/01/2019 | MYBRPATX | MY BROTHER'S TOY LLC | | | Settlement check | 3,264.00 |
| • D0059694 | 08/01/2019 | DAVIMTX | DAVILA SERVICES INC. | | | Settlement check | 148.81 |

08/08/2019 0936                                        **Check Register Report**                                                    Page 3
                                                        Time Definite Services, Inc.

Cash account: 101160.000.00.0,   Payable to code(s): All,   Check number: All,   Check date: 07/29/2019 - 08/04/2019,   Void status: Non-voided only
Cleared status: All checks,   Source: All,   Sort by: Check number

| Check # | Date | Pay to | Name | Cleared | Void | Source | Amount |
|---|---|---|---|---|---|---|---|
| D0059695 | 08/01/2019 | FORWAGTN | FORWARD AIR CORPORATION | | | Settlement check | 1,529.29 |
| D0059696 | 08/01/2019 | LANDBKY | LAND AIR EXPRESS | | | Settlement check | 1,009.30 |
| D0059697 | 08/01/2019 | SPECCNC1 | SPECIAL SERVICE FREIGHT CO.* | | | Settlement check | 848.06 |
| D0059698 | 08/02/2019 | JDFNSINC | JDF NATIONAL TRANSPORT LLC** | | | Settlement check | 1,152.00 |
| D0059699 | 08/01/2019 | LGEXALIL | LG EXPRESS GROUP INC** | | | Settlement check | 3,492.00 |
| D0059700 | 08/02/2019 | DVSTWHIL | DVS TRANSPORTATION INC** | | | Settlement check | 5,917.00 |
| D0059701 | 08/02/2019 | TRANSMWI | TRANSFLO Express LLC | | | AP check | 410.33 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account 101160.000.00.0 totals: | | | 0 Cleared check(s) | $0.00 | | 17 Cleared check(s) | $192,000.33 |
| | | | 0 Outstanding check(s) | $0.00 | | 150 Outstanding check(s) | $500,861.74 |
| | | | 0 Voided check(s) | $0.00 | | 167 Non-voided check(s) | $692,862.07 |
| Report totals: | 1 Cash account(s) | | 0 Cleared check(s) | $0.00 | | 17 Cleared check(s) | $192,000.33 |
| | | | 0 Outstanding check(s) | $0.00 | | 150 Outstanding check(s) | $500,861.74 |
| | | | 0 Voided check(s) | $0.00 | | 167 Non-voided check(s) | $692,862.07 |

\* - indicates a break in check number sequence
& - indicates a duplicate check number

| Time Definite Services x8008 | | 7/29/2019 | 8/5/2019 | 8/12/2019 | 8/19/2019 | 8/26/2019 |
|---|---|---|---|---|---|---|
| | | 8/4/2019 | 8/11/2019 | 8/18/2019 | 8/25/2019 | 8/4/2019 |
| Beginning Balance | $ | 231,033.15 | | | | |
| Deposits | $ | 1,131,678.51 | | | | |
| Withdrawals | $ | 454,347.23 | | | | |
| Ending Balance | $ | 908,364.43 | | | | |
| Accounts Recievable Balance | $ | 4,497,454.35 | | | | |
| Accrued Settlements | | | | | | |
| AP-Owner Operators | $ | 145,486.00 | | | | |
| AP-Freight Carriers | $ | 1,206,528.76 | | | | |
| Total Accrued Settlements | $ | 1,352,014.76 | | | | |
| Office Paybles | $ | 545,797.54 | | | | |