ORDERED.

Dated: August 16, 2019

Michael G. Williamson
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| TIME DEFINITE SERVICES, INC., | Case No.: 8:19-bk-06564-MGW |
|    Debtor._____/ | *Jointly Administered with:* |
| TIME DEFINITE LEASING, LLC, | Case No.: 8:19-bk-06565-MGW |
|    Debtor._____/ | |
| **TIME DEFINITE SERVICES, INC.,** | **Case No.: 8:19-bk-06564-MGW** |
|    Applicable Debtor._____/ | |

### ORDER GRANTING CORRECTED MOTION FOR COMFORT ORDER AUTHORIZING DEBTOR TO CONTINUE PRE-PETITION LITIGATION AGAINST NAVISTAR, INC.

**THIS CASE** came on for consideration upon the *Corrected Motion for Comfort Order Authorizing Debtor to Continue Pre-Petition Litigation Against Navistar, Inc.* **(Doc. No. 52)** [the "Motion"]. The Court having considered the Motion, together with the record and being further advised in the premises finds it appropriate to grant the Motion. Accordingly, it is

**ORDERED that:**

1. The Motion is granted.

2. The Debtor is authorized to proceed in its litigation against Navistar, Inc., in the Circuit Court of the 18th Judicial Circuit, Dupage County, Illinois (Case No.: 14-MR-1475).

> Attorney for Debtor, Jonathan A. Semach, Esquire, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.