Fill in this information to identify the case:

Debtor name    **Time Definite Services, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **8:19-bk-06564**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *10-10-19*          x _____
                                    Signature of individual signing on behalf of debtor

                                    **Michael Suarez**
                                    Printed name

                                    **President**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Time Definite Services, Inc.__

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    __8:19-bk-06564__

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

---

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $ ___20,808,535.75

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $ ___20,808,535.75

---

**Part 2:    Summary of Liabilities**

---

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $ ___11,746,962.78

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................    $ _____79,644.36

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$ ___11,734,554.11

4. **Total liabilities** ......................................................................................................
    Lines 2 + 3a + 3b                                                                                    $ ___23,561,161.25

---

**Fill in this information to identify the case:**

Debtor name __Time Definite Services, Inc.__

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   __8:19-bk-06564__

☒ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** <br> **3PL Central, LLC** <br> **830 S. Pacific Coast Hwy** <br> **Ste. D208** <br> **El Segundo, CA 90245** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __Services__ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$1,785.00** |
| 3.2 | **Nonpriority creditor's name and mailing address** <br> **5 Star Freigh Systems** <br> **14909 183rd** <br> **Springfield Gardens, NY 11413** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __Carrier__ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **$550.00** |
| 3.3 | **Nonpriority creditor's name and mailing address** <br> **75 Truck Service Center Inc** <br> **PO Box 1030** <br> **Wildwood, FL 34785** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __Service__ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |
| 3.4 | **Nonpriority creditor's name and mailing address** <br> **A2B Cargo, Inc.** <br> **2101 S. Michigan Ave.** <br> **Apt. 2601** <br> **Chicago, IL 60616** <br><br> Date(s) debt was incurred _ <br><br> Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> Basis for the claim:  __Carrier__ <br><br> Is the claim subject to offset? ☒ No  ☐ Yes | **Unknown** |

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**ADI Trucking**
232 Skylark Ct.
Bartlett, IL 60103

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AG Carriers**
9800 S. Robert S. Rd.
Suite 106
Palos Hills, IL 60465

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Air Van Inc**
PO Box 18348
Jacksonville, FL 32229

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**AJ Smith Transport**
801 North 5th
Durant, OK 74701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,072.00 |
|---|---|---|---|

**Alba Freight Lines Inc.**
8224 W. Catino Terrace
Niles, IL 60714

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Albion Express Inc**
11130 SE 208th St.
Apt. H-101
Kent, WA 98031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,475.00 |
|---|---|---|---|

**All Freight, Inc.**
1345 5th Avenue N.
Fargo, ND 58102

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**All Pro Logistics, LLC**
12674 Burt Rd.
Detroit, MI 48223

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Carrier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alsaska Airlines, Inc.**
610 N. Access Rd.
Chicago, IL 60666

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Carrier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ALVIL Trucking Inc.**
2195 Arthur Ave.
Elk Grove Village, IL 60007

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Carrier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $3,000.00 |
|---|---|---|---|

**Alvil Trucking, Inc.**
2195 Arthur Avenue
Elk Grove Village, IL 60007

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Carrier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Always There Express Corp**
20W538 Elizabeth Dr.
Downers Grove, IL 60516

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Carrier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $271,817.93 |
|---|---|---|---|

**American Express**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1009

**Basis for the claim:** Credit Card (POC10)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,829.71 |
|---|---|---|---|

**American Express**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  1006

**Basis for the claim:** Credit Card (POC11)

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Time Definite Services, Inc.**                                    Case number (if known)    **8:19-bk-06564**

        Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**American Express Freight Inc**
4950 N Marine Dr., Apt 402
Chicago, IL 60640

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,400.00** |
|---|---|---|---|

**Amerigo, Inc.**
1631 Maria St., Ste. 201
Burbank, CA 91504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Apex Financial**
PO Box 961029
Fort Worth, TX 76161-1029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,300.00** |
|---|---|---|---|

**APL Cargo, Inc.**
611 IL Route 83
Bensenville, IL 60106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,200.00** |
|---|---|---|---|

**AVA Transportation Group,Inc**
1704 Chalmette Ct
Naperville, IL 60565

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,200.00** |
|---|---|---|---|

**Barakat Ground, Inc.**
5701 W. 106th St.
Chicago Ridge, IL 60415

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|

**Bazra Trucking, LLC**
6065 Hillcropf St., Ste. 326
Houston, TX 77081

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | Case number *(if known)* | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Best American Freight Inc**
8770 W. Bryn Mawr Ave.
Unit 1441
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Carrier

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Best Way Logistics, Inc.**
2701 W. Washington Blvd.
Bellwood, IL 60104

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Carrier

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bill's Trucking Inc**
2734 Cofer Rd
Richmond, VA 23224

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Carrier

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**BMG Express, LLC**
200 E. Howard Ave.
Suite 206
Des Plaines, IL 60018

