ORDERED.

Dated:  February 07, 2020

_____
Michael G. Williamson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 |
| TIME DEFINITE SERVICES, INC., | Case No.: 8:19-bk-06564-MGW |
| _____Debtor._____/ | *Jointly Administered with:* |
| TIME DEFINITE LEASING, LLC, | Case No.: 8:19-bk-06565-MGW |
| _____Debtor._____/ | |
| **TIME DEFINITE SERVICES, INC.,** | **Case No.: 8:19-bk-06564-MGW** |
| Applicable Debtor. _____/ | |

**ORDER DENYING THE EMERGENCY MOTION
FOR AUTHORITY TO OBTAIN POST-PETITION FINANCING
(Brittany Suarez)**

**THIS CASE** came on for hearing on February 5, 2020, to consider the *Emergency Motion for Authority to Obtain Post-petition Financing (Brittany Suarez)* **(Doc. No. 292)** [the "Motion"] and the *Objection to Debtors' Emergency Motions For Authority to Obtain Post-petition Financing From Anna Suarez [Doc. 293] and Brittany Suarez [Doc. 292]* **(Docket #314)** [the "Objection"].  For the reasons stated in open court, it is hereby

**ORDERED that:**

1. The Motion is denied.

> Attorney for Debtor, Buddy D. Ford, Esquire, is directed to serve a copy of this order on interested parties who do not received service by CM/ECF and file a Proof of service within three (3) days of entry of the order.