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Carrier

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bosselman Boss Shop**
PO Box 830604
Birmingham, AL 35283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** AP vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Boulevard Tire Center**
816 S Woodland Blvd.
Deland, FL 32720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** AP vendor

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Boyd & Company Logistics**
1987 Troy Rd.
Washington, IN 47501

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Carrier

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|
| | Name | | |

---

**3.33** Nonpriority creditor's name and mailing address
Boyko Transportation LLC
12929 SE Cooper St.
Portland, OR 97236

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$1,150.00

---

**3.34** Nonpriority creditor's name and mailing address
BP Freight Inc.
2070 NW 29 St.
Fort Lauderdale, FL 33311

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$3,200.00

---

**3.35** Nonpriority creditor's name and mailing address
BREP Randall Point LLC
PO Box 21306
New York, NY 10087-1306

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.36** Nonpriority creditor's name and mailing address
Bridge Transport Co., Inc.
1000 Old Dawson Village
Suite 120
Dawsonville, GA 30534

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$2,475.00

---

**3.37** Nonpriority creditor's name and mailing address
C&T Produce Wholesale, Inc.
dba L&V Food Supply
3000 Polk St.
Houston, TX 77003

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$2,012.50

---

**3.38** Nonpriority creditor's name and mailing address
CAM Transport
14231 Seaway Rd., Ste. A1
Gulfport, MS 39503

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$1,100.00

---

**3.39** Nonpriority creditor's name and mailing address
Capital Plus
2510 Solway Rd.
Knoxville, TN 37931

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Cargo Services Express, Inc.**
10050 NW 116th St, Ste.13A
Miami, FL 33178

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|---|

**Carrier Web, LLC**
200 Technology Ct SE
Suite E
Smyrna, GA 30082

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Carrier411 Services Inc**
1540 International Pkwy
Suite 2
Lake Mary, FL 32746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **AP vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Central Air Freight Inc**
20 S Powell Dr.
Hazleton, PA 18201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Chill Logistics Co**
3407 N Harlem Ave.
Chicago, IL 60631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,755.41** |
|---|---|---|---|

**CitiBusiness Card**
PO Box 790046
Saint Louis, MO 63179-0046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0659**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Compass Funding Solutions**
PO Box 205154
Dallas, TX 75320-5154

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Collection Agent or Assignor (G Trans, Nationwide, BP Freight, et.al.)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Crestmark TPG**<br>PO Box 682348<br>Franklin, TN 37068-2348 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cross Country Freight Sol**<br>PO Box 44630<br>Madison, WI 53744 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $8,750.00 |
|---|---|---|---|
| | **Crosswind Design, Inc.**<br>147 Tanasi Shores<br>Gallatin, TN 37066 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Commission for Abbott "Tour"** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dehbok Logistics Inc**<br>9885 Mesa Rim Rd.<br>Suite 115 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Delta Trucking**<br>PO Box 279345<br>Sacramento, CA 95827 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,982.50 |
|---|---|---|---|
| | **Detroit Xpress 1, Inc.**<br>3322 Edsel St.<br>Dearborn, MI 48120 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $1,550.00 |
|---|---|---|---|
| | **DH Transportation, Inc.**<br>3996 Church St.<br>Conley, GA 30288 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Time Definite Services, Inc.**                                    Case number (if known)   **8:19-bk-06564**
         _____
         Name

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$295.00** |
|---|---|---|---|

**3.54**

**Nonpriority creditor's name and mailing address**
**Diamond Express, Inc.**
**58R Pulaski St.**
**Peabody, MA 01960**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$295.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Diaz Expressway LLC**
**861 Courgar Pointe Cir.**
**Seven Valleys, PA 17360**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**DVL Express**
**765 N. Rt.83, Ste. 116**
**Bensenville, IL 60106**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$6,622.15**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**East Coast Logistics LLC**
**PO Box 822**
**Windsor Locks, CT 06096**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Easy & Quick Trans, Inc.**
**850 Elmhurst Rd., #200**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,410.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**eCapital LLC**
**PO Box 206773**
**Dallas, TX 75320-6773**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier - Assignee of Silver City Express LLC**

Is the claim subject to offset? ■ No ☐ Yes

**$1,100.00**

---

**3.60**

**Nonpriority creditor's name and mailing address**
**EFROS Group LLC**
**610 Carrol SQ #5**
**Elk Grove Village, IL 60007**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Time Definite Services, Inc. | | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**EMPIST**<br>**55 West Monroe Street**<br>**Suite 400**<br>**Chicago, IL 60603**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Services<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$15,600.00** |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**England Carrier Services**<br>**PO Box 953086**<br>**Saint Louis, MO 63195-3086**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Carrier<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Everyday Cargo, Inc.**<br>**8209 Lake Nellie Rd.**<br>**Clermont, FL 34714**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Carrier<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$419.78** |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**Factor Plus LLC**<br>**PO BOX 45-1653**<br>**Miami, FL 33245-1653**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Carrier (POC17)<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,850.00** |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**FINCO Trucking, Inc.**<br>**2143 Southwind Cir.**<br>**Schaumburg, IL 60194**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Carrier<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$3,480.00** |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Five Star Factoring, LLC**<br>**5789 Westwood Dr.**<br>**Saint Charles, MO 63304**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Vendor<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **Unknown** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**Flash Express, Inc.**<br>**2182 Gladstone Dr.**<br>**Glendale Heights, IL 60139**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Carrier<br><br>Is the claim subject to offset? ☑ No ☐ Yes | **$2,925.00** |

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Force Freight Transport LLC**
Force Freight Transport
PO Box 51357
Mesa, AZ 85208-0068

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier (POC15)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$5,138.13**

**Forward Air - Corporate**
PO Box 1058
Greeneville, TN 37744

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$250.00**

**Forward Air - MSP**
508 Yankee Doodle
Suite 100
Saint Paul, MN 55121

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$777.19**

**Freight Force - Corp**
PO Box 4390
Anaheim, CA 92803

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,715.16**

**Freight Force - Den**
14705 E. 33rd Place, Unit D
Aurora, CO 80011

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,696.00**

**Freightsource LLC**
500 Jesse Jewell Pkwy SE
Ste. 201
Gainesville, GA 30501

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Loss & Damage Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00**

**G&D Integrated**
50 Commerce Dr.
Morton, IL 61550

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|
| | Name | | | |

**3.75** | Nonpriority creditor's name and mailing address
**Geese Logisitics**
1345 Diamond Springs Rd.
Suite 101
Virginia Beach, VA 23455

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.76** | Nonpriority creditor's name and mailing address
**Ghuman Truck Service, Inc.**
3703 Pinecrest Dr.
Carpentersville, IL 60110

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$5,389.25**

---

**3.77** | Nonpriority creditor's name and mailing address
**Glory Transportation, Inc.**
6601 S. Ball St.
Fayetteville, AR 72704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$4,871.79**

---

**3.78** | Nonpriority creditor's name and mailing address
**GLS Carriers Inc**
834 Falls Ave., Ste. 1250
Twin Falls, ID 83301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.79** | Nonpriority creditor's name and mailing address
**GP Transco**
11209 Joliet Rd.
Lemont, IL 60439

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$3,300.00**

---

**3.80** | Nonpriority creditor's name and mailing address
**Grainger**
PO Box 419267
Kansas City, MO 64141

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **AP vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.81** | Nonpriority creditor's name and mailing address
**Grantsville Truck & Trailer**
PO Box 693
Grantsville, MD 21536

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Repairs on vehicle - Truck L737 - In creditor's possession**

Is the claim subject to offset? ☐ No ■ Yes

**$24,561.04**

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Great Dane**
**Aftermarket Parts**
**6710 East M L King Jr. Blvd.**
**Tampa, FL 33619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Great Dane Trailers**
**25768 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **AP vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,790.00**

**GTS Transportation Corp**
**7545 S. Madison St.**
**Willowbrook, IL 60527**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**H&W Contract Carriers**
**2915 National Rd. SW**
**Hebron, OH 43025**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Hermes NVC Corp**
**650 E 107th St., Ste. 140**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,960.00**

**Herreid Transport LLC**
**110 Prairie Tool Dr.**
**Prairie Du Chien, WI 53821**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,290.00**

**Hot Shot Expedite, Inc.**
**653 Tiomberline Dr.**
**Bolingbrook, IL 60490**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Ice Freight LLC**
289 Beaverbrook Rd.
Lincoln Park, NJ 07035

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Ideality, Inc.**
18 S. Schoenbeck Rd.
Wheeling, IL 60090

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Iman Logistics, Inc.**
930 Hillcrest Blvd.
Hoffman Estates, IL 60169

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,800.00 |
|---|---|---|---|

**IMV Services LLC**
Attn: Mihail Volentir
3237 Indiana Avenue
Kenner, LA 70065

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Intellect Logistics LLC**
2920 Katelyn Ln
Lincoln, NE 68516

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Inter Team, Inc.**
105 Wildflower Cir.
Buffalo Grove, IL 60089

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,350.00 |
|---|---|---|---|

**Interland, Inc.**
11103 Vista Dr.
La Grange, IL 60525

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|---|
| | Name | | | |

---

**3.96** Nonpriority creditor's name and mailing address

J D Factors LLC
PO Box 687
Wheaton, IL 60187

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.97** Nonpriority creditor's name and mailing address

Jacob Transport Inc
5419 NE 88th Bldg D
Vancouver, WA 98665

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.98** Nonpriority creditor's name and mailing address

JB Trans Inc.
1241 Picard Ln
Turlock, CA 95380

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Freight**

Is the claim subject to offset? ■ No ☐ Yes

**$1,454.00**

---

**3.99** Nonpriority creditor's name and mailing address

Jet Delivery Service
1028 Mexico City Ave.
Kansas City, MO 64153

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100** Nonpriority creditor's name and mailing address

John C. Severson
4548 NE 32nd Place
Wildwood, FL 34785

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **AP vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101** Nonpriority creditor's name and mailing address

JPM Trucking, LLC
5721 NW 62nd Manor
Pompano Beach, FL 33068

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,352.00**

---

**3.102** Nonpriority creditor's name and mailing address

K & K Glass Inc
5938 7th St.
Zephyrhills, FL 33542

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **AP vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|--------|-----------------------------------|--|------------------------|-------------------|
| | Name | | | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,789.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------------|
| | **KAD Group Logistics, Inc.** | ☐ Contingent | |
| | **1627 Eagle Grove Ct.** | ☑ Unliquidated | |
| | **Wheeling, IL 60090** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-------------|
| | **Karr Transportation** | ☐ Contingent | |
| | **4228 Northstar Dr.** | ☐ Unliquidated | |
| | **Murfreesboro, TN 37129** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,104.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------------|
| | **KGI Group, Inc.** | ☐ Contingent | |
| | **4350 W. Lake Ave., #C105** | ☑ Unliquidated | |
| | **Glenview, IL 60026** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,550.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------------|
| | **KT Trucking, Inc.** | ☐ Contingent | |
| | **4350 Medallion Rose Ave.** | ☑ Unliquidated | |
| | **Bakersfield, CA 93313** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,650.55** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|---------------|
| | **Land Air Express - Corp** | ☐ Contingent | |
| | **PO  Box 2250** | ☑ Unliquidated | |
| | **Bowling Green, KY 42102** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$525.15** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-------------|
| | **Land Air Express - ICT** | ☐ Contingent | |
| | **3215 W. Pawnee** | ☑ Unliquidated | |
| | **Wichita, KS 67213** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:  Carrier** | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|-------|------------------------------------------------------|------------------------------------------------------------------------|-----------|
| | **Landstar** | ☐ Contingent | |
| | **Attn: Dawn Bowers** | ☐ Unliquidated | |
| | **13410 Sutton Park Dr. S** | ☐ Disputed | |
| | **Jacksonville, FL 32224-5270** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Services (POC1)** | |
| | Last 4 digits of account number  **0783** | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Time Definite Services, Inc.** | | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,706.80**

**Logan Transport, Inc.**
**139 Laurie Lane**
**Pittston, PA 18640**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,350.00**

**Logway Transport, Inc.**
**10229 US Hwy 98**
**Dade City, FL 33525**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00**

**Lone Star Transportation**
**c/o Factor Brokers, Inc.**
**PO Box 45-1653**
**Miami, FL 33245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,444.00**

**M & R Trucking Janesville WI**
**3526 N. Harmony Town Hall Rd**
**Janesville, WI 53546**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manatee County Port**
**Authority**
**300 Tampa Bay Way**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **AP vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Manatee Truck & Trailer**
**Wash LLC**
**13230 Eastern Ave.**
**Palmetto, FL 34221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **AP vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,450.00**

**MANV Transport, Inc.**
**8301 Old Sonoma Place**
**Bristow, VA 20136**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|
| | Name | | | |

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$167,467.00**

Market American Insurance Co
PO Box 2009
Glen Allen, VA 23058-2009

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  E#9 Profit Sharing Endorsement 10/1/18
Insurance (Claim #1 - TDL) / Duplicate of Transportation Insurance

Is the claim subject to offset? ☐ No  ☑ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,950.00**

Marquardt / Skyway
Transportation
PO Box 1098
Yankton, SD 57078

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Carrier (Possibly duplicative)

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Martin Daniels Inc.
7215 W Pensacola
Harwood Heights, IL 60706

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Carrier

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Martman Transportation Inc.
801 Hanover Dr., Ste. 700
Grapevine, TX 76051

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Carrier

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Maruti Logistics Limited
7710 Shadow Creek Dr.
#838
Hamilton, OH 45011

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Carrier

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,550.00**

MASA Trucking
231 W. 135th St.
Los Angeles, CA 90061

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Carrier

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00**

Mayland Transport LLC
2231 N. Lowell Rd., Ste. #C4
Springdale, AR 72764

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Carrier

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MBT Transport**
7753 W. 47th St.
La Grange, IL 60525

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,050.00 |
|---|---|---|---|

**MCT Transportation LLC**
1600 E. Benson Rd.
Sioux Falls, SD 57104

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,950.00 |
|---|---|---|---|

**MEGA Freight Logistics, Inc.**
16755 Von Karman Ave.
Suite 200 PMB 150
Irvine, CA 92602

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Menaker & Associates, LTD**
16755 Von Karman Avenue
Suite 200
Irvine, CA 92602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,950.00 |
|---|---|---|---|

**MG Carrier LLC**
12709 SE 295th St.
Auburn, WA 98092

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,755.00 |
|---|---|---|---|

**MID South Express Delivery**
2605 Nonconnah Blvd., #150
Memphis, TN 38132

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,710.68 |
|---|---|---|---|

**MID-CON Carriers Corp**
9600 S.unnylane Rd.
Oklahoma City, OK 73160

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Carrier**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Midnite Trucking**
955 OSS Williams Road
Limestone, TN 37681

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $887.51 |
|---|---|---|---|

**Midwest Express Co.**
4850 Critteden Dr., Ste. 3B
Louisville, KY 40209

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,648.00 |
|---|---|---|---|

**MILAM Transport LLC**
12015 Prairie Meadows Dr.
Orlando, FL 32837

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Millikan Battery & Electric**
450 West Main Street
Apopka, FL 32712

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,358.00 |
|---|---|---|---|

**MLBD Transportation LLC**
1101 Ridge Rd., Ste. 203
Rockwall, TX 75087

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,900.00 |
|---|---|---|---|

**MMM Freight Corp**
1073 Talbots Lane
Elk Grove Village, IL 60007

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $3,500.00 |
|---|---|---|---|

**MNS1 Express, Inc.**
363 Remington Blvd.
Bolingbrook, IL 60440

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|--------|-----------------------------------|------------------------|-------------------|
| | Name | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Mobil Air Transport**
**3813 Broadway**
**Buffalo, NY 14227**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Moeller Trucking Inc.**
**12 North 36th Street**
**Denison, IA 51442**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**Motor Cargo Inc**
**4745 Main St Ste 201**
**Lisle, IL 60532**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,360.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**MRIYA Trucking LLC**
**PO Box 6388**
**Kent, WA 98064**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $549.62 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**MSC Industrial Supply**
**75 Maxess Rd**
**Melville, NY 11747-3151**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **(POC3) - Purchases supplies**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $172.27 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**MSC Industrial Supply**
**75 Maxess Rd**
**Melville, NY 11747-3151**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **(POC4) - Key Machine Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,552.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**MSD Express**
**980 Lambert Lane**
**Elgin, IL 60120**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address

Nationwide Haul, LLC
c/o Stok Kon + Braverman
1 E. Broward Blvd. Suite 915
Fort Lauderdale, FL 33301-1812

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Services (NATS)**

Is the claim subject to offset? ■ No  ☐ Yes

**$114,000.00**

---

**3.146** | Nonpriority creditor's name and mailing address

New Sound Transportation LLC
2505 Frank Albert Rd. E.
Suite 112
Tacoma, WA 98424

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,400.00**

---

**3.147** | Nonpriority creditor's name and mailing address

Newsom Oil Company
8022 Office Court Ste 201
Orlando, FL 32809

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.148** | Nonpriority creditor's name and mailing address

Next Gen Transport, Inc.
12213 Pecos St., Ste. 200
Denver, CO 80234

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,764.78**

---

**3.149** | Nonpriority creditor's name and mailing address

Nexturn Transportation LLC
 6522 West Forest Home Ave
Milwaukee, WI 53220

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

---

**3.150** | Nonpriority creditor's name and mailing address

North American Transaction
Services
PO Box 7247-6171
Philadelphia, PA 19170-6171

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Repair Service**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,630.58**

---

**3.151** | Nonpriority creditor's name and mailing address

Nova Carriers Inc
11110 E Cove Circle, #3D
Palos Hills, IL 60465

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,000.00**

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address
Oaklake Trucking Corp
543 78th Avenue NE, Apt. #4
Minneapolis, MN 55432

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.153** | Nonpriority creditor's name and mailing address
Ocala Freightliner & Isuzu
PO Box 547185
Orlando, FL 32854

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.154** | Nonpriority creditor's name and mailing address
ODSH Logistics LLC
4937 W. Broad St., Ste. 105
Columbus, OH 43228

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,112.00**

---

**3.155** | Nonpriority creditor's name and mailing address
Ohio Valley Transport Inc.
750 Economy Drive
Clarksville, TN 37043

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.156** | Nonpriority creditor's name and mailing address
Orozco Trucking, Inc.
Chicago Legal Solutions
380 E. St. Charles Rd
#1055
Lombard, IL 60148-7845

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier (POC13)**

Is the claim subject to offset? ■ No ☐ Yes

**$3,364.00**

---

**3.157** | Nonpriority creditor's name and mailing address
OTR Capital LLC
PO Box 1000
Dept #390
Memphis, TN 38148-0390

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.158** | Nonpriority creditor's name and mailing address
Panam Road Enterprise LLC
15321 NW 90 PL
Hialeah, FL 33018

Date(s) debt was incurred ___
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | Parkersburg Delivery<br>3500 Camden Avenue<br>Parkersburg, WV 26101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,700.00** |
|---|---|---|---|
| | Patrick Ash Transportation<br>3519 39th St. S.<br>Moorhead, MN 56560 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.00** |
|---|---|---|---|
| | Patriot Transport, Inc.<br>2837 W. Washington Blvd.<br>Bellwood, IL 60104 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | Penske Truck Leasing Co LP<br>PO Box 532658<br>Atlanta, GA 30353 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | Penske Truck Leasing Co LP<br>PO Box 827380<br>Philadelphia, PA 19182 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | Phoenix Capital Group LLC<br>PO Box 1415<br>Des Moines, IA 50305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$1,600.00** |
|---|---|---|---|
| | Polusa Transportation, Inc.<br>1336 Enterprise Dr.<br>Romeoville, IL 60446 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier Load #205827** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
| | Name | | | |

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,365.00
Proud Express, Inc.
5704 Pearl Ridge Dr.
Bakersfield, CA 93313

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.167** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $280.88
PTC Air Freight
15 North Orange
Salt Lake City, UT 84122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00
Quick Freight Logistics, Inc
765 IL Route 83, Ste. 110
Bensenville, IL 60106

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
Quik X (US) inc.
16600 Dixie Highway
Markham, IL 60428

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
RA Trucking
6553 Nagle Ave.
Van Nuys, CA 91401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00
Retriever Air
2536 Rimrock Ave.
Suite 400-313
Grand Junction, CO 81505

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrie**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.172** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown
Road Knights Inc.
4741 25th Ave.
Schiller Park, IL 60176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Carrier**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,460.00 |
|---|---|---|---|

Road Knights, Inc.
7125 W. Gunnison St
Unit 204
Harwood Heights, IL 60706

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,930.00 |
|---|---|---|---|

Rod Horning Trucking, Inc.
223 Mill Road
Morgantown, PA 19543

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

RTS Financial Service, Inc.
PO Box 840267
Dallas, TX 75284-0267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Vendor__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.00 |
|---|---|---|---|

S & B Trucking, LLC
1204 Arbor Hill Dr.
Brandon, MS 39042

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Safety Kleen Systems, Inc.
PO Box 650509
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,633.75 |
|---|---|---|---|

Safeway Logistic Services
4100 N. Mobile Ave.
Chicago, IL 60634

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

SCI White Glove Services
180 Attwell Dr., Ste. 600
Toronto Ontario
M(W 9A9

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Carrier__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00** |
|---|---|---|---|
| | **SEC Transportation, Inc.** | ☐ Contingent | |
| | **209 Reed Rd.** | ☒ Unliquidated | |
| | **Dyer, TN 38330** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Select Carriers Inc.** | ☐ Contingent | |
| | **182 W. Allendale Ave.** | ☐ Unliquidated | |
| | **2nd Floor** | ☐ Disputed | |
| | **Allendale, NJ 07401** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __Carrier__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.49** |
|---|---|---|---|
| | **SHIPEX, Inc.** | ☐ Contingent | |
| | **350 S. 200 E., Unit 200** | ☒ Unliquidated | |
| | **Belleville, MI 48111** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$672.00** |
|---|---|---|---|
| | **Skyway Lines, Inc.** | ☐ Contingent | |
| | **3311 Banford Circle** | ☒ Unliquidated | |
| | **Lake in the Hills, IL 60156** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$850.00** |
|---|---|---|---|
| | **Special Services - CHS** | ☐ Contingent | |
| | **7221 Peppermill Parkway** | ☒ Unliquidated | |
| | **North Charleston, SC 29418** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Speed Freight Inc** | ☐ Contingent | |
| | **1550 E. Higgin Rd., Ste. 118** | ☐ Unliquidated | |
| | **Elk Grove Village, IL 60007** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00** |
|---|---|---|---|
| | **St. Mark of Orlando LLC** | ☐ Contingent | |
| | **843 Pontiac Ct., Unit 625** | ☒ Unliquidated | |
| | **Aurora, IL 60502** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __Carrier__ | |
| | | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address
**Startrak Information Technol**
395 W. Passaic St., Ste. 325
Rochelle Park, NJ 07662

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.188** | Nonpriority creditor's name and mailing address
**Sub-Zero Logistics LLC**
3627 Wahington St.
Waukegan, IL 60085

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.189** | Nonpriority creditor's name and mailing address
**Sunbelt Finance LLC**
PO Box 1000
Dept 144
Memphis, TN 38148-0144

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.190** | Nonpriority creditor's name and mailing address
**SunTeck Transport Group**
8720 Somers Rd.
Jacksonville, FL 32226

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.191** | Nonpriority creditor's name and mailing address
**SYSMEX America Inc**
1701 Leider Lane
Buffalo Grove, IL 60089

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.192** | Nonpriority creditor's name and mailing address
**TAFS, Inc.**
PO Box 872632
Kansas City, MO 64187

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.193** | Nonpriority creditor's name and mailing address
**Tenstreet LLC**
5121 S. Wheeling Ave.
Suite 200
Tulsa, OK 74105

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $463.47 |
|---|---|---|---|

The Expediting Co., Inc.
751 Crossroads Court
Vandalia, OH 45377

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,136.00 |
|---|---|---|---|

Thermo King of the Southeast
c/o Gregory L. Scott, Esq.
3001 PGA Blvd., Ste. 305
Palm Beach Gardens, FL 33410-2896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Vendor

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Thunder Funding
2433 Impala Dr., Ste. A
Carlsbad, CA 92010

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Assignor / Collections - US Line Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

Thunder Rolls Logistics, Inc
41 W. 189 Cheryl Ct.
Huntley, IL 60142

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,300.00 |
|---|---|---|---|

Time Logistics, Inc.
137 Orrington Ct.
Schaumburg, IL 60173

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,550.00 |
|---|---|---|---|

Total Quality Logistics, LLC
1701 Edison Dr.
Milford, OH 45150

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.55 |
|---|---|---|---|

Total Truck Transport - BWI
889 Airport Park Dr.
Suite H&I
Glen Burnie, MD 21061

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Carrier

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address
Total Truck Transport, Inc.
45080 Old Ox Road
Sterling, VA 20166

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$572.42

---

**3.202** | Nonpriority creditor's name and mailing address
Town Delivery, Inc.
2615 N. 11th St.
Omaha, NE 68102

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$2,318.72

---

**3.203** | Nonpriority creditor's name and mailing address
TransAm Financial Services
c/o UMB Bank
PO Box 872632
Kansas City, MO 64187

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.204** | Nonpriority creditor's name and mailing address
Transmark Cartage Services
22217 68th
Kent, WA 98032

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$311.86

---

**3.205** | Nonpriority creditor's name and mailing address
Transportation Insurance
Advisors (Markel)
113 Bellagio Circle
Sanford, FL 32771-5000

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **2017 GL Audit - Amwins/Maxum**

Is the claim subject to offset? ■ No ☐ Yes

$11,319.27

---

**3.206** | Nonpriority creditor's name and mailing address
Trimble MAPS / ALK– PC Miler
1 Independence Way
Princeton, NJ 08540

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Annual Update of Program**

Is the claim subject to offset? ■ No ☐ Yes

$3,304.07

---

**3.207** | Nonpriority creditor's name and mailing address
Triton Logistics, Inc.
525 Anderson Dr.
Romeoville, IL 60446

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

$1,649.00

---

| Debtor | Time Definite Services, Inc. | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address
**Triumph Business Capital**
PO Box 610028
Dallas, TX 75261-2800

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.209** | Nonpriority creditor's name and mailing address
**Truckland, Inc.**
8945 S. Bronco St.
Las Vegas, NV 89139

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$1,746.00**

---

**3.210** | Nonpriority creditor's name and mailing address
**Twinstar Trucking, Inc.**
1013 Cliff Road, Ste. 302
Burnsville, MN 55337

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**$5,376.00**

---

**3.211** | Nonpriority creditor's name and mailing address
**Tyson Fresh Meats Inc.**
88031 Expedite Way
Chicago, IL 60595

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.212** | Nonpriority creditor's name and mailing address
**UNIK, LLC**
W 8918 Quinn Rd.
Wonewoc, WI 53968

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.213** | Nonpriority creditor's name and mailing address
**United Airlines Inc**
Debbie Hart
609 Main St 12th Floor
Houston, TX 77002-3167

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services (POC19)**

Is the claim subject to offset? ■ No ☐ Yes

**$6,258.32**

---

**3.214** | Nonpriority creditor's name and mailing address
**United Bro LLC**
901 4th St., Ste. 280
Hudson, WI 54016

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,134.00 |
|---|---|---|---|

**United Cargo Haulers, Inc.**
1301 W. Cottonwood Ln, #12M
Mount Prospect, IL 60056

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $2,400.00 |
|---|---|---|---|

**Unlimited Logistics LLC**
7500 W. 161st St.
Stilwell, KS 66085

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,750.00 |
|---|---|---|---|

**US Expediters, Inc.**
6428 Joliet Rd., Ste .104
La Grange, IL 60525

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

**US Freightways Logistics**
2300 E. Higgins Rd.
Suite 226
Elk Grove Village, IL 60007

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,600.00 |
|---|---|---|---|

**USA Express, Inc.**
**Blackjack Express, Inc.**
**Attn: Joel Plotsky**
25767 Hillview Ct.
Mundelein, IL 60060

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services (POC2)**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|

**USKO Express**
6345 Auburn Blvd., Ste. B
Citrus Heights, CA 95621

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | Unknown |
|---|---|---|---|

**V V Logistics Solutions**
1301 Armitage Ave., Ste. F1
Melrose Park, IL 60160

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **Time Definite Services, Inc.** | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Valley Express, Inc.**
16553 37th St. SE
Mapleton, ND 58059

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Velox, Inc.**
754 W. Algonquin Rd., Apt. 6
Des Plaines, IL 60016

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |
|---|---|---|---|

**Vilano Incorporated**
61 W. 15th St., Unit 409
Chicago, IL 60605

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $770.35 |
|---|---|---|---|

**Vision Logistics**
2700 Greens Rd., Ste. K-400
Houston, TX 77032

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,400.00 |
|---|---|---|---|

**Volcano Transport, Inc.**
1600 S. Indiana Ave.
Unit 810
Chicago, IL 60660

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**Volga Transport LLC**
2107 Denny St
Ozark, MO 65721

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**WC Express Transportation**
6947 Lankershim Blvd.
North Hollywood, CA 91605

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Carrier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Time Definite Services, Inc. | | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|---|
| | Name | | | |

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Weldon Parts Orlando<br>PO Box 2115<br>Oklahoma City, OK 73101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Purchases** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|
| | WEX Bank/Fleetone Factoring,<br>LLC<br>PO BOX 94565<br>Cleveland, OH 44101-4565 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Sultan Trans Inc** | |
| | Last 4 digits of account number  **3074** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,389.00 |
|---|---|---|---|
| | WEX Fleet One<br>PO BOX 94565<br>Cleveland, OH 44101-4565 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **For the account of: Logway Transportation Inc (POC16)** | |
| | Last 4 digits of account number  **3104** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | Wildwood Ace Hardware<br>300 Shopping Center Dr.<br>Wildwood, FL 34785 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **AP vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,050.00 |
|---|---|---|---|
| | Y & T Express, Inc.<br>2324 Paramount Dr.<br>Jacksonville, FL 32224 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,540.00 |
|---|---|---|---|
| | YD Trucking Corp<br>2344 Dunlavin Way, Apt. B<br>Charlotte, NC 28205 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply* | $7,250.00 |
|---|---|---|---|
| | ZebraTrucking LLC<br>11712 N I 35 Service Rd.<br>Oklahoma City, OK 73131 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Time Definite Services, Inc. | Case number (if known) | 8:19-bk-06564 |
|---|---|---|---|
| | Name | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | ZIPP Express<br>13652 Lakefront Dr.<br>Earth City, MO 63045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Carrier** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ADI Trucking, Inc<br>c/o Capital Credit Inc<br>2933 Buker Hill Lane<br>Suite 210<br>Santa Clara, CA 95054 | Line **3.5**<br>☐ Not listed. Explain _____ | _ |
| 4.2 | Amerigo, Inc.<br>c/o Vero Payment Services<br>PO Box 639565<br>Cincinnati, OH 45263-9565 | Line **3.20**<br>☐ Not listed. Explain _____ | _ |
| 4.3 | Compass Funding Solutions<br>115 W. 55th St., Ste. 301<br>Clarendon Hills, IL 60514 | Line **3.46**<br>☐ Not listed. Explain _____ | _ |
| 4.4 | Karr Transportation<br>c/o McKenzie Banking Co.<br>Attn: Julia Williams<br>1137 East Wood Street<br>Durham, NH 03824-2000 | Line **3.104**<br>☐ Not listed. Explain _____ | _ |
| 4.5 | Markel<br>c/o Agency Svcs & Collection<br>4521 Highwoods Parkway<br>Glen Allen, VA 23060 | Line **3.117**<br>☐ Not listed. Explain _____ | _ |
| 4.6 | Nationwide Haul, LLC<br>2221 NW 22nd Street<br>Pompano Beach, FL 33069-1329 | Line **3.145**<br>☐ Not listed. Explain _____ | _ |
| 4.7 | Panam Road Enterprises LLC<br>c/o Factor Plus<br>PO Box 45-1653<br>Miami, FL 33245 | Line **3.158**<br>☐ Not listed. Explain _____ | _ |
| 4.8 | Pilgrims Pride Corporation<br>c/o Michael Barczewski<br>1770 Promontory Circle<br>Greeley, CO 80634 | Line **3.73**<br>☐ Not listed. Explain _____ | _ |
| 4.9 | Silver City Express LLC<br>2827 Gatling Dr.<br>Saint Louis, MO 63129 | Line **3.59**<br>☐ Not listed. Explain _____ | _ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Time Definite Services, Inc.** | | Case number (if known) | **8:19-bk-06564** |
|---|---|---|---|---|
| | Name | | | |

| | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| | Name and mailing address | | |

| 4.10 | US Line Carrier<br>c/o Thunder Funding<br>2433 Impala Dr., Ste. A<br>Carlsbad, CA 92010 | Line  3.196<br><br>☐  Not listed. Explain ____ | _ |

---

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $  1,212,322.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,212,322.63 